ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

March 21, 2005

**VIA ELECTRONIC FILING
AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

   Re: **Kopacz v. DRBA and Craig Swett, D. Del., C.A. No. 04-911 (GMS)**
      **Kopacz v. DRBA, D. Del., C.A. No. 04-1281 (GMS)**

Dear Judge Sleet:

  I am writing to confirm the telephone call of my colleague, Carmella Keener, to Your Honor's Chambers this afternoon regarding the defendant's submission to the Court pursuant to Your Honor's Order of February 15, 2005. Your Honor will recall that plaintiff was to submit an opening letter brief on or before Tuesday, February 22, 2005, with defendants' submission due one week later, on March 1, 2005. Due to plaintiff's counsel's illness, plaintiff's submission was made on March 18, 2005. Defendant Delaware River and Bay Authority plans to file its responsive letter brief on or before April 4, 2005. Plaintiff's counsel, Mr. Smith, has indicated that that submission date is satisfactory to plaintiff.

The Honorable Gregory M. Sleet
March 21, 2005
Page 2

If Your Honor has any question in this regard, defendant's counsel is available at the Court's convenience.

                                            Respectfully,

                                            Jessica Zeldin (DSBA No. 3558)

JZ/jls

cc::    James J. Woods, Esquire (electronically)
         E. Alfred Smith, Esquire (electronically)
         Lisa Reeves, Esquire (electronically)
         Donald M. Ransom, Esquire (electronically)