IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| Plaintiffs, | : | C. A. No. 04-911 (GMS) |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| Plaintiff, | : | C. A. No. 04-1281 (GMS) |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| Defendant. | : | |

_____

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of E. Alfred Smith, E. Alfred Smith & Associates, 1333 Race Street, 2nd Floor, Philadelphia, PA  19107 to represent Plaintiff Jan Kopacz in this matter.

 

_____
JAMES J. WOODS (#____)
Sullivan and Woods
Suite 200, 5305 Limestone Rd.
Wilmington, DE   19808
(302)
Attorney for Plaintiff, Jan Kopacz

DATED:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

**JAN KOPACZ and CATHY KOPACZ,** :
       Plaintiffs, : C. A. No. 04-911 (GMS)
  v. :
     :
**DELAWARE RIVER AND BAY** :
**AUTHORITY, and CRAIG SWETT,** :
       Defendants. :
_____
**JAN KOPACZ,** :
       Plaintiff, : C. A. No. 04-1281 (GMS)
  v. :
     :
**DELAWARE RIVER AND BAY** :
**AUTHORITY,** :
       Defendant. :
_____

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                _____
                                E. ALFRED SMITH (#_____)
                                E. Alfred Smith & Associates
                                1333 Race Street, 2nd Floor
                                Philadelphia, PA   19107
                                (215) 569-8422
                                Attorneys for Plaintiff, Jan Kopacz

DATED:

```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
_____
JAN KOPACZ and CATHY KOPACZ,:
          Plaintiffs,    :   C. A. No. 04-911 (GMS)
     v.                  :
                         :
DELAWARE RIVER AND BAY   :
AUTHORITY, and CRAIG SWETT, :
          Defendants.    :
_____
JAN KOPACZ,              :
          Plaintiff,     :   C. A. No. 04-1281 (GMS)
     v.                  :
                         :
DELAWARE RIVER AND BAY   :
AUTHORITY,               :
          Defendant.     :
_____
```

## ORDER GRANTING MOTION

IT IS HEREBY **ORDERED** that counsel's Motion for Admission *pro hac vice* of E. Alfred Smith, is Granted.


Date: _____        _____
                                     United States District Judge

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
    _____
JAN KOPACZ and CATHY KOPACZ,:
          Plaintiffs,     :   C. A. No. 04-911 (GMS)
    v.                    :
                          :
DELAWARE RIVER AND BAY    :
AUTHORITY, and CRAIG SWETT,:
          Defendants.     :
_____
JAN KOPACZ,               :
          Plaintiff,      :   C. A. No. 04-1281 (GMS)
    v.                    :
                          :
DELAWARE RIVER AND BAY    :
AUTHORITY,                :
          Defendant.      :
_____
```

## CERTIFICATE OF SERVICE

I, James J. Woods, do hereby certify that on this day of          , 2005, I caused copies of the attached Motion and Order for Admission Pro Hac Vice of E. Alfred Smith to be served via hand delivery upon:

Carmella Keener, Esquire
Rosenthal, Monhait, Gross & Goddess
P. O. Box 1070
Wilmington, DE   19899

Mary Elisa Reeves, Esq.
Donna Adelsberger & Associates
6 Royal Avenue
P. O. Box 530
Glenside, PA   19038

Donald M. Ransom, Esquire
Cassarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P. O. Box 1276
Wilmington, DE   19899

```
                              _____
                              James J. Woods (        )
```