IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ and CATHY KOPACZ,<br><br>Plaintiffs,<br><br>v.<br><br>DELAWARE RIVER AND BAY AUTHORITY,<br>and CRAIG SWETT,<br><br>Defendants. | C.A. No. 04-911 (GMS) |
| JAN KOPACZ,<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE RIVER AND BAY AUTHORITY,<br><br>Defendants. | C.A. No. 04-1281 (GMS) |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Mary Elisa Reeves is granted.

Date: 4/11/05

_____
United States District Judge