IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAN KOPACZ and CATHY KOPACZ,   :
                                  :
                Plaintiffs,      :     C.A. No. 04-911 GMS
    v.                          :
                                  :     Jury Trial Demanded
DELAWARE RIVER AND BAY      :
AUTHORITY,  and CRAIG SWETT,   :
                                  :
                Defendants.    :

_____

JAN KOPACZ,                        :
                                  :
                Plaintiff,       :     C.A. No. 04-1281 GMS
                                  :
v.                           :
                                  :
DELAWARE RIVER AND BAY      :
AUTHORITY,                    :
                                  :
                Defendant.     :

## DEFENDANT CRAIG SWETT'S DISCLOSURE STATEMENT

Defendant, Craig Swett, by and through its attorneys, Casarino, Christman & Shalk, P.A.,

hereby make the following disclosures pursuant to Federal Rule of Civil Procedure 26(a):

A.    Potential Witnesses

      1.     Jan Kopacz
      2.     Craig Swett
      3.     Carol Swett
      4.     Sue Romano
      5.     Arthur Jacobsen, DRBA
      6.     James Kleb, DRBA
      7.     Mike Willey, DRBA
      8.     Harry Thompson, DRBA
      9.     David Oat, DRBA
     10.    All of plaintiff's medical providers
     11.    Representative of GE Insurance Company
     12.    Representative of Vane Brothers

13.   Dr. Jeffrey Malumed
14.   Marc Greenstein

B.    Relevant Documents

1.    All records of medical treatment (pre- and post- August 8, 2002)
2.    Customer Complaint Form of Sue Romano
3.    All correspondence between Kopacz and/or his counsel and DRBA counsel or other representatives
4.    Incident Report dated August 9, 2002
5.    Injured/Witness Statement of Incident of Kopacz dated 6/30/02
6.    Statement of Arthur Jacobsen
7.    Statement of James Kleb
8.    Statement of Harry Thompson
9.    Statement of Mike Willey
10.   State of Delaware Police Report dated August 9, 2002
11.   All documents contained in the Delaware Department of Insurance Fraud Investigation file
12.   Marine Standard Operating Procedures
13.   Records of Vane Brothers incident
14.   DRBA Personnel file of Kopacz
15.   All records produced by DRBA and Kopacz in companion case (prior to consolidation) - Civil Action No. 03-CV-4858 (SSB)
16.   All depositions taken in the above-related case, with attached exhibits

C.    Insurance

The Defendant Craig Swett was insured by State Farm Fire & Casualty Co. at all pertinent times to this lawsuit.

D.    Experts

None to date.  Defendant will retain medical, biomechanical, reconstruction and other experts as necessary to defend this action.

E.    Supplemental Disclosure

This Initial Disclosure Statement will be supplemented as further information becomes available and is obtained.  By making this disclosure, Defendant Craig Swett does not waive any privilege or its right to object to the production of any documents or witnesses.

CASARINO, CHRISTMAN & SHALK, P.A.


  /s/ Donald M. Ransom
DONALD M. RANSOM
Del. Bar ID No. 2626
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276
(302) 594-4500
DATED:     4/21/05     Attorney for Defendant Craig Swett