IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| Plaintiffs, | : | C. A. No. 04-911 (GMS) |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY | : | |
| AUTHORITY, and CRAIG SWETT, | : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| Plaintiff, | : | C. A. No. 04-1281 (GMS) |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY | : | |
| AUTHORITY, | : | |
| Defendant. | : | |

_____

## ORDER GRANTING MOTION

IT IS HEREBY **ORDERED** that counsel's Motion for Admission *pro hac vice* of E. Alfred Smith, is Granted.


Date: _____

_____
United States District Judge