IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

NOTICE OF SERVICE

I, DONALD M. RANSOM, hereby certify that I have delivered in the manner stated below, on this 27th day of April, 2005 a true and correct copy of Defendant Swett's Interrogatories Directed to Plaintiffs and Defendant Swett's Request for Production of Documents Directed to Plaintiffs, addressed to:

**BY FIRST CLASS MAIL**

James J. Woods, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FIRST CLASS MAIL**

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

<table>
<tr><td>

**BY FIRST CLASS MAIL**

Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

</td><td>

**BY FIRST CLASS MAIL**

E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Phila., PA 19107

</td></tr>
</table>

CASARINO, CHRISTMAN & SHALK, P.A.


BY:   /s/ Donald M. Ransom
      DONALD M. RANSOM
      Del. Bar. Id. No. 2626
      800 N. King Street, Suite 200
      P.O. Box 1276
      Wilmington, DE 19899-1276
      (302) 594-4500
      Attorney for Defendant Craig Swett

Dated: April 27, 2005