LAW OFFICE
## SULLIVAN & WOODS, LLC
5305 LIMESTONE ROAD
SUITE 200
WILMINGTON, DELAWARE 19808
TELEPHONE: (302) 234-6855
FAX: (302) 234-6876

John E. Sullivan, Esq.
Licensed in DE and PA

James J. Woods, Jr., Esq.
Licensed in DE

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 n. King Street
Lock Box 19
Wilmington, DE 19801

RE:  Jan Kopacz v. Delaware River and Bay Authority
     C. A. Nos. 04-911 and 04-1281

Dear Judge Sleet:

Discovery is scheduled to end on July 31, 2005.

We are awaiting a decision by Your Honor concerning our request for the production of DRBA's files, including letters to and from its insurance carrier and adjuster and internal memos.

We believe our authority to justify the production of this material is extremely strong, but DRBA takes a contrary position.

We request an extension of discovery to 90 days after Your Honor has ruled since we anticipate that some further discovery will be required when we see the file material.

We appreciate the Court's understanding.

Respectfully,

James J. Woods

cc: Mary Elisa Reeves, Esquire
    Donald M. Ransom, Esquire
    Carmella P. Keener, Esquire
    E. Alfred Smith, Esquire