IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAN KOPACZ and CATHY KOPACZ,　　：
　　　　　　　　　　　　　　　　　　：
　　　　　　　　Plaintiffs,　　　　：　　　C.A. No. 04-911 GMS
　　　v.　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　：　　　Jury Trial Demanded
DELAWARE RIVER AND BAY　　　　：
AUTHORITY,  and CRAIG SWETT,　　：
　　　　　　　　　　　　　　　　　　：
　　　　　　　　Defendants.　　　　：
_____

JAN KOPACZ,　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　：
　　　　　　　　Plaintiff,　　　　　：　　　C.A. No. 04-1281 GMS
　　　　　　　　　　　　　　　　　　：
　v.　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　：
DELAWARE RIVER AND BAY　　　　：
AUTHORITY,　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　：
　　　　　　　　Defendant.　　　　　：

## NOTICE TO VACATE DEPOSITION

TO:

E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

James J. Woods, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

PLEASE TAKE NOTICE that the deposition of Cathy Kopacz originally noticed for July

29, 2005 in the offices of Casarino, Christman & Shalk, P.A., Suite 200, 800 N. King Street,

Wilmington, Delaware is hereby vacated and will be rescheduled for a later date.

CASARINO, CHRISTMAN & SHALK, P.A.

BY:   /s/ Donald M. Ransom
       DONALD M. RANSOM, ESQ.
       Del. Bar Id. No. 2626
       800 N. King Street, Suite 200
       P.O. Box 1276
       Wilmington, DE 19899-1276
       (302) 594-4500
       Attorney for Defendant Craig Swett

cc: Hawkins Reporting Service

## CERTIFICATE OF SERVICE

I, Donald M. Ransom, hereby certify that I have had delivered in the manner state below,

on this 26th  day of July, 2005, a true and correct copy of the attached Notice to Vacate

Deposition, addressed to:

**BY FAX (215-569-8606) and FIRST CLASS MAIL**
E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**BY FAX ( 302-234-6876) and FIRST CLASS MAIL**
James J. Woods, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FAX (302-658-7567) and FIRST CLASS MAIL**
Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**BY FAX ( 215-576-8695) and FIRST CLASS MAIL**
Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

CASARINO, CHRISTMAN & SHALK, P.A.


BY:      /s/ Donald M. Ransom
DONALD M. RANSOM, ESQ.
Del. Bar Id. No. 2626
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Craig Swett
