IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY | : | |
| AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY | : | |
| AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF TRIAL DEPOSITION

TO:

| | |
|---|---|
| E. Alfred Smith, Esq. | Carmella P. Keener, Esq. |
| 1333 Race Street 2d Flr. | Rosenthal, Monhait, Gross & Goddess, P.A. |
| Philadelphia, PA 19107 | 919 Market Street, Suite 1401 |
| | P.O. Box 1070 |
| James J. Woods, Jr., Esq. | Wilmington, DE 19899-1070 |
| Connolly, Bove, Lodge & Hutz | |
| 1007 North Orange Street | Mary Elisa Reeves, Esq. |
| P. O. Box 2207 | 6 Royal Avenue |
| Wilmington, DE 19899 | P.O. Box 530 |
| | Glenside, PA 19038-0530 |

PLEASE TAKE NOTICE that the undersigned attorney will take the trial deposition of Dr.

Marc Greenstein in his offices at Suffolk OB/GYN Group, P.C., 202 E. Main Street, Huntington, New

York 11743 on September 8, 2005 beginning at 1:00 p.m.

                           CASARINO, CHRISTMAN & SHALK, P.A.


                           BY:   /s/ Donald M. Ransom
                                     DONALD M. RANSOM, ESQ.
                                     Del. Bar ID No. 2626
                                     800 N. King Street, Suite 200
                                     P.O. Box 1276
                                     Wilmington, DE 19899-1276
                                     (302) 594-4500
                                     Attorney for Defendant Craig Swett

cc:     Bee Reporting Associates
        (Attn: Cathy)
        Fax: 516-374-8465

CERTIFICATE OF SERVICE

I, Donald M. Ransom, hereby certify that I have had delivered in the manner state below, on this

the   27th day of July, 2005, a true and correct copy of the attached Notice of Deposition, addressed to:

**BY FAX (215-569-8606) and FIRST CLASS MAIL**

E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**BY FAX ( 302-234-6876) and FIRST CLASS MAIL**

James J. Woods, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FAX (302-658-7567) and FIRST CLASS MAIL**

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**BY FAX ( 215-576-8695) and FIRST CLASS MAIL**

Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

CASARINO, CHRISTMAN & SHALK, P.A.

BY:     /s/ Donald M. Ransom
        DONALD M. RANSOM, ESQ.
        Del. Bar ID No. 2626
        800 N. King Street, Suite 200
        P.O. Box 1276
        Wilmington, DE 19899-1276
        (302) 594-4500
        Attorney for Defendant Craig Swett