IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAN KOPACZ and CATHY KOPACZ,        :
                                    :
                Plaintiffs,         :        C.A. No. 04-911 GMS
    v.                              :
                                    :        Jury Trial Demanded
DELAWARE RIVER AND BAY              :
AUTHORITY,  and CRAIG SWETT,  :
                                    :
                Defendants.         :
_____

JAN KOPACZ,                         :
                                    :
                Plaintiff,          :        C.A. No. 04-1281 GMS
                                    :
v.                                  :
                                    :
DELAWARE RIVER AND BAY              :
AUTHORITY,                          :
                                    :
                Defendant.          :

## NOTICE OF DEPOSITION

TO:

E. Alfred Smith, Esq.                    Carmella P. Keener, Esq.
1333 Race Street 2d Flr.                 Rosenthal, Monhait, Gross & Goddess, P.A.
Philadelphia, PA 19107                   919 Market Street, Suite 1401
                                         P.O. Box 1070
James J. Woods, Jr., Esq.                Wilmington, DE 19899-1070
Connolly, Bove, Lodge & Hutz
1007 North Orange Street                 Mary Elisa Reeves, Esq.
P. O. Box 2207                           6 Royal Avenue
Wilmington, DE 19899                     P.O. Box 530
                                         Glenside, PA 19038-0530

        PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of Cathy

Kopacz in the offices of  Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200,

Wilmington, DE 19801 on September 30, 2005 beginning at 1:00 p.m.

CASARINO, CHRISTMAN & SHALK, P.A.


BY:    /s/ Donald M. Ransom
      DONALD M. RANSOM, ESQ.
      Del. Bar ID No. 2626
      800 N. King Street, Suite 200
      P.O. Box 1276
      Wilmington, DE 19899-1276
      (302) 594-4500
      Attorney for Defendant Craig Swett

cc: Hawkins Reporting Service

CERTIFICATE OF SERVICE

I, Donald M. Ransom, hereby certify that I have had delivered in the manner state below, on this

the   5th    day of  August, 2005, a true and correct copy of the attached Notice of Deposition,

addressed to:

**BY FAX (215-569-8606) and FIRST CLASS MAIL**
E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**BY FAX ( 302-234-6876) and FIRST CLASS MAIL**
James J. Woods, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FAX (302-658-7567) and FIRST CLASS MAIL**
Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**BY FAX ( 215-576-8695) and FIRST CLASS MAIL**
Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

CASARINO, CHRISTMAN & SHALK, P.A.


BY:  _____/s/ Donald M. Ransom_____
DONALD M. RANSOM, ESQ.
Del. Bar ID No. 2626
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276

(302) 594-4500
Attorney for Defendant Craig Swett