IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ, and KATHY KOPACZ, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 04-911 (GMS) |
| ) | (Consolidated with C.A. No. 04-1281 GMS) |
| DELAWARE RIVER AND BAY ) | |
| AUTHORITY, and CRAIG SWETT, ) | |
| ) | |
| Defendants. ) | |

## ORDER

WHEREAS in response to the court's August 1, 2005, order directing the Delaware River and Bay Authority (DRBA) to submit certain documents referred to in its privilege log for *in camera* review, the DRBA complied with the literal wording of the order by submitting several groups of documents paper clipped together with no numbering or other means of identifying individual documents; and

WHEREAS given the number of individual documents and associated attachments, the court will require the DRBA to resubmit the documents and attachments with some semblance of an organizational scheme so that the court can issue a precise ruling as to each submission.

IT IS HEREBY ORDERED THAT:

The DRBA resubmit the documents and attachments in a form described above.

Dated: August 9, 2005                     /s/ Gregory M. Sleet
                                          UNITED STATES DISTRICT JUDGE