ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

August 18, 2005

**By Hand with Enclosures;**
**Filed Electronically w/Privilege Log Only**

The Honorable Gregory M. Sleet
United States District Court, District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:  Kopacz v. Del. River and Bay Auth. *et ano.*, D. Del., C.A. No. 04-911 (GMS)
     Kopazc v. Delaware River and Bay Auth., D. Del., C.A. No. 04-1281 (GMS)

Dear Judge Sleet:

I write in response to Your Honor's Order of August 9, 2005, regarding the documents submitted by defendant DRBA on August 5, 2005.

I enclose a set of the eighteen (18) "documents" earlier submitted to the Court, which now have been numbered and organized by defendant's counsel. At the front of the bound copy is an updated version of the privilege log previously served and submitted to Your Honor is this matter.

Documents DRBA 00028-66, while previously produced for *in camera* inspection, did not appear on the earlier privilege log. In addition, we have added two columns at the left of the privilege log – the first column indicates whether the document is subject to this Court's *in camera* review and, if it is, the column indicates the tab number behind which the document appears in this bound set. The second column indicates the bates number now assigned to the documents as to which Your Honor has ordered an *in camera* review. If the issue of the production of the document has already been addressed, either by Your Honor's previous ruling or by a ruling in the

Honorable Gregory M. Sleet
August 18, 2005
Page 2

E.D. Pa., the previous ruling on that document is indicated, and the document is not attached to the privilege log.

Finally, the documents that are bates numbered DRBA00032-66 were produced to the Insurance Fraud Prevention Bureau pursuant to a Subpoena Duces Tecum directed to DRBA. Because the Insurance Fraud Prevention Bureau's records are sealed and cannot be subpoenaed in this action, DRBA asserts that the privileges/protections as to these documents have not been waived.

Counsel for Delaware River and Bay Authority are available at Your Honor's convenience should there be any further question in this regard.

Respectfully,

/s/ Carmella P. Keener

Carmella P. Keener (DSBA No. 2810)

CPK/jls

cc: James J. Woods, Esquire (via electronic filing w/updated privilege log only)
Mary Elisa Reeves, Esquire (via electronic filing w/updated privilege log only)
Donald M. Ransom, Esquire (via electronic filing w/updated privilege log only.)
Clerk of the Court (via hand delivery w/updated privilege log only)