**KOPACZ V. DRBA, D. DEL.,
DEFENDANT'S [updated] PRIVILEGE LOG**

| TAB | BATES NO. | DOCUMENT | DATE | SUBJECT MATTER | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| NA | None assigned -- Not subject to production per Judge Sleet | Letter from John Schaffer, Esq. to an insurance investigative service | 7/8/03 | investigation of claimant | material gathered in anticipation of litigation |
| NA | None assigned-- Not subject to production per Judge Sleet | Fax to John Schaffer, Esq. from insurance investigative service | 7/9/03 | investigation of claimant | material gathered in anticipation of litigation |
| NA | These notes appear on corresp. rec'd by Schaeffer which appear throughout production, and are, therefore, not separately Bates numbered or submitted | Notes of John Schaffer, Esq. | various | claim | mental impression of attorney/claims adjuster; attorney work product, material generated in anticipation of litigation |
| NA | None assigned-- Not subject to production per Judge Sleet | E-mail from John Schaffer, Esq. to Bonnie Miller of DRBA | 6/30/03 | claim | attorney/client privilege, work product, material generated in anticipation of litigation |
| NA | None assigned-- Not subject to production per Judge Sleet | E-mail from Bonnie Miller to John Schaffer, Esq. | 6/27/03 | claim | attorney/client privilege, work product, material generated in anticipation of litigation |

| TAB | BATES NO. | DOCUMENT | DATE | SUBJECT MATTER | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| NA | None assigned-- Not subject to production per Judge Sleet | Letter from Miller to John Schaffer, Esquire, Karen Hildebrandt of Thomas Miller (America) Inc. and Judy Marvel of Harry David Zutz Insurance Co. | 8/26/03 | claim | attorney/client privilege, work product, material generated in anticipation of litigation |
| 1 | DRBA 0001 | Correspondence from Miller to Schaffer | 11/4/02 | claim | attorney/client privilege, work product, material generated in anticipation of litigation |
| 2 | DRBA 0002-3 | Correspondence from Miller to Schaffer | 8/14/02 | claim | attorney/client privilege, work product, material generated in anticipation of litigation |
| NA | None assigned – Not subject to production per Judge Sleet | Correspondence from Miller to Michael Houghton, Esq., cc: Trudy Spence Parker of DRBA, Schaffer, Hildebrandt and Ted Zutz of Harry David Zutz | 8/29/03 | claim | attorney/client privilege, work product, material generated in anticipation of litigation |
| 3 | DRBA 0004-6 | Correspondence from Schaffer to Miller (handwritten note on his fax + enc.) | 8/15/02 | claim | attorney/client privilege, work product, material generated in anticipation of litigation |
| 4 | DRBA 0007-8 | Correspondence from Schaffer to Hildebrandt, cc: Miller and Marvel | 2/12/03 | Subpoena from Delaware Department of Insurance Fraud Prevention | attorney/client privilege, work product, material generated in anticipation of litigation |

2

| TAB | BATES NO. | DOCUMENT | DATE | SUBJECT MATTER | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| NA | None assigned – Not subject to production per Judge Sleet | Correspondence from Schaffer to Miller | 7/10/03 | claim | attorney/client privilege, work product, material generated in anticipation of litigation |
| NA | None assigned – Not subject to production per Judge Sleet | Correspondence to Medical Auditor from Schaffer, cc: Hildebrandt, Marvel and Miller | 9/8/03 | claim | work product, material generated in anticipation of litigation |
| NA | None assigned – Not subject to production per Judge Sleet | Correspondence from Schaffer to Miller | 9/4/03 | claim | attorney/client privilege, work product, material generated in anticipation of litigation |
| NA | None assigned – Not subject to production per Judge Sleet | Correspondence from Trudy Spence-Parker of DRBA to Mike Houghton, Esq. | undated | claim | attorney/client privilege, work product, material generated in anticipation of litigation |
| NA | None assigned – Not subject to production per Judge Sleet | E-mail from Spence-Parker to Brian McEwing, cc: James Walls and Steve Russell (all of DRBA) | 8/27/03 | Subpoena from Delaware Department of Insurance Fraud Prevention | material generated in anticipation of litigation |
| NA | None assigned – Produced per Judge Donio | Internal Memorandum (Chronology of Events) (June-July 2003) | undated | investigation into allegations against Kopacz by other employees | internal confidential memorandum; relevance |
| NA | None assigned -- Produced per Judge Donio | Correspondence from Captain Pulli to Brian McEwing with statements of other crew members | 7/11/03 | investigation into allegations Kopacz by other employees | internal confidential memorandum; relevance |

3

| TAB | BATES NO. | DOCUMENT | DATE | SUBJECT MATTER | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| 5 | DRBA 0009 | E-mail from Mark Whittingham to Leo Long, cc: Brian McEwing, Ed Ledwon, Bonnie Miller | 10/1/02 | claim | work product, material generated in anticipation of litigation |
| 6 | DRBA 00010 | E-mail from Long to Ledwon and Whittingham, cc: McEwing, Miller and Linda Murphy | 10/1/02 | claim | work product, material generated in anticipation of litigation |
| 7 | DRBA 00011 | E-mail from Long to Woehlcke, Miller and Ledwon, cc: Cox, Whittingham and McEwing | 8/21/02 | claim | work product, material generated in anticipation of litigation |
| 8 | DRBA 00012 | E-mail from Long to Miller | 8/26/02 | claim | work product, material generated in anticipation of litigation |
| 9 | DRBA 00013 | E-mail from Ledwon to Long | 8/23/02 | claim | work product, material generated in anticipation of litigation |
| 10 | DRBA 00014 | E-mail from Long to Ledwon | 8/23/02 | claim | work product, material generated in anticipation of litigation |
| 11 | DRBA 00015 | E-mail from Woehlcke to Ledwon, Miller, Long, cc: McEwing, Whittingham, Cox | 8/14/02 | claim | work product, material generated in anticipation of litigation |
| 12 | DRBA 00016-27 | DRBA Claim Status Report (with attachments) | 8/14/02 | claim | work product, material generated in anticipation of litigation |

4

| TAB | BATES NO. | DOCUMENT | DATE | SUBJECT MATTER | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| NA | None assigned – Produced per Judge Sleet | E-mail from Ledwon to Miller | 7/02/02 | prior incident | work product, material generated in anticipation of litigation |
| NA | None assigned – Produced per Judge Sleet | E-mail from Ledwon to McEwing, cc: Miller | 7/18/02 | prior incident | work product, material generated in anticipation of litigation |
| NA | None assigned – Not subject to production per Judge Sleet | E-mail from Spence-Parker to Micheal Houghton, Esq. | 9/1/03 | response to subpoena from Delaware Department of Insurance Fraud Prevention | attorney-client privilege, work product, material generated in anticipation of litigation |
| NA | None assigned – Not subject to production per Judge Sleet | Correspondence between Mary Elisa Reeves, Esquire, Bonnie Miller, John Schaffer and/or Karen Hildebrandt | various after assigned to 11/03 | claim | attorney-client privilege, work product, material generated in anticipation of litigation |
| 13 | DRBA 00028 | E-mail from Hildebrandt to Schaeffer, Miller and Marvel | 8/19/02 | claim | work product, material generated in anticipation of litigation |
| 14 | DRBA 00029 | Letter from Schaeffer to insurance investigation service | 8/15/02 | claim | work product, material generated in anticipation of litigation |
| 15 | DRBA 00030 | Letter from Schaeffer to G.E. Property & Casualty | 8/15/02 | claim | work product, material generated in anticipation of litigation |
| 16 | DRBA 00031 | Handwritten note from Miller to Schaeffer | unknown | claim | work product, material generated in anticipation of litigation |

5

| TAB | BATES NO. | DOCUMENT | DATE | SUBJECT MATTER | PRIVILEGE CLAIMED |
|---|---|---|---|---|---|
| 17 | DRBA 00032-66<br><br>**** documents 00036, 00044-50 and 00058-65 have already been produced | Letter from Miller to Insurance Fraud Prevention Bureau forwarding documents produced pursuant to subpoena | 2/5/03 | claim documents produced pursuant to subpoena | work product, material generated in anticipation of litigation<br><br>**** although these documents were subpoenaed, the files of the Insurance Fraud Prevention Bureau are sealed and cannot be subpoenaed in this litigation— thus privilege not waived. |
| 18 | DRBA 00067-69 | Letter from Schaffer to Hildebrandt<br><br>Note: the enclosures to this letter have been produced to plaintiff's counsel or are included elsewhere in this submission for *in camera* review | 8/15/02 | claim documents | work proudct, material generated in anticipation of litigation |

6

**Identification of Named Individuals:**

John Schaffer, Esq of Lamorte Burns is DRBA's attorney/claims handler

Karen Hildebrandt, Esq. of Thomas Miller (Americas) is the attorney/claims handler for the DRBA's P&I Club (underwriter)

Judy Marvel and Ted Zutz of Harry David Zutz Insurance Co. are the DRBA's insurance brokers

Micheal Houghton, Esq. of Morris Nichols Arsht & Tunnel is DRBA's corporate counsel

Mary Elisa Reeves, Esq. of Donna Adelsberger & Associates, PC is DRBA's litigation counsel

**The following individuals are DRBA Employees:**

Bonnie Miller, Claims and Insurance Manager

Leo Long, former Benefits Director

Linda Murphy, personnel director

Trudy Spence-Parker, Human Resources Director

Brian McEwing, Current Port Captain

James Walls, Chief Operating Officer

Steve Russell, Acting/Ass't Director, Ferry Operations

Captain John Pulli, Ferry Captain

Mark Whittingham, Director of Marine Operations

Rich Woehlcke, former Port Captain

Glen Cox, former Director of Ferry Operations

7