| | | | |
|---|---|---|---|
| U.S. DISTRICT COURT OF THE STATE OF NEW YORK | | Maverick Process 516-693-1100 | |
| COUNTY OF EASTERN | AUG 05 2005 | | 9650 |
| JAN KOPACZ & CATHY KOPACZ, | | ATTORNEY | CASARINO |
| | | Petitioner(s) | |
| | | Plaintiff(s) | RETURN DATE 9/8/2005 |
| | | | INDEX NO 04-911 GMS |
| - against - | | | INDEX DATE |
| DELAWARE RIVER & BAY AUTHORITY AND CRAIG SWETT, | | Defendant(s) | CALENDAR NO |
| | | Respondent(s) | 3rd PARTY INDEX# |

STATE OF NEW YORK: COUNTY OF NASSAU         SS:         **AFFIDAVIT OF SERVICE**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 8/2/2005    at    10:51 AM    at    202 E. MAIN STREET HUNTINGTON NY 11743
deponent served the within    SUBPOENA IN A CIVIL CASE
                                                                                                    upon

MARC GREENSTEIN, M.D., SUFFOLK OB/GYN GROUP, P.C.

☑ Said Documents Were Properly Endorsed with the Index Number and Date of Filing thereon

witness/defendant/respondent (hereafter called the recipient) therein named.

**A. Individual** ☐ By Personally delivering to and leaving with said individual, and that he knew the person so served and described as recipient therein

**B. Corp/Prtnshp** ☐ By delivering to and leaving with _____ and that he knew the person so served and authorized to accept service to ☐ an officer ☐ Director ☐ managing agent or general agent ☐ cashier ☐ AsstCashier
☐ Agent authorized by appointment or by law to receive service.

**C. Suitable Age Person** ☑ By delivering thereat a true copy of each to    PEGGY ASTROWSKI    a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business ☐ dwelling place ☐ usual place of abode within the state

**D. Affixing to Door, Etc.** ☐ By affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age discretion, thereat, having called there
@ _____, @ _____, @ _____
Deponent talked to _____ who stated that recipient ☐ lived ☐ worked there.

**E. Mailing W/B,C or** ☑ On 8/2/2005 Deponent completed said service under the last two sections by mailing a copy of the above named process by First Class Mail addressed to the witness/defendant/respondent to the above address of service which is recipient's: ☐ last known residence ☑ last known place of business (with additional endorsement of Personal and Confidential on face of envelope.)
☐ RPAPL 735 An additional mailing by Certified Mail was made to the respondent at the premise sought to be recovered.

**F. DRL Sec232** ☐ The required notice was legibly printed on the face of the summons. I identified the defendant by photograph annexed hereto which was provided by the plaintiff.

**G. Description** ☑
| SEX | SKIN COLOR | HAIR COLOR | AGE (approx.) | HEIGHT (approx.) | WEIGHT (approx.) |
|---|---|---|---|---|---|
| F | WHITE | BROWN | 52 | 5'9" | 140 |

OTHER    GLASSES

**Sec.8001Fee** ☑ A fee of $40.00, pursuant to CPLR Section 8001, was tendered to the witness.

I asked the person spoken to whether the defendant/respondent was in active military service of the United States or of the State of New York in any capacity whatever and received a negative repy. Defendant/Responent wore ordinary civilian clothers and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant/respondent is not in the military service of New York State or of the United States as the term is defined in either the State or in the Federal statutes.

Sworn Before me this day 2 of
AUGUST                    2005

_____
(NOTARY PUBLIC)

JERI . THOMSON
NOTARY PUBLIC, State of New York
No. 4528569
Qualified in NASSAU County
Commission Expires on 8/31/2006

_Teresa Prendergast_
TERESA PRENDERGAST #9876543

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:

P.O. Box 142
Garden City, N.Y. 11530

One piece of ordinary mail addressed to:

MARC GREENSTEIN, M.D.,
SUFFOLK OB/GYN GROUP, PC
202 E. MAIN STREET
HUNTINGTON NY 11743

PS Form ~~3817, January 2001~~

U.S. POSTAGE PAID
GARDEN CITY, NY
11530
AUG 02, '05
AMOUNT $0.90
0007848-04

Postmark: GARDEN CITY NY 11530, AUG 2, 2005

MAVERICK PROCESS SERVICE, INC.
647 FRANKLIN AVE., SUITE 1R
GARDEN CITY, NY 11530

4173
1-32/210

DATE 7/29/05

PAY TO THE ORDER OF: Mr. Marc Greenstein

AMOUNT: Forty 00/100 — $ 60.00

Bank of America
EAST MEADOW, NY 11554

EXPLANATION: Re: Kopacz v. DRBA + Swift    AMOUNT: 60.00
DESCRIPTION: Deposition Attendance Fee    CHECK NUMBER: 4173    $ 60.00

CHECK AMOUNT: 60.00

⑈004173⑈ ⑆021000322⑆ 94178 748 20⑈