IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
JAN KOPACZ and CATHY KOPACZ,            :
                                        :
              Plaintiffs,               :
       v.                               :    C.A. No. 04-CV-911 (GMS)
                                        :
DELAWARE RIVER AND BAY AUTHORITY        :
and CRAIG SWETT,                        :
                                        :
              Defendants.               :
-----------------------------------------------------------x
JAN KOPACZ,                             :
                                        :
              Plaintiff,                :
       v.                               :    C.A. No. 04-CV-1281 (GMS)
                                        :
DELAWARE RIVER AND BAY AUTHORITY,       :
                                        :
              Defendant.                :
-----------------------------------------------------------x
```

## NOTICE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 6th day of September, 2005, I caused this Notice of Service and Defendant Delaware River and Bay Authority's Fourth Set of Interrogatories Directed to Plaintiffs to be served upon the foregoing counsel of record in the manners indicated below:

**By Facsimile and First Class Mail**

James J. Woods, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899

Donald M. Ranson, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, 2nd Floor
Philadelphia, PA 19107
(215) 569-8606

                ROSENTHAL, MONHAIT, GROSS
                  & GODDESS, P.A.

OF COUNSEL:

                By: /s/ Carmella P. Keener
Mary Elisa Reeves, Esquire          Carmella P. Keener (DSBA No. 2810)
DONNA ADELSBERGER & ASSOCIATES, P.C. 919 N. Market Street, Suite 1401
6 Royal Avenue                Citizens Bank Center
P.O. Box 530                  P.O. Box 1070
Glenside, PA 19038-0530           Wilmington, DE 19899-1070
(215) 576-8690                (302) 656-4433
                            ckeener@rmgglaw.com