IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
JAN KOPACZ and CATHY KOPACZ,              :
                                          :
                Plaintiffs,               :
        v.                                :   C.A. No. 04-CV-911 (GMS)
                                          :
DELAWARE RIVER AND BAY AUTHORITY          :
and CRAIG SWETT,                          :
                                          :
                Defendants.               :
------------------------------------------------------------x
JAN KOPACZ,                               :
                                          :
                Plaintiff,                :
        v.                                :   C.A. No. 04-CV-1281 (GMS)
                                          :
DELAWARE RIVER AND BAY AUTHORITY,         :
                                          :
                Defendant.                :
------------------------------------------------------------x
```

## NOTICE OF SERVICE

I, Carmella P. Keener, hereby certify that on this 20th day of September, 2005, I caused this Notice of Service and Defendant's Third Request for Production of Documents Addressed to Plaintiff, Jan Kopacz to be served upon the foregoing counsel of record in the manners indicated below:

**By Facsimile and First Class Mail**

James J. Woods, Jr., Esquire
Law Office of James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, 2nd Floor
Philadelphia, PA 19107
(215) 569-8606

                                      ROSENTHAL, MONHAIT, GROSS
                                          & GODDESS, P.A.

OF COUNSEL:

By: /s/ Carmella P. Keener

Mary Elisa Reeves, Esquire
DONNA ADELSBERGER & ASSOCIATES, P.C.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530
(215) 576-8690

Carmella P. Keener (DSBA No. 2810)
919 N. Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
   Attorney for Defendant Delaware River
   and Bay Authority