IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF VACATION OF RECORDS DEPOSITION (Duces Tecum)**

TO:

E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

James J. Woods, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

PLEASE TAKE NOTICE that the undersigned attorney has vacated the records deposition

(duces tecum) of the Records Custodian for Coastal Psychiatric Group scheduled for September 30,

2005.

        CASARINO, CHRISTMAN & SHALK, P.A.


        BY:   /s/ Donald M. Ransom
            DONALD M. RANSOM, ESQ.
            Del. Bar ID No. 2626
            800 N. King Street, Suite 200
            P.O. Box 1276
            Wilmington, DE 19899-1276
            (302) 594-4500
            Attorney for Defendant Craig Swett

Case 1:04-cv-00911-GMS   Document 52   Filed 09/23/2005   Page 2 of 4

CERTIFICATE OF SERVICE

I, Donald M. Ransom, hereby certify that I have had delivered in the manner state below, on this the   23rd   day of September, 2005, a true and correct copy of the attached Notice of Deposition, addressed to:

**BY FAX (215-569-8606) and E-FILE**

E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**BY FAX ( 302-234-6876) and E-FILE**

James J. Woods, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FAX (302-658-7567) and E-FILE**

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**BY FAX ( 215-576-8695) and FIRST CLASS MAIL**

Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

                                    CASARINO, CHRISTMAN & SHALK, P.A.

                          BY:      /s/ Donald M. Ransom
                                DONALD M. RANSOM, ESQ.
                                Del. Bar ID No. 2626
                                800 N. King Street, Suite 200
                                P.O. Box 1276
                                Wilmington, DE 19899-1276

(302) 594-4500
Attorney for Defendant Craig Swett