IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAN KOPACZ and CATHY KOPACZ, :
           :
     Plaintiffs,  :   C.A. No. 04-911 GMS
 v.          :
           :   Jury Trial Demanded
DELAWARE RIVER AND BAY  :
AUTHORITY,  and CRAIG SWETT,  :
           :
     Defendants. :
_____

JAN KOPACZ,      :
           :
     Plaintiff,  :   C.A. No. 04-1281 GMS
           :
 v.          :
           :
DELAWARE RIVER AND BAY  :
AUTHORITY,      :
           :
     Defendant.  :

## RENOTICE OF DEPOSITION

TO:

E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

James J. Woods, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

 PLEASE TAKE NOTICE that the undersigned attorney has rescheduled the deposition of

Cathy Kopacz for October 27, 2005 in the offices of  Casarino, Christman & Shalk, P.A., 800 N. King

Street, Suite 200, Wilmington, DE 19801, beginning at 2:00 p.m.

CASARINO, CHRISTMAN & SHALK, P.A.


BY:    /s/ Donald M. Ransom
        DONALD M. RANSOM, ESQ.
        Del. Bar ID No. 2626
        800 N. King Street, Suite 200
        P.O. Box 1276
        Wilmington, DE 19899-1276
        (302) 594-4500
        Attorney for Defendant Craig Swett

cc: Hawkins Reporting Service

CERTIFICATE OF SERVICE

I, Donald M. Ransom, hereby certify that I have had delivered in the manner state below, on this

the   29th    day of September, 2005, a true and correct copy of the attached Renotice of Deposition,

addressed to:

**BY FAX (215-569-8606), FIRST CLASS MAIL and E-Filing**

E. Alfred Smith, Esq.

1333 Race Street 2d Flr.

Philadelphia, PA 19107

**BY FAX ( 302-234-6876), FIRST CLASS MAIL and E-Filing**

James J. Woods, Jr., Esq.

Connolly, Bove, Lodge & Hutz

1007 North Orange Street

P. O. Box 2207

Wilmington, DE 19899

**BY FAX (302-658-7567), FIRST CLASS MAIL and E-Filing**

Carmella P. Keener, Esq.

Rosenthal, Monhait, Gross & Goddess, P.A.

919 Market Street, Suite 1401

P.O. Box 1070

Wilmington, DE 19899-1070

**BY FAX ( 215-576-8695), , FIRST CLASS MAIL and E-Filing**

Mary Elisa Reeves, Esq.

6 Royal Avenue

P.O. Box 530

Glenside, PA 19038-0530

CASARINO, CHRISTMAN & SHALK, P.A.

BY:      /s/ Donald M. Ransom
DONALD M. RANSOM, ESQ.
Del. Bar ID No. 2626
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276

(302) 594-4500
Attorney for Defendant Craig Swett