IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAN KOPACZ and CATHY KOPACZ,       :
                                   :
             Plaintiffs,           :      C.A. No. 04-911 GMS
      v.                           :
                                   :      Jury Trial Demanded
DELAWARE RIVER AND BAY             :
AUTHORITY,  and CRAIG SWETT,       :
                                   :
             Defendants.           :
_____

JAN KOPACZ,                        :
                                   :
             Plaintiff,            :      C.A. No. 04-1281 GMS
                                   :
v.                                 :
                                   :
DELAWARE RIVER AND BAY             :
AUTHORITY,                         :
                                   :
             Defendant.            :

**AMENDED NOTICE OF DEPOSITION (DUCES TECUM\*)**

TO:

E. Alfred Smith, Esq.                    Carmella P. Keener, Esq.
1333 Race Street 2d Flr.                 Rosenthal, Monhait, Gross & Goddess, P.A.
Philadelphia, PA 19107                   919 Market Street, Suite 1401
                                         P.O. Box 1070
James J. Woods, Jr., Esq.                Wilmington, DE 19899-1070
Connolly, Bove, Lodge & Hutz
1007 North Orange Street                 Mary Elisa Reeves, Esq.
P. O. Box 2207                           6 Royal Avenue
Wilmington, DE 19899                     P.O. Box 530
                                         Glenside, PA 19038-0530

      PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of

Officer Denise Wise in the offices of Delaware River & Bay Authority Police Troop 2 , Cape

May-Lewes Ferry, 43 Cape Henlopen Drive, Lewes, Delaware on October 27, 2005 beginning at

10:00 a.m.

CASARINO, CHRISTMAN & SHALK, P.A.


          /s/ Donald M. Ransom
Donald M. Ransom, Esq.
Del. Bar ID No. 2626
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500
Attorney for Defendant Craig Swett

*DUCES TECUM – The deponent is required to bring to the deposition the DRBA Police Report
of Investigation file, Complaint No. 91-02-013915, dated 8/09/2002, including all investigation
reports, notes, diagrams, charts, drawings, interview records, etc.

cc: Hawkins Reporting Service

CERTIFICATE OF SERVICE


I, Donald M. Ransom, hereby certify that I have had delivered in the manner state below,

on this the    14th    day of October, 2005, a true and correct copy of the attached Notice of

Depositions, addressed to:

**BY FAX (215-569-8606) and FIRST CLASS MAIL**
E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**BY FAX ( 302-234-6876) and FIRST CLASS MAIL**
James J. Woods, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FAX (302-658-7567) and FIRST CLASS MAIL**
Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**BY FAX ( 215-576-8695) and FIRST CLASS MAIL**
Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530


CASARINO, CHRISTMAN & SHALK, P.A.



BY:    ____/s/ Donald M. Ransom_____
DONALD M. RANSOM, ESQ.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Craig Swett