IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF TRIAL DEPOSITIONS**

TO:

E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

James J. Woods, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition by video teleconference for use at trial of the following at the times indicated below in the conference room of the Best Western Brandywine Valley Inn, 1807 Concord Pike, Wilmington,

DE 19803* on October 27, 2005:

    Jessica Swett        beginning at 4:30 p.m. (ET); 3:30 p.m. (CT)

    Carol Swett         beginning at 5:15 p.m. (ET); 4:15 p.m. (CT)

* The deponents will appear individually in the conference rooms of the Executive Suites of NaperPlace, 608 South Washington Street, Suite 207, Naperville, IL 60540 and be sequestered individually in a separate room when not being deposed.

                                      CASARINO, CHRISTMAN & SHALK, P.A.

                        BY:   /s/ Donald M. Ransom
                              DONALD M. RANSOM, ESQ.
                              800 N. King Street, Suite 200
                              P.O. Box 1276
                              Wilmington, DE 19899-1276
                              (302) 594-4500
                              Attorney for Defendant Craig Swett

cc: Metro Reporting Service (Fax: 630-588-9866)

CERTIFICATE OF SERVICE

I, Donald M. Ransom, hereby certify that I have had delivered in the manner state below, on this the 14th day of October, 2005, a true and correct copy of the attached Notice of Depositions, addressed to:

**BY FAX (215-569-8606) and FIRST CLASS MAIL**
E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**BY FAX ( 302-234-6876) and FIRST CLASS MAIL**
James J. Woods, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FAX (302-658-7567) and FIRST CLASS MAIL**
Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**BY FAX ( 215-576-8695) and FIRST CLASS MAIL**
Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

          CASARINO, CHRISTMAN & SHALK, P.A.

       BY:  /s/ Donald M. Ransom
          DONALD M. RANSOM, ESQ.
          800 N. King Street, Suite 200
          P.O. Box 1276
          Wilmington, DE 19899-1276
          (302) 594-4500
          Attorney for Defendant Craig Swett