IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

**RENOTICE OF DEPOSITION (DUCES TECUM*)**

TO:

E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

James J. Woods, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of

Officer Denise Wise in the offices of **Best Western Brandywine Valley Inn, 1807 Concord**

**Pike, Wilmington, Delaware 19803** on October 27, 2005 beginning at 3:30 p.m.

                                        CASARINO, CHRISTMAN & SHALK, P.A.

                                        /s/ Donald M. Ransom
                                       Donald M. Ransom, Esq.
                                         Del. Bar ID No. 2626
                                         800 N. King Street, Suite 200
                                         P.O. Box 1276
                                         Wilmington, DE 19899
                                         (302) 594-4500
                                         Attorney for Defendant Craig Swett

*DUCES TECUM – The deponent is required to bring to the deposition the State of Delaware Uniform Traffic Collision Report, Complaint No. 91-02-013915, dated 8/09/2002, including all investigation reports, notes, diagrams, charts, drawings, interview records, etc.

cc: Hawkins Reporting Service

CERTIFICATE OF SERVICE

I, Donald M. Ransom, hereby certify that I have had delivered in the manner state below, on this the 18th day of October, 2005, a true and correct copy of the attached Notice of Depositions, addressed to:

**BY FAX (215-569-8606) and FIRST CLASS MAIL**
E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**BY FAX ( 302-235-5770) and FIRST CLASS MAIL**
James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

**BY FAX (302-658-7567) and FIRST CLASS MAIL**
Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**BY FAX ( 215-576-8695) and FIRST CLASS MAIL**
Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

CASARINO, CHRISTMAN & SHALK, P.A.

BY: ____/s/ Donald M. Ransom____
DONALD M. RANSOM, ESQ.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Craig Swett