IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

**RENOTICE OF DEPOSITION (DUCES TECUM\*)**

TO:

E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

James J. Woods, Jr., Esq.
James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

PLEASE TAKE NOTICE that all previous notices of deposition of Officer Denise Wise

are hereby vacated and that the undersigned attorney will take the oral deposition of Officer

Denise Wise in the offices of Casarino, Christman & Shalk, 800 N. King Street, Suite 200,

Wilmington, DE 19801 on **October 27, 2005 beginning at 2:00 p.m.**

                                              CASARINO, CHRISTMAN & SHALK, P.A.

                                              /s/ Donald M. Ransom
                                          Donald M. Ransom, Esq.
                                          Del. Bar ID No. 2626
                                          800 N. King Street, Suite 200
                                          P.O. Box 1276
                                          Wilmington, DE 19899
                                          (302) 594-4500
                                          Attorney for Defendant Craig Swett

*DUCES TECUM – The deponent is required to bring to the deposition the DRBA Police Department Investigation file, Complaint No. 91-02-013915, dated 8/09/2002, including all investigative reports, notes, diagrams, charts, drawings, interview records, etc.

cc: Hawkins Reporting Service

CERTIFICATE OF SERVICE

I, Donald M. Ransom, hereby certify that I have had delivered in the manner state below, on this the 21st day of October, 2005, a true and correct copy of the attached Notice of Depositions, addressed to:

**BY FAX (215-569-8606) and FIRST CLASS MAIL**
E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**BY FAX ( 302-235-5770) and FIRST CLASS MAIL**
James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

**BY FAX (302-658-7567) and FIRST CLASS MAIL**
Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**BY FAX ( 215-576-8695) and FIRST CLASS MAIL**
Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

CASARINO, CHRISTMAN & SHALK, P.A.

BY: ____/s/ Donald M. Ransom_____
DONALD M. RANSOM, ESQ.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Craig Swett