IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF VACATION OF DEPOSITION OF
OFFICER DENISE WISE (DUCES TECUM*)**

TO:

E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

James J. Woods, Jr., Esq.
James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

PLEASE TAKE NOTICE that the deposition of Officer Denise Wise scheduled for

**October 27, 2005 beginning at 2:00 p.m.** in the offices of Casarino, Christman & Shalk, 800 N.

King Street, Suite 200, Wilmington, DE 19801 is hereby vacated.

                                                  CASARINO, CHRISTMAN & SHALK, P.A.

                                                  /s/ Donald M. Ransom
                                            Donald M. Ransom, Esq.
                                            Del. Bar ID No. 2626
                                            800 N. King Street, Suite 200
                                            P.O. Box 1276
                                            Wilmington, DE 19899
                                            (302) 594-4500
                                            Attorney for Defendant Craig Swett

cc: Hawkins Reporting Service (Fax: 658-8418)

CERTIFICATE OF SERVICE

I, Donald M. Ransom, hereby certify that I have had delivered in the manner state below, on this the 26th day of October, 2005, a true and correct copy of the attached Notice of Vacation of Deposition of Officer Denise Wise (Duces Tecum*), addressed to:

**BY FAX (215-569-8606) and FIRST CLASS MAIL**
E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**BY FAX ( 302-235-5770) and FIRST CLASS MAIL**
James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

**BY FAX (302-658-7567) and FIRST CLASS MAIL**
Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**BY FAX ( 215-576-8695) and FIRST CLASS MAIL**
Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

CASARINO, CHRISTMAN & SHALK, P.A.

BY: ___/s/ Donald M. Ransom___
DONALD M. RANSOM, ESQ.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Craig Swett