IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| | : | |
| v. | : | Jury Trial Demanded |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION**

It is stipulated and agreed by and among counsel for the above parties that discovery time is extended to and including November 15, 2005, to take depositions already noticed or discussed.

E. ALFRED SMITH & ASSOCIATES

By: _____
E. Alfred Smith, Esquire


DONNA ADELSBERGER & ASSOCIATES

By: _____
Mary Elisa Reeves, Esquire


CASARINO, CHRISTMAN & SHALK, P.A.

By: _____
Donald M. Ransom, Esquire


IT IS SO ORDERED ON this the _____ day of _____, 2005.

_____
                              J.