CERTIFICATE OF SERVICE

I, Donald M. Ransom, hereby certify that in addition to electronic filing I have had delivered in the manner state below, on this the  1st  day of November, 2005, a true and correct copy of the attached Stipulation to Extend Discovery Time, addressed to:

**By Electronic Filing and**
**First Class Mail**
E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**By Electronic Filing and**
**First Class Mail**
Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

CASARINO, CHRISTMAN & SHALK, P.A.

BY:     /s/ Donald M. Ransom
DONALD M. RANSOM, ESQ.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Craig Swett