## CERTIFICATE OF SERVICE

I, DONALD M. RANSOM, ESQ., hereby certify that I have caused to be deposited in the U.S. Mail, postage prepaid, the 14th day of November, 2005, a true and correct copy of the attached Vacation of Deposition addressed to:

E. Alfred Smith, Esq.
1333 Race Street, 2nd Floor
Philadelphia, PA 19107

Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 North Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

James J. Woods, Jr., Esq.
James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807


      /s/ Donald M. Ransom

DONALD M. RANSOM, ESQ.
I. D. No. 2626
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P. O. Box 1276
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Craig Swett