IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

**VACATION OF DEPOSITION**

TO:

E. Alfred Smith, Esq.
1333 Race Street, 2nd Floor
Philadelphia, PA 19107

Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 North Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

James J. Woods, Jr., Esq.
James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

PLEASE TAKE NOTICE that the oral deposition of Cathy Kopacz, that was scheduled for Monday, November 21, 2005 to begin at 1:00 p.m. is hereby vacated.

        /s/ Donald M. Ransom
_____

DONALD M. RANSOM, ESQ.
I. D. No. 2626
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P. O. Box 1276
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Craig Swett

Date:   November 14, 2005

cc:   Hawkins Reporting Service
     Mr. Mark Stike (File No. 13-0206-925)