## CERTIFICATE OF SERVICE

I, DONALD M. RANSOM, ESQ., hereby certify that I have caused to be deposited in the U.S. Mail, postage prepaid, the 14th day of November, 2005, a true and correct copy of the attached Vacation of Deposition addressed to:

| | |
|---|---|
| E. Alfred Smith, Esq.<br>1333 Race Street, 2nd Floor<br>Philadelphia, PA 19107 | Carmella P. Keener, Esq.<br>Rosenthal, Monhait, Gross & Goddess, P.A.<br>919 North Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070 |
| Mary Elisa Reeves, Esq.<br>6 Royal Avenue<br>P.O. Box 530<br>Glenside, PA 19038-0530 | James J. Woods, Jr., Esq.<br>James J. Woods, Jr., P.A.<br>P.O. Box 4635<br>Greenville, DE 19807 |

　　　　　　　　　　　　　　　　　　　/s/ Donald M. Ransom　　　　　　

DONALD M. RANSOM, ESQ.
I. D. No. 2626
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P. O. Box 1276
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Craig Swett