Law Office
## James J. Woods, Jr., P.A.
P. O. Box 4635
Greenville, DE 19807
TELEPHONE & FAX: (302) 235-5770
E-mail: WoodsLawDE@aol,com

December 19, 2005

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 N. King St.
Wilmington, DE 19801

Re: <u>Kopacz v. DRBA, et al</u>, C. A. Nos. 04-911, 04-1281

Your Honor:

    Please allow counsel a two-day extension to file the Pretrial Order and associated documents.  Mr. Smith and I just received DRBA's portions last Friday, and Mr. Smith's secretary is out of the office today because of illness.  Hopefully, she will return to work tomorrow, but it may be Wednesday before we can file everything.  The pretrial conference is set for January 7, 2006.

    At the January 14, 2005 scheduling conference, I asked whether you expect local counsel to attend the pretrial conference and the trial.  My recollection is that you left that to the discretion of local counsel and out-of-state counsel.  If I misunderstood you, please let me know.  Otherwise, I will not be attending the pretrial conference or the trial due to schedule conflicts.

                                              Sincerely,

                                              /s/James J. Woods, Jr.

pc: Carmella Keener, Esq. (electronically)
    Donald Ransom, Esq. (electronically)