IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

## MOTION IN LIMINE REGARDING ADMISSIBILITY OF PERSONAL INJURY PROTECTION ("PIP") ELIGIBLE BENEFITS UNDER 21 DEL. C. § 2118(h)

Defendant, Craig Swett, hereby moves this Honorable Court for entry of an order granting a motion in limine to exclude the admissibility into evidence of any lost wages and medical expenses which are Personal Injury Protection ("PIP") eligible under Section 2118 of Title 21 of the Delaware Code.  In support of this motion, Defendant Swett submits the following accompanying opening brief.

CASARINO, CHRISTMAN & SHALK, P.A.

  /s/ Donald M. Ransom
DONALD M. RANSOM, ESQ.
Del. ID. No. 2626

|  |  |
|---|---|
|  | 800 North King Street, Suite 200 |
|  | P.O. Box 1276 |
|  | Wilmington, DE 19899-1276 |
|  | (302) 594-4500 |
| DATE:  December 21, 2005 | Attorney for Defendant Craig Swett |