

**GE Auto Insurance Program**

P.O. Box 8110
Fort Washington, PA 19034-8110

March 9, 2004

*Underwriting Company:*
GE Property & Casualty Insurance Company

Jan Kopacz
6 Bayfront Road
Milton, DE 19968

*Via Certified RRR and regular mail*

RE: Jan Kopacz
    Claim #N020092882
    D/A: 8-9-02
    Policy #: 836434455
    Insured: Jan Kopacz

Dear Mr. Kopacz:

As you are aware, I am the adjuster that has been handling the above claim.

As you are also aware, we have assigned the firm of Kent & McBride to secure your examination under oath (EUO).

Inasmuch as you have not cooperated in the investigation of this incident and with the taking of your examination under oath (EUO) please be advised that we are hereby denying any claims arising from the alleged incident of August 9, 2002.

Please contact me with any questions.


Sincerely,


Terri Pagliei
Claims Adjuster
800-523-4040 X5899

TP/tp