IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

CERTIFICATE OF SERVICE

I, DONALD M. RANSOM, hereby certify that I have caused to be delivered in the manner noted, the 21st day of December, 2005 a true and correct copy of the Motion in Limine Regarding Admissibility of Personal Injury Protection ("PIP") Eligible Benefits Under 21 Del. C. § 2118(h):

**By E-Filing and First Class Mail**
E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**By E-Filing and First Class Mail**
James J. Woods, Jr., Esq.
P.O. Box 4635
Greenville, DE 19807

**By E-Filing and First Class Mail**
Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross
    & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**By E-Filing and First Class Mail**
Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

CASARINO, CHRISTMAN & SHALK, P.A.

BY:    /s/ Donald M. Ransom
      DONALD M. RANSOM, ESQ.
      Del. Bar ID No: 2626
      800 N. King Street, Suite 200
      P.O. Box 1276
      Wilmington, DE 19899-1276
      (302) 594-4500
      Attorney for Defendant Craig Swett