IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

IT IS HEREBY ORDERED THIS ____ day of _____ 2006, Defendant Craig Swett's motion in limine regarding admissibility of Personal Injury Protection ("PIP") eligible benefits under 21 Del. C. § 2118(h) is hereby granted for the reasons stated in Defendant Craig Swett's motion and supporting brief and plaintiff is precluded from introducing into evidence any PIP eligible medical expenses and/or lost wages incurred as a result of the alleged incident.

IT IS SO ORDERED.

_____
The Hon. Gregory M. Sleet
U.S. District Court
District of Delaware