IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ AND CATHY KOPACZ,<br>                  Plaintiffs<br><br>v.<br><br>DELAWARE RIVER & BAY AUTHORITY<br><br>   and<br><br>CRAIG SWETT,<br>                  Defendants. | Civil Action No. 04-911–GMS |

### NOTICE OF VIDEOTAPED DEPOSITION FOR USE AT TRIAL

Donald M. Ransom, Esquire  
Casarino, Christman & Shalk, P.A.  
800 N. King Street, Suite 200  
P.O. Box 1276  
Wilmington, DE 19899

James J. Woods, Esquire  
Law Office of James J. Woods, Jr. P.A.  
P.O. Box 4635  
Greenville, DE 19807

PLEASE TAKE NOTICE that Defendant Delaware River & Bay Authority will take the deposition of Janice Ambrose on January 11, 2006 commencing at 9:00 a.m. The deposition will take place at Orthopedic Associates of Southern Delaware, P.A., 17005 Old Orchard Road, Lewes, DE 19958. The deposition will be videotaped for purpose of use at trial. You are invited to attend and cross-examine.

OF COUNSEL:

Mary Elisa Reeves, Esquire  
DONNA ADELSBERGER  
 & ASSOCIATES, P.C.  
6 Royal Avenue, P.O. Box 530  
Glenside, PA 19038-0530  
(215) 576-8690

ROSENTHAL, MONHAIT, GROSS  
 & GODDESS, P.A.

/s/ Carmella P. Keener  
Carmella P. Keener (DSBA No. 2810)  
919 N. Market Street, Suite 1401  
P. O. Box 1070  
Wilmington, DE 19899-1070  
(302) 656-4433  
   Attorneys for Defendant  
   Delaware River and Bay Authority

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2005, I electronically filed with the Clerk of Court Notice of Videotaped Deposition for Use at Trial using ECF which will send notification of such filing to the following:

Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

James J. Woods, Esquire
Law Office of James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com