IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ AND CATHY KOPACZ | : CIVIL ACTION |
| v. | : NO. 04-911 |
| DELAWARE RIVER & BAY AUTHORITY | : |
| and | : |
| CRAIG SWETT | : |

### NOTICE OF VIDEOTAPED DE BENE ESSE DEPOSITION

To:  E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street - Second Floor
Philadelphia, Pennsylvania 19107

PLEASE TAKE NOTICE, that in accordance with the Federal Rules of Civil Procedure, Defendant, Delaware River & Bay Authority, will take the videotaped deposition of Jeffrey Malumed, M.D., upon oral examination, for the purposes of trial, before a Notary Public or some other officer authorized by law to administer oaths, at Liberty Orthopedics & Sports Medicine Associates, Chester Pike and Bartol Avenue, Suite 100, Ridley Park, PA 19078 on **Monday, January 30, 2006 at 4:45 P.M.** or as soon thereafter as possible and from day to day thereafter until the examination is completed.

You are invited to attend and participate in the examination if you so desire.

                              DONNA ADELSBERGER & ASSOCIATES, P.C.

                              s/_____
                              Mary Elisa Reeves, Esquire
                              Attorney for Defendant Delaware River & Bay
                              Authority

Date:  December 13, 2005

cc:  Donald Ransom, Esquire

Date:    January 3, 2006

                              /s/ Carmella P. Keener (DSBA No. 2810)
                              Rosenthal, Monhait, Gross & Goddess, P.A.
                              919 N. Market Street, Suite 1401
                              P.O. Box 1070
                              Wilmington, DE   19899-1070
                              (302) 656-4433
                              ckeener@rmgglaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ AND CATHY KOPACZ : | CIVIL ACTION |
| v. : | NO. 04-911 |
| DELAWARE RIVER & BAY AUTHORITY : | |
| and : | |
| CRAIG SWETT : | |

## CERTIFICATION

I, Mary Elisa Reeves, certify that the forgoing Notice of Videotaped De Bene Esse Deposition, was served on the date set forth below, via facsimile and First Class mail, on the following parties:

E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street
Second Floor
Philadelphia, PA 19107

Donald Ransom, Esquire
Casarino, Christman & Shalk
P.O. Box 1276
Wilmington, DE 18999

DONNA ADELSBERGER & ASSOCIATES, P.C.

BY: s/_____
Mary Elisa Reeves,
Attorney for Defendant,
Delaware River & Bay Authority

DATE: December 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2006, I electronically filed with the Clerk of Court Notice of Videotaped De Bene Esse Deposition using ECF which will send notification of such filing to the following:

Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

James J. Woods, Esquire
Law Office of James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

cc:   E. Alfred Smith, Esquire (via electronic mail)