IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAN KOPACZ and CATHY KOPACZ,          :
                                      :
            Plaintiffs,               :    C.A. No. 04-911 GMS
                                      :
    v.                                :
                                      :    Jury Trial Demanded
                                      :
DELAWARE RIVER AND BAY                :
AUTHORITY,  and CRAIG SWETT,          :
                                      :
            Defendants.               :
_____

JAN KOPACZ,                           :
                                      :
            Plaintiff,                :    C.A. No. 04-1281 GMS
                                      :
                                      :
    v.                                :
                                      :
                                      :
DELAWARE RIVER AND BAY                :
AUTHORITY,                            :
                                      :
            Defendant.                :

## **O R D E R**

        IT IS HEREBY ORDERED THIS _____ day of _____ 2006, Defendant

Craig Swett's motion in limine regarding admissibility of Personal Injury Protection ("PIP") eligible

benefits under 21 Del. C. § 2118(h) is hereby granted for the reasons stated in Defendant Craig

Swett's motion and supporting brief and plaintiffs are precluded from introducing into evidence any

PIP eligible medical expenses and/or lost wages incurred as a result of the alleged incident.

        IT IS SO ORDERED.


                              _____
                              The Hon. Gregory M. Sleet
                              U.S. District Court
                              District of Delaware