IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

CERTIFICATE OF SERVICE

I, DONALD M. RANSOM, hereby certify that I have caused to be delivered in the manner noted, the 6th day of January, 2006, a true and correct copy of Defendant Craig Swett's Reply to Plaintiff's Response to Defendant Swett's Motion in Limine Regarding Admissibility of Personal Injury Protection ("PIP") Eligible Benefits under 21 Del. C. § 2118(h):

**By E-Filing and First Class Mail**
E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**By E-Filing and First Class Mail**
James J. Woods, Jr., Esq.
P.O. Box 4635
Greenville, DE 19807

**By E-Filing and First Class Mail**

| | |
|---|---|
| Carmella P. Keener, Esq.<br>Rosenthal, Monhait, Gross<br>& Goddess, P.A.<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070 | **By E-Filing and First Class Mail**<br>Mary Elisa Reeves, Esq.<br>6 Royal Avenue<br>P.O. Box 530<br>Glenside, PA 19038-0530 |

CASARINO, CHRISTMAN & SHALK, P.A.

BY:     /s/ Donald M. Ransom
      DONALD M. RANSOM, ESQ.
      Del. Bar ID No: 2626
      800 N. King Street, Suite 200
      P.O. Box 1276
      Wilmington, DE 19899-1276
      (302) 594-4500
      Attorney for Defendant Craig Swett