IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | C.A. No. 04-911 GMS |
| | : | |
| Plaintiffs, | : | Jury Trial Demanded |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| | : | |
| JAN KOPACZ, | : | C.A. No. 04-1281 GMS |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**NOTICE OF VIDEOTAPED TRIAL DEPOSITION**

TO:  Mary Elisa Reeves, Esquire                Donald M. Ransom, Esquire
     Donna Adelsberger & Associates, P.C.     Casarino, Christman & Shalk, P.A.
     6 Royal Avenue, P.O. Box 530             Conectiv Building
     Glenside, PA 19038-0530                  800 North King Street, Suite 200
                                              P.O. Box 1276
                                              Wilmington, DE 19899

     Carmella P. Keener, Esq.
     Rosenthal Monhait Gross & Goddess, P.A.
     Suite 1401, 919 Market St.
     Wilmington, DE 19801

PLEASE TAKE NOTICE that in accordance with the Federal Rules of Civil Procedure, the undersigned attorney for plaintiff will take the videotaped trial deposition of Mohammad Mehdi, M.D., upon oral examination, for the purposes of trial, before a Notary Public or some other officer authorized by law to administer oaths, at his offices at the Pain Center of Delaware, LLC, 1632 Savannah Road, Suite 2, Lewes, Delaware 19958, beginning on Monday, January 23, 2006 at 12:00 p.m. or as soon thereafter as possible and from day to day thereafter until the examination is completed.

You are invited to attend and cross-examine if you so desire.

JAMES J. WOODS, JR., P.A.

January 9, 2006                         By_____
                                        James J. Woods, Jr., Esquire
                                        P.O. Box 4635
                                        Greenville, DE 19807
                                        (302) 235-5770

                                        E. Alfred Smith, Esquire
                                        E. Alfred Smith & Associates
                                        1333 Race Street
                                        Second Floor
                                        Philadelphia, PA 19107
                                        (215) 569-8422
                                        Attorney for Plaintiff, Jan Kopacz