IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |
| | | |
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

## SUGGESTION OF DEATH UPON THE RECORD

Pursuant to Federal Rule of Civil Procedure 25(a), counsel for defendant Craig Swett hereby suggests the death of plaintiff, Cathy Kopacz, upon the record and the exact date of death is unknown.

CASARINO, CHRISTMAN & SHALK, P.A.

/s/ Donald M. Ransom
Donald M. Ransom, Esq.
Del. Bar ID No. 2626
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899
(302) 594-4500

January 9, 2006                             Attorney for Defendant Craig Swett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

CERTIFICATE OF SERVICE

I, DONALD M. RANSOM, hereby certify that I have caused to be delivered in the manner noted, the 9th day of January, 2006, a true and correct copy of Defendant Craig Swett's Suggestion of Death Upon the Record:

**By E-Filing and First Class Mail**
E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**By E-Filing and First Class Mail**
Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**By E-Filing and First Class Mail**
James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

**By E-Filing and First Class Mail**
Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

                                      CASARINO, CHRISTMAN & SHALK, P.A.


                  BY:      /s/ Donald M. Ransom
                            DONALD M. RANSOM, ESQ.
                            Del. Bar ID No: 2626
                            800 N. King Street, Suite 200
                            P.O. Box 1276
                            Wilmington, DE 19899-1276
                            (302) 594-4500
                            Attorney for Defendant Craig Swett