IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | C.A. No. 04-911 GMS |
| Plaintiffs, | : | Jury Trial Demanded |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| Defendants. | : | |
| JAN KOPACZ, | : | C.A. No. 04-1281 GMS |
| Plaintiff, | : | |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| Defendant. | : | |

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

Plaintiff submits the following Voir Dire Questions:

1. Do any of the jurors know Ms. Reeves or Ms. Keener or any lawyer or other person employed in the law firms of Donna Adelsberger & Associates, P.C., which is located just outside of Philadelphia and Rosenthal, Monhait, Gross & Goddess, P.A., which is located in Wilmington?

*2. Do any of the jurors know Mr. Ransom or any lawyer or other person employed in the law firm of Casarino, Christman & Shalk, P.A., which is located in Wilmington?

*2. Defendant wants the same question directed to James Woods and E. Alfred Smith.

*3. Do any of the jurors know _____, who are the defendants' witnesses?

4. Do any of the jurors work for or have friends or relatives who work for Delaware River and Bay Authority?

5. Do any of the jurors know Craig Swett, who lives in Naperville, Illinois?

6. Have any of the jurors ever ridden on a ferry operated by Delaware River and Bay Authority?

*7. Do any of the jurors work for or have relatives or friends who work for a casualty insurance company or a company which investigates or adjusts personal injury claims?

*8. Have any of the jurors ever been engaged in any effort to promote tort reform or take any action to discourage people from filing personal injury lawsuits?

*9. Do any of the jurors believe that people should not bring lawsuits when they have been injured by the fault of another?

*10. Have any of the jurors ever been sued by someone who claimed to have been injured due to their negligence?

*3. Swett objects and believes this should be directed to all witnesses.

*7. Swett objects because references to liability insurance.

*8, 9, 10. Swett objects because these are too one-sided.

11. Have any of the jurors ever served on any other juries?

*12. Do any of the jurors feel that it is improper to award someone who has been hurt a large sum of money to compensate that person for injuries?

*13. Do any of the jurors believe there should be a limit to the amount of money someone should recover for injuries that person sustained?

*14. Do any of the jurors believe that awarding money to this injured plaintiff might in some way cost them some money in the future?

15. Do any of the jurors believe that our tort system of awarding compensation to someone is wrong or bad in any way and should be changed?

16. Do any of the jurors know of any reason why they would be unable to render a fair and just verdict?

*17. Do any of the jurors have any reason to think badly of an injured man simply because he has brought a lawsuit?

*18. If the evidence and the law warranted it, would the jurors be able to award Mr. Kopacz a very substantial verdict?

*12, 13, 14. Swett objects because these unfairly comment on the evidence and suggest value.

*17, 18. Defendant Swett objects because this comments on the evidence and suggests value.

DRBA joins in all of Swett's objections.

 /s/ James J. Woods, Jr.
James J. Woods, Jr., Esq. (#2035)
James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807
(302) 235-5770
Attorney for Plaintiff, Jan Kopacz

E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street
Second Floor
Philadelphia, PA 19107
(215) 569-8422
Attorney for Plaintiff, Jan Kopacz