Law Office
## James J. Woods, Jr., P.A.
P. O. Box 4635
Greenville, DE 19807
TELEPHONE & FAX: (302) 235-5770
E-mail: WoodsLawDE@aol,com

January 12, 2006

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware            BY HAND
844 N. King St.
Wilmington, DE 19801

Re: <u>Kopacz v. DRBA, et al</u>, C. A. Nos. 04-911, 04-1281

Your Honor:

  Counsel have revised some of their filings to make them conform more closely to the guidelines in your Scheduling Order.

Enclosed are copies of each of the following:

1. Revised Pre-Trial Order with Revised Schedule C;
2. Voir Dire Questions from plaintiff and defendant; and
3. Interrogatories to the jury.

Also enclosed is a disk with the foregoing on it.

                Respectfully,


                James J. Woods, Jr.


cc: Donald M. Ransom, Esquire (electronically)
Carmella P. Keener, Esquire (electronically)
E. Alfred Smith, Esquire (by fax)
Clerk of District Court (by hand)