IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | C.A. No. 04-911 GMS |
| Plaintiffs, | : | Jury Trial Demanded |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| Defendants. | : | |
| JAN KOPACZ, | : | C.A. No. 04-1281 GMS |
| Plaintiff, | : | |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| Defendant. | : | |

## PLAINTIFF'S PROPOSED INTERROGATORIES

1. Was Delaware River and Bay Authority ("DRBA") negligent? _____Yes _____ No

2. If you answered No. 1 "Yes", was DRBA's negligence a cause, no matter how slight, of plaintiff's injuries?   _____Yes _____ No

3. Was the MV DELAWARE unseaworthy?   _____Yes _____ No

4. If you answered No. 3 "Yes", was the unseaworthiness a substantial factor in causing plaintiff's injuries?   _____Yes _____ No

5. Was Craig Swett negligent?   _____Yes _____ No

6. If you answered No. 5 "Yes," was Swett's negligence a substantial factor* in causing plaintiff's injuries?  _____Yes  _____ No

If you answered Nos. 1, 3 and 5 "No", return to the courtroom.

If you answered "Yes" to No. 1 and No. 2 or both No. 3 and No. 4 or both No. 5 and No. 6 or to all six, continue on to the next question.

7. Was the plaintiff contributorily negligent?  _____Yes  _____ No

8. If you answered No. 7 "Yes", in what percentage did plaintiff's contributory negligence contribute to cause his injury?  _____%

9. What percentage did each party you found at fault contribute to causing plaintiff's injuries?

   DRBA _____    Swett _____    Kopacz _____    Total 100%

Your answers must total 100%.

10. What is the amount of damages, if any, plaintiff is entitled to recover?  $ _____

   | | |
   |---|---|
   | Past wage loss | $ |
   | Medical expenses | $ |
   | Pain and suffering | $ |
   | Total | $ |

Do not subtract for any contributory negligence.  The Court will do the mathematics. Just put in the total amount you believe plaintiff is entitled to recover.

11. Was plaintiff injured while subject to the call of duty of his ship?

_____ Yes  _____ No

---

* Defendant Swett believes the appropriate language is "proximate cause."

12. What is the amount for maintenance, if any, plaintiff is entitled to recover from DRBA for the following:

| | |
|---|---|
| Maintenance | $ |
| *Value of sick leave and annual leave | $ |
| Medical expenses | $ |
| Compensatory damages for failure to pay | $ |
| Total | $ |

13. Was DRBA's refusal to pay plaintiff maintenance and cure unreasonable and without reasonable justification? _____ Yes _____ No

14. Were DRBA's employees' allegations of fraud without reasonable justification? _____ Yes _____ No

\* DRBA objects.