IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | C.A. No. 04-911 GMS |
| Plaintiffs, | : | Jury Trial Demanded |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| Defendants. | : | |
| JAN KOPACZ, | : | C.A. No. 04-1281 GMS |
| Plaintiff, | : | |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| Defendant. | : | |

**NOTICE OF TRIAL DEPOSITION**

TO:   Mary Elisa Reeves, Esquire           Donald M. Ransom, Esquire
      Donna Adelsberger & Associates, P.C. Casarino, Christman & Shalk, P.A.
      6 Royal Avenue, P.O. Box 530         Conectiv Building
      Glenside, PA 19038-0530              800 North King Street, Suite 200
                                           P.O. Box 1276
                                           Wilmington, DE 19899

PLEASE TAKE NOTICE, that in accordance with the Federal Rules of Civil Procedure, that the undersigned attorney for plaintiff will take the trial deposition of Elisa Montross-Lopez, M.D., upon oral examination, for the purposes of trial, before a Notary Public or some other

officer authorized by law to administer oaths, at her offices at Lewes Family Practice, P.A., 1305 Savannah Road, Lewes, Delaware 19958, beginning on Tuesday, January 31, 2006 at 10:00 a.m. or as soon thereafter as possible and from day to day thereafter until the examination is completed.

You are invited to attend and cross-examine if you so desire.

_____
James J. Woods, Jr., Esquire
P.O. Box 4635
Greenville, DE 19807
(302) 235-5770
Attorney for Plaintiff, Jan Kopacz

E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street
Second Floor
Philadelphia, PA 19107
(215) 569-8422
Attorney for Plaintiff, Jan Kopacz

Dated: January 18, 2006