IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ and CATHY KOPACZ, : | C.A. No. 04-911 GMS |
| Plaintiffs, : | Jury Trial Demanded |
| v. : | |
| DELAWARE RIVER AND BAY : AUTHORITY, and CRAIG SWETT, : | |
| Defendants. : | |
| JAN KOPACZ, : | C.A. No. 04-1281 GMS |
| Plaintiff, : | |
| v. : | |
| DELAWARE RIVER AND BAY : AUTHORITY, : | |
| Defendant. : | |

## DRBA'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS

Defendant Delaware River & Bay Authority (DRBA) objects to the reading of the depositions of either Bonnie Miller or Craig Swett unless the witnesses are unavailable at trial. Both Miller and Swett will testify live at trial, and therefore the reading of their depositions is inappropriate.

In the event that the Court overrules the DRBA's general objection, the DRBA objects in particular to reading the following portions of the depositions of Bonnie Miller and Craig Swett:

MILLER

| | |
|---|---|
| Pp.. 25-26 | Objection. References to insurance coverage for claims made in this suit. DRBA has no objection to references to medical or disability insurance which is provided as a benefit to employees, but objects to any mention of P&I insurance which covers claims such as those made by plaintiff. |
| Pg. 29 | Objection. Witness is being asked for a legal conclusion. |
| Pp. 53-55 | Objection. Calls for speculation as to what another individual, Ed Ledwon, was thinking. |
| Pp. 77-80 | Objection. References to insurance agent, and insurance. |

SWETT

| | |
|---|---|
| All | The testimony designated by plaintiff is not an admission against Swett's interest, but rather seems to be designed to establish liability against the DRBA, and therefore it is inadmissible hearsay unless Swett is unavailable at trial, in which case the entire deposition must be admitted, subject to the objections made therein. |
| Pp. 83-84 | Objection. Improper cross-examination asking the witness to verfiy the accuracy of a lengthy transcribed statement. DRBA objected to the line of questioning at page 81 and 82, and to the extent it is allowed, the witness' caveat on page 81 and 82 must be read as well. |

OF COUNSEL:

Mary Elisa Reeves, Esquire
DONNA ADELSBERGER
 & ASSOCIATES, P.C.
6 Royal Avenue, P.O. Box 530
Glenside, PA 19038-0530
(215) 576-8690

ROSENTHAL, MONHAIT, GROSS
    & GODDESS, P.A.

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
919 N. Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
   Attorneys for Defendant
   Delaware River and Bay Authority

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2006 I electronically filed with the Clerk of Court using ECF DRBA's Objections to Plaintiff's Deposition Designations which will send notification of such filing to the following:

Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

James J. Woods, Esquire
Law Office of James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

cc: Alfred Smith (via facsimile)