**ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

January 26, 2006

**VIA ELECTRONIC FILING AND HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

Re: Kopacz v. DRBA and Craig Swett, D. Del., C.A. No. 04-911 (GMS)
    Kopacz v. DRBA, D. Del., C.A. No. 04-1281 (GMS)

Dear Judge Sleet:

As Your Honor is aware, I, together with Ms. Reeves of Donna Adelsberger & Associates, P.C., represent defendant Delaware River and Bay Authority in this matter. I am writing to respectfully request that Your Honor excuse my presence from the trial commencing on February 6, 2006, as my client will be represented primarily by Lead Counsel, Mary Elisa Reeves, Esquire. I do anticipate that there may be days or portions of days where I will be in attendance at the trial, at Lead Counsel's discretion, but am requesting that Your Honor not require that I be there for the entirety of the trial.

I look forward to Your Honor's guidance in this regard.

Respectfully,

/s/ Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT, GROSS
  & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com
   Attorneys for Defendant DRBA

CPK/jls
cc::  James J. Woods, Esquire (via electronic filing)
      E. Alfred Smith, Esquire (via electronic mail)
      Mary Elisa Reeves, Esquire (via electronic mail)
      Donald M. Ransom, Esquire (via electronic filing)