# CASARINO, CHRISTMAN & SHALK, P.A.
ATTORNEYS AT LAW
CONECTIV BUILDING
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
JOHN A. MACCONI, JR.

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

January 31, 2006

VIA HAND DELIVERY AND E-FILING
The Honorable Gregory M. Sleet
United States District Court
District of Delaware
U.S. Courthouse
844 King Street
Lockbox 19
Wilmington, DE 19801

RE:   Kopacz v. Swett & DRBA
      No. 04-911 GMS

Dear Judge Sleet:

In compliance with your Oral Order dated January 31, 2006, Defendant Swett is filing the Preliminary Jury Instructions via e-filing. In addition, Defendant Swett is filing the Preliminary Jury Instructions with the Clerk's Office in the form of a hard copy and on a formatted disk.

Please let me know if there is anything additional that the Court requires.

Respectfully submitted,

/s/ Donald M. Ransom

Donald M. Ransom
Attorney for Defendant Swett
Del. Bar ID 2626

DMR/lbl

cc:   E. Alfred Smith, Esq.  (Fax: 215-569-8606)
      Carmella Keener, Esq.  (Fax:  658-7567)
      James Woods, Esq.  (Fax:  235-5770)
      M. Elisa Reeves, Esq.  (Fax: 215-576-8695)