ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

February 1, 2006

**Via Hand Delivery and Electronic Filing**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Lock Box 19
Wilmington, DE 19801

Re:  Kopacz v. Del. River and Bay Auth. *et ano.*, D. Del., C.A. No. 04-911 (GMS)
     Kopazc v. Del. River and Bay Auth., D. Del., C.A. No. 04-1281 (GMS)

Dear Judge Sleet:

In response to Your Honor's email of January 31, 2006 regarding the Voir Dire questions, I am writing to advise that the DRBA has no further comments to the Court's Voir Dire, and will not restate its request for additional questions proposed at the pretrial conference as the Court has already ruled.

Further, in accordance with Your Honor's instruction, I am writing to advise of Delaware River and Bay Authority's position on the issue of whether the Court should include Cathy Kopacz in the text of the Voir Dire. As Cathy Kopacz has made no claim against the DRBA, we take no position on whether her claim against Swett is still valid, but request that if the Court does mention Mrs. Kopacz in any context, it be made clear that her consortium claim is against Swett only since maritime law does not permit such a claim against the vessel owner.

The Honorable Gregory M. Sleet
February 1, 2006
Page 2

      I am available at the Court's convenience should Your Honor have any further question in this regard.

                              Respectfully,
                              /s/ Carmella P. Keener
                              Carmella P. Keener (DSBA No. 2810)
                              ROSENTHAL, MONHAIT, GROSS
                                  & GODDESS, P.A.
                              919 N. Market Street, Suite 1401
                              P.O. Box 1070
                              Wilmington, DE 19899-1070
                              (302) 656-4433
                              ckeener@rmgglaw.com
                                *Attorneys for Defendant Delaware River and Bay Authority*

CPK/jls

cc:    James J. Woods, Esquire (via electronic filing)
        Donald M. Ransom, Esquire (via electronic filing)
        E. Alfred Smith, Esquire (via electronic mail)
        Mary Elisa Reeves, Esquire (via electronic mail)
        Clerk of the Court (via hand delivery)