# CASARINO, CHRISTMAN & SHALK, P.A.

ATTORNEYS AT LAW
CONECTIV BUILDING
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
JOHN A. MACCONI, JR.

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

February 2, 2006

**VIA FACSIMILE**
The Honorable Gregory M. Sleet
United States District Court
District of Delaware
U.S. Courthouse
844 King Street
Lockbox 19
Wilmington, DE 19801

RE: Kopacz v. Swett & DRBA
    No. 04-911

Dear Judge Sleet:

Defendant Swett has no objection to plaintiff's request for additional trial time (D.I. 106), provided that Defendant Swett's trial time is not shortened or curtailed in any way and provided that Defendant Swett receives the same amount of time to put on his case. Otherwise, defendant Swett opposes plaintiffs' request.

I have also received the DRBA's letter response (D.I. 104) and believe that any division between defendants should be addressed informally between the defendants. I oppose any effort by the DRBA to characterize the defense of its case as any more involved than the defense of my client's case. Again, I believe that the defendants can work out that issue among themselves and respectfully request that we be permitted to do so. In the meantime, I will do everything within my power to move my client's case as expeditiously as possible.

Thank you for Your Honor's consideration.

Respectfully submitted,

/s/ Donald M. Ransom

Donald M. Ransom
Del. Bar Id. No. 2626
Attorney for Defendant Craig Swett

cc: Carmella Keener, Esq. ((by e-filing)      Al Smith, Esq. (by fax: 215-569-8606  )
    James Woods, Esq. (by e-filing)           Lisa Reeves, Esq. (by fax: 215-576-8695)