IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ, AND KATHY KOPACZ, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DELAWARE RIVER AND BAY )<br>AUTHORITY, AND CRAIG SWETT, )<br>)<br>Defendants. ) | C.A. No. 04-911 (GMS)<br>(Consolidated with C.A. No. 04-1281 GMS) |

## ORDER

WHEREAS a three-day jury trial in the above-captioned matter is presently scheduled to commence on Monday, February 6, 2006, and to end on Wednesday, February 8, 2006;

WHEREAS the plaintiffs have been allotted five-and-one-half hours in which to try their case;

WHEREAS, on February 1, 2006, the plaintiffs filed a motion to enlarge the time they have been allotted (D.I. 106); and

WHEREAS, after considering the parties' arguments, the court will grant the plaintiffs' motion.

IT IS HEREBY ORDERED THAT:

1. The plaintiffs' motion to enlarge (D.I. 106) be GRANTED;

2. The presently-scheduled trial be EXTENDED to four days, such that the trial be RE-SCHEDULED to commence on Monday, February 6, 2006, and to end on Thursday, February 9, 2006; and

3. The plaintiffs be ALLOTTED an additional five-and-one-half hours to try their case.

Dated: February 2, 2006



FILED
FEB 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT JUDGE