# CASARINO, CHRISTMAN & SHALK, P.A.
ATTORNEYS AT LAW
CONECTIV BUILDING
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA BROOKS MONTOBAN
JOHN A. MACCONI, JR.

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

February 3, 2006

**Via Hand Delivery and Electronic Filing**

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
U.S. Courthouse
844 King Street
Lockbox 19
Wilmington, DE 19801

RE: Kopacz v. DRBA & Swett
No. 04-911 GMS

Dear Judge Sleet:

I am writing as counsel for Craig Swett to be permitted to bring a cell phone, laptop computer with the related PowerPoint programming and a laser pointer for use during the trial commencing in the above case on Monday, February 6, 2006 at 9:00 a.m. in courtroom 4A.

Thank You for Your consideration of this request.

Respectfully submitted,

Donald M. Ransom

DMR/lbl

cc: James J. Woods, Esq. (via e-filing)
Carmella P. Keener, Esq. (via e-filing)
E. Alfred Smith, Esq. (via fax: 215-569-8606)
Mary Elisa Reeves, Esq. (via fax: 215-576-8695)