IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | C.A. No. 04-911 GMS |
| | : | |
| Plaintiffs, | : | Jury Trial Demanded |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| | : | |
| JAN KOPACZ, | : | C.A. No. 04-1281 GMS |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER**

NOW, on this _____ day of _____, 2006, upon consideration of Plaintiff's Motion to Substitute, it is hereby ORDERED that Jan C. Kopacz, Administrator of the Estate of Cathleen Louise Kopacz, Deceased, is substituted for Cathy Kopacz.

_____
The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | C.A. No. 04-911 GMS |
| Plaintiffs, | : | Jury Trial Demanded |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| Defendants. | : | |
| JAN KOPACZ, | : | C.A. No. 04-1281 GMS |
| Plaintiff, | : | |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION TO SUBSTITUTE**

Plaintiff, Jan Kopacz, by his counsel moves this Court for an order substituting as plaintiff in lieu of Cathy Kopacz and avers in support thereof the following:

1. Cathy Kopacz died on October 31, 2005.

2. On January 30, 2006 Jan Kopacz was appointed Administrator of her Estate.

3. Plaintiff wishes to continue to pursue the loss of consortium claim on behalf of Cathy Kopacz' estate.

WHEREFORE plaintiff requests the relief being sought.

February 3, 2006                    _/s/_____
                                    James J. Woods, Jr., Esquire
                                    E. Alfred Smith, Esquire

                                    Attorneys for Plaintiff, Jan Kopacz