IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

_____

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

## **O R D E R**

IT IS HEREBY ORDERED THIS ____ day of _____ 2006 that Defendant Jan Kopacz's motion to substitute is hereby denied for the reasons stated in Defendant Craig Swett's response.

IT IS SO ORDERED.

                                                    _____
                                                    The Hon. Gregory M. Sleet
                                                    U.S. District Court
                                                    District of Delaware

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT SWETT'S RESPONSE TO PLAINTIFF'S MOTION TO SUBSTITUTE

Defendant, Craig Swett, hereby moves this Honorable Court for entry of an order denying Plaintiff's motion to substitute and, in support thereof, submits the following:

1.    Plaintiff, Jan Kopacz, has provided no factual support for the proposition that he has been appointed the Administrator of Cathy Kopacz's estate.

2.    Under 12 Del. C. § 1501, no one shall act as the executor or administrator of a decedent's estate without letters testamentary or of administration being granted.[1]

3.    There are no such documents attached to the present motion or proof that an

---

[1] 12 Del. C. § 1501.

1

estate has been properly opened by Plaintiff Jan Kopacz or his counsel pursuant to the laws of the State of Delaware.

4. Therefore, Defendant Swett respectfully requests that Plaintiff Jan Kopacz's Motion to Substitute be denied.

## CERTIFICATION

Pursuant to Local District Court Civil Rule 7.1.2(a), the undersigned certifies that because of the nature of Plaintiff Kopacz's motion, briefing is not required.

Respectfully submitted,

CASARINO, CHRISTMAN & SHALK, P.A.

/s/ Donald M. Ransom
DONALD M. RANSOM, ESQUIRE
Del. I.D. No. 2626
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, Delaware 19899
(302) 594-4500

DATED: February 3, 2006    Attorney for Defendant Craig Swett