# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY | : | |
| AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY | : | |
| AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

TO:

E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

James J. Woods, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of

Cathy Kopacz in the offices of Casarino, Christman & Shalk, P.A., Suite 200, 800 N. King

Street, Wilmington, Delaware on July 29, 2005 beginning at 10:00 a.m.

                                      CASARINO, CHRISTMAN & SHALK, P.A.

                          BY:   /s/ Donald M. Ransom
                                DONALD M. RANSOM, ESQ.
                                800 N. King Street, Suite 200
                                P.O. Box 1276
                                Wilmington, DE 19899-1276
                                (302) 594-4500
                                Attorney for Defendant Craig Swett

cc: Hawkins Reporting Service

CERTIFICATE OF SERVICE

I, Donald M. Ransom, hereby certify that I have had delivered in the manner state below, on this the 21st day of July, 2005, a true and correct copy of the attached Notice of Deposition, addressed to:

**BY FAX (215-569-8606) and FIRST CLASS MAIL**
E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**BY FAX ( 302-234-6876) and FIRST CLASS MAIL**
James J. Woods, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

**BY FAX (302-658-7567) and FIRST CLASS MAIL**
Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**BY FAX ( 215-576-8695) and FIRST CLASS MAIL**
Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

          CASARINO, CHRISTMAN & SHALK, P.A.

BY:    /s/ Donald M. Ransom
       DONALD M. RANSOM, ESQ.
       800 N. King Street, Suite 200
       P.O. Box 1276
       Wilmington, DE 19899-1276
       (302) 594-4500
       Attorney for Defendant Craig Swett

## Discovery Documents
1:04-cv-00911-GMS Kopacz, et al v. Delaware River Auth., et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Ransom, Donald entered on 7/22/2005 at 11:25 AM EDT and filed on 7/22/2005

**Case Name:** Kopacz, et al v. Delaware River Auth., et al
**Case Number:** 1:04-cv-911
**Filer:** Craig Swett
**Document Number:** 33

**Docket Text:**
NOTICE to Take Deposition of Cathy Kopacz on July 29, 2005 by Craig Swett.(Ransom, Donald)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/22/2005] [FileNumber=73214-0]
[5b0640e2f6203c65768c732753f0a65bde9b9358ed7b596f4016e5bc5805d508266a8
aa8842608557af17b83700842badadbb8748f5ea7f45d87ad9c5f466a08]]

**1:04-cv-911 Notice will be electronically mailed to:**

Carmella P. Keener    CKeener@rmgglaw.com, jshipley@rmgglaw.com;rmgg@rmgglaw.com

Donald M. Ransom    dransom@casarino.com,

James J. Woods , Jr    jjw5305@aol.com,

**1:04-cv-911 Notice will be delivered by other means to:**