# EXHIBIT 2

# CASARINO, CHRISTMAN & SHALK, P.A.
ATTORNEYS AT LAW
CONECTIV BUILDING
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

(302) 594-4500
FAX: (302) 594-4509

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA G. BROOKS-MONTOBAN
JOHN A. MACCONI, JR.

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

August 4, 2005

E. Alred Smith, Esq.
1333 Race Street, Second Floor
Philadelphia, PA 19107

Re:   *Kopacz v. DRBA and Craig Swett*

Dear Al:

As we discussed, I will re-notice the deposition of Cathy Kopacz which was initially scheduled for July 29, 2005.

You mentioned that you would prefer that I not take her deposition because of your belief that she has some type of emotional issue which would hinder her ability to provide useful testimony. You would not disclose that condition or provide any further information.

I noted that Ms. Kopacz is named as a party to the complaint and, more importantly, in your initial disclosure statement she is identified as a "person[s] with Knowledge". Under the circumstances I do not see how I could properly defend my client without deposing Ms. Kopacz to find out what she knows.

You mentioned that if we go forward with the deposition, you may name me personally in a law suit. I certainly hope that you would not do anything like that.

As discussed, if you could at least give me some better indication of why you believe that Ms. Kopacz could not testify and if you could provide some sort of medical documentation, I would then be in a better position to assess the situation.

Based on the information that I have right now, I feel that in order to defend my client I must proceed with the deposition. Please do not sue me.

Very truly yours,

DONALD M. RANSOM

DMR/do

cc:   Mr. Craig Swett