# EXHIBIT 3

# E. ALFRED SMITH & ASSOCIATES
## ATTORNEYS AT LAW

1333 RACE STREET
SECOND FLOOR
PHILADELPHIA, PA 19107
TELEPHONE: (215) 569-8422  FAX: (215) 569-8606
E-MAIL: smithsealaw@verizon.net

JUN 2 9 2005

E. ALFRED SMITH*
CHRISTINE L. SERBANIC

45 GALLOPING HILL ROAD
CHERRY HILL, NJ 08004
(856) 751-7077

*ALSO MEMBER OF NJ & HAWAII BAR

July 27, 2005

Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
Conectiv Building
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

RE:   Kopacz v. DRBA and Craig Swett

Dear Don:

I spoke to Jan Kopacz today about his wife's condition.

He will get a letter from her psychiatrist which indicates that she is unable to handle the rigors of the deposition.

Jan will discuss this with his wife, and if she can handle a deposition before the end of discovery, they will not withdraw the loss of consortium claim and she will be produced for a deposition.

Thanks for your understanding.

Very truly yours,

E. Alfred Smith

EAS:deb