# EXHIBIT 6

# E. ALFRED SMITH & ASSOCIATES

## ATTORNEYS AT LAW

1333 RACE STREET
SECOND FLOOR
PHILADELPHIA, PA 19107
TELEPHONE: (215) 569-8422 FAX: (215) 569-8606
E-MAIL: smithsealaw@verizon.net

E. ALFRED SMITH*
CHRISTINE L. SERBANIC

45 GALLOPING HILL ROAD
CHERRY HILL, NJ 08004
(856) 751-7077

*ALSO MEMBER OF NJ & HAWAII BAR

September 21, 2005

*Via telefax (302) 594-4509*
Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
Conectiv Building
800 North King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

    RE:    **Kopacz v. DRBA**

Dear Don:

    Mrs. Kopacz fell down a flight of stairs in her home a week ago and severely injured her liver and pancreas.

    Yesterday she was transferred to John Hopkins University Hospital where she is scheduled to have a liver transplant.

    She will not be able to attend her deposition on September 30th, and the loss of consortium claim may be withdrawn.

**E. ALFRED SMITH & ASSOCIATES**
Second Floor
1333 Race Street
Philadelphia, PA 19107

TELEPHONE (215) 569-8422
TELECOPIER/FAX (215) 569-8606

## TELECOPIER TRANSMITTAL COVER SHEET

| | |
|---|---|
| **TO:** | Donald M. Ransom, Esquire |
| **TELECOPIER NO.:** | (302) 594-4509 |
| **FROM:** | E. Alfred Smith, Esquire |
| **DATE:** | September 21, 2005 |
| **RE:** | Jan Kopacz v. DRBA |// 
| **REMARKS:** | |

**TOTAL PAGES INCLUDING COVER PAGE:** three

Original will not follow.

IF YOU DID NOT RECEIVE ALL OF THE PAGES, PLEASE CALL (215) 569-8422 AND INFORM SOMEONE FROM THIS OFFICE OF THE PAGES YOU RECEIVED AND THEY WILL RE-SEND THE PAGES THAT YOU DID NOT RECEIVE.

Notice: THE DOCUMENTS CONSTITUTING THIS COMMUNICATION ARE CONFIDENTIAL AND/OR PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY USE BY YOU OF THESE DOCUMENTS IS PROHIBITED. IF THERE HAS BEEN AN ERROR IN TRANSMISSION, PLEASE RETURN THE DOCUMENTS BY U.S. MAIL AS SOON AS POSSIBLE.