# EXHIBIT 7

# CASARINO, CHRISTMAN & SHALK, P.A.

### ATTORNEYS AT LAW

CONECTIV BUILDING
800 NORTH KING STREET
SUITE 200
P.O. BOX 1276
WILMINGTON, DELAWARE 19899

STEPHEN P. CASARINO
COLIN M. SHALK
BETH H. CHRISTMAN
DONALD M. RANSOM
KENNETH M. DOSS
THOMAS P. LEFF
MATTHEW E. O'BYRNE
CHANETA G. BROOKS-MONTOBAN
JOHN A. MACCONI, JR.

REPLY TO OUR MAILING ADDRESS:
P.O. BOX 1276
WILMINGTON, DE 19899

——

(302) 594-4500
FAX: (302) 594-4509

October 12, 2005

E. Alred Smith, Esq.
1333 Race Street, Second Floor
Philadelphia, PA 19107

    **Re:**   *Kopacz v. DRBA and Craig Swett*

Dear Al:

    As you know, we have re-noticed Cathy Kopacz's deposition for October 27, 2005 at 2:00 p.m. in my office. I needed to re-notice the deposition within the current discovery cut-off. I understand that your client when we last spoke was scheduled to undergo a liver transplant and may have medical complications which may make it difficult, if not impossible, for her to testify at my office.

    I would appreciate it if you would provide medical documentation and any other available information regarding her status so that we will know how to proceed.

    Since her claim for loss of consortium is still a part of this case I will need to get her deposition at some point. Even if that claim is dismissed, I may still need her testimony if you plan on calling her as a witness in this case.

    Under the circumstances I certainly want to make sure that we proceed in a way that is fair to your clients, but I do need to make sure that I pursue necessary discovery to properly defend my client.

    I look forward to hearing from you. Thank you.

                    Very truly yours,

                    DONALD M. RANSOM

DMR/do