# EXHIBIT 8

Case 1:04-cv-00911-GMS   Document 115-9   Filed 02/03/2006   Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| Defendant. | : | |

### RENOTICE OF DEPOSITION

TO:

E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

James J. Woods, Jr., Esq.
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

PLEASE TAKE NOTICE that the undersigned attorney has rescheduled the deposition of Cathy Kopacz for November 21, 2005 in the offices of Casarino, Christman & Shalk, P.A., 800 N. King Street, Suite 200, Wilmington, DE 19801, beginning at 1:00 p.m.

CASARINO, CHRISTMAN & SHALK, P.A.

BY: /s/ Donald M. Ransom
    DONALD M. RANSOM, ESQ.
    Del. Bar ID No. 2626
    800 N. King Street, Suite 200
    P.O. Box 1276
    Wilmington, DE 19899-1276
    (302) 594-4500
    Attorney for Defendant Craig Swett

cc: Hawkins Reporting Service

# CERTIFICATE OF SERVICE

I, Donald M. Ransom, hereby certify that I have had delivered in the manner state below, on this the 31st day of October, 2005, a true and correct copy of the attached Renotice of Deposition, addressed to:

**BY FAX (215-569-8606), FIRST CLASS MAIL**
E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**BY FAX ( 302-235-5770), FIRST CLASS MAIL and E-Filing**
James J. Woods, Jr., Esq.
James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

**BY FAX (302-658-7567), FIRST CLASS MAIL and E-Filing**
Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**BY FAX (215-576-8695), , FIRST CLASS MAIL**
Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

CASARINO, CHRISTMAN & SHALK, P.A.

BY: /s/ Donald M. Ransom
DONALD M. RANSOM, ESQ.
Del. Bar ID No. 2626
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Craig Swett

## Discovery Documents

1:04-cv-00911-GMS Kopacz, et al v. Delaware River Auth., et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Ransom, Donald entered on 10/31/2005 at 3:00 PM EST and filed on 10/31/2005

**Case Name:** Kopacz, et al v. Delaware River Auth., et al
**Case Number:** 1:04-cv-911
**Filer:** Craig Swett
**Document Number:** 66

**Docket Text:**
NOTICE to Take Deposition of Cathy Kopacz on November 21, 2005 at 1:00 p.m. by Craig Swett. (Ransom, Donald)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/31/2005] [FileNumber=120160-0
] [511f327aff25b13d320d84e4be019e4cdf1d66a24f4bf6c6941b5357a7d6a0cbefc
58abdcd84b40b94a7f26f6d3608e4a5bfaf28b90c08b20d9b7e0bca65e8a9]]

**1:04-cv-911 Notice will be electronically mailed to:**

Carmella P. Keener    CKeener@rmgglaw.com, jshipley@rmgglaw.com; rmgg@rmgglaw.com

Donald M. Ransom      dransom@casarino.com, lbethea@casarino.com

James J. Woods, Jr    woodslawde@aol.com

**1:04-cv-911 Notice will be delivered by other means to:**