# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAN KOPACZ and CATHY KOPACZ,     :
                                 :
              Plaintiffs,        :     C.A. No. 04-911 GMS
                                 :
       v.                        :
                                 :     Jury Trial Demanded
DELAWARE RIVER AND BAY           :
AUTHORITY,  and CRAIG SWETT,     :
                                 :
              Defendants.        :
_____  :

JAN KOPACZ,                      :
                                 :
              Plaintiff,         :     C.A. No. 04-1281 GMS
                                 :
       v.                        :
                                 :
DELAWARE RIVER AND BAY           :
AUTHORITY,                       :
                                 :
              Defendant.         :

## <u>VACATION OF DEPOSITION</u>

TO:

E. Alfred Smith, Esq.                 Carmella P. Keener, Esq.
1333 Race Street, 2nd Floor           Rosenthal, Monhait, Gross & Goddess, P.A.
Philadelphia, PA 19107                919 North Market Street, Suite 1401
                                      P.O. Box 1070
Mary Elisa Reeves, Esq.               Wilmington, DE 19899-1070
6 Royal Avenue
P.O. Box 530                          James J. Woods, Jr., Esq.
Glenside, PA 19038-0530               James J. Woods, Jr., P.A.
                                      P.O. Box 4635
                                      Greenville, DE 19807

PLEASE TAKE NOTICE that the oral deposition of Cathy Kopacz, that was scheduled for

Monday, November 21, 2005 to begin at 1:00 p.m. is hereby vacated.

_____/s/ Donald M. Ransom_____
DONALD M. RANSOM, ESQ.
I. D. No. 2626
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P. O. Box 1276
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Craig Swett

Date:  November 14, 2005

cc:    Hawkins Reporting Service
       Mr. Mark Stike (File No. 13-0206-925)

## CERTIFICATE OF SERVICE

I, DONALD M. RANSOM, ESQ., hereby certify that I have caused to be deposited in the

U.S. Mail, postage prepaid, the 14th day of November, 2005, a true and correct copy of the attached

Vacation of Deposition addressed to:

E. Alfred Smith, Esq.
1333 Race Street, 2nd Floor
Philadelphia, PA 19107

Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 North Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

James J. Woods, Jr., Esq.
James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

_____/s/ Donald M. Ransom_____
DONALD M. RANSOM, ESQ.
I. D. No. 2626
Casarino, Christman & Shalk, P.A.
800 North King Street, Suite 200
P. O. Box 1276
Wilmington, DE 19899-1276
(302) 594-4500
Attorney for Defendant Craig Swett

**Notices**

1:04-cv-00911-GMS Kopacz, et al v. Delaware River Auth., et al

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Ransom, Donald entered on 11/15/2005 at 9:26 AM EST and filed on 11/15/2005

| | |
|---|---|
| **Case Name:** | Kopacz, et al v. Delaware River Auth., et al |
| **Case Number:** | 1:04-cv-911 |
| **Filer:** | Craig Swett |
| **Document Number:** | 70 |

**Docket Text:**
NOTICE of Vacation of Deposition of Cathy Kopacz by Craig Swett *scheduled for November 21, 2005* (Attachments: # (1) Certificate of Compliance Certificate of Vacation of Deposition of Cathy Kopacz) (Ransom, Donald)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=11/15/2005] [FileNumber=126345-0
] [b4f43b45d56ac5e1c951d3d682c48556eab9317d034438922cac257b747aef755dd
f9da7bebfd749cda5438f2d43cee4f1e58d375c2dcb5268639c99f176f4a7]]
**Document description:** Certificate of Compliance Certificate of Vacation of Deposition of Cathy
Kopacz
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=11/15/2005] [FileNumber=126345-1
] [38b30ad9a23fa204e640840805c6bb5b8f5bff63ac7e4ccaec58891798136db9a4e
c331b975a718785c88ddcfbad58a853ebd2e120e8c75b22af056cc7422ccc]]

**1:04-cv-911 Notice will be electronically mailed to:**

Carmella P. Keener     CKeener@rmgglaw.com, jshipley@rmgglaw.com; rmgg@rmgglaw.com

Donald M. Ransom     dransom@casarino.com, lbethea@casarino.com

James J. Woods , Jr     woodslawde@aol.com

**1:04-cv-911 Notice will be delivered by other means to:**