IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAN KOPACZ and CATHY KOPACZ,    :
       :
       Plaintiffs,    :    C.A. No. 04-911 GMS
  v.    :
       :    Jury Trial Demanded
DELAWARE RIVER AND BAY    :
AUTHORITY,  and CRAIG SWETT,    :
       :
       Defendants.    :

_____

JAN KOPACZ,    :
       :
       Plaintiff,    :    C.A. No. 04-1281 GMS
       :
v.    :
       :
DELAWARE RIVER AND BAY    :
AUTHORITY,    :
       :
       Defendant.    :

_____CERTIFICATE OF SERVICE

     I, DONALD M. RANSOM,  hereby certify that I have caused to be delivered in

the manner noted, the    3rd   day of   February, 2006 a true and correct copy of

Defendant Swett's Motion to Dismiss Cathy Kopacz :

**By E-Filing and First Class Mail**
E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**By E-Filing and First Class Mail**
James J. Woods, Jr., Esq.
P.O. Box 4635
Greenville, DE 19807

**By E-Filing and First Class Mail**
Carmella P. Keener, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**By E-Filing and First Class Mail**
Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

CASARINO, CHRISTMAN & SHALK, P.A.


BY:    ____/s/ Donald M. Ransom_____
       DONALD M. RANSOM, ESQ.
       Del. Bar ID No: 2626
       800 N. King Street, Suite 200
       P.O. Box 1276
       Wilmington, DE 19899-1276
       (302) 594-4500
       Attorney for Defendant Craig Swett