IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ, AND CATHY KOPACZ, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DELAWARE RIVER AND BAY )<br>AUTHORITY, AND CRAIG SWETT, )<br>)<br>Defendants. ) | C.A. No. 04-911 (GMS)<br>(Consolidated with C.A. No. 04-1281 GMS) |

## ORDER

WHEREAS the plaintiffs have moved to substitute Jan Kopacz, Administrator of the Estate of Cathy Kopacz to replace Cathy Kopacz (D.I. 110); and

WHEREAS, after considering the parties' arguments, the court will grant the motion.

IT IS HEREBY ORDERED THAT:

The plaintiffs' motion to substitute (D.I. 110) be GRANTED.

Dated: February 3, 2006

_____
UNITED STATES DISTRICT JUDGE


FILED
FEB  3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE