IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ AND CATHY KOPACZ | : CIVIL ACTION |
| v. | : NO. 04-911 & 04-1281 |
| DELAWARE RIVER & BAY AUTHORITY | : |
| and | : |
| CRAIG SWETT | : |

## AMENDED OBJECTIONS[1] OF DEFENDANT, DELAWARE RIVER AND BAY AUTHORITY, TO TRIAL DEPOSITIONS

WITNESS:   Elisa Montross-Lopez, M.D.

| Page | Line | Objection |
|---|---|---|
| 35 | 21-24 | Witness is admittedly not qualified. |
| 36 | 1-24 | Witness is admittedly not qualified. |
| 37 | 1-18 | Witness is admittedly not qualified. |

WITNESS:   Jeffrey Malumed, M.D.

| Page | Line | Objection |
|---|---|---|
| 34 | 21-24 | Asked and answered; argumentative; calls for speculation; lack of foundation. |
| 35 | 1-24 | Asked and answered; argumentative; calls for speculation; lack of foundation. |
| 49 | 20-24 | Insurance, relevance. |
| 50 | 1-24 | Insurance, relevance. |
| 61 | 5-24 | Hearsay, unfair surprise. |
| 62 | 1-8 | Hearsay, unfair surprise. |

---

[1] Amended to correct typographical errrors.

WITNESS:   Mohammad Mehdi, M.D.

| Page | Line  | Objection |
|------|-------|-----------|
| 21   | 23-25 | Asked and answered. |
| 22   | 1-11  | Asked and answered. |
| 23   | 24-25 | Asked and answered. |
| 24   | 1-21  | Asked and answered. |
| 33   | 24-25 | Asked and answered. |
| 34   | 1-10  | Asked and answered. |
| 35   | 5-25  | Calls for speculation. |
| 36   | 1-7   | Calls for speculation. |
| 55   | 1-7   | Counsel colloquy (Interruption of cross by plaintiff's counsel). |
| 62   | 15-25 | Lack of foundation; assumes facts not in evidence. |
| 63   | 1-20  | Lack of foundation; assumes facts not in evidence. |

All other objections in the transcripts are waived. We withdraw our objections to the trial depositions of Marc Greenstein, Carol Swett and Jessica Swett.

Respectfully submitted,

Rosenthal, Monhait, Gross & Goddess, P.A.


/s/ Carmella P. Keener
Carmella P. Keener, Esquire (DSBA No. 2810)
919 Market Street
Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Attorney for Defendant,
Delaware River and Bay Authority
ckeener@rmgglaw.com

DATED: February 6, 2006

OF COUNSEL:
Mary Elisa Reeves, Esquire
DONNA ADELSBERGER & ASSOCIATES, P.C.
Attorney I.D. #44194
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2006, I electronically filed with the Clerk of Court AMENDED OBJECTIONS OF DEFENDANT, DELAWARE RIVER AND BAY AUTHORITY, TO TRIAL DEPOSITIONS using ECF which will send notification of such filing to the following:

Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

James J. Woods, Esquire
Law Office of James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

cc: E. Alfred Smith, Esquire (via hand delivery and electronic mail)