# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and JAN KOPACZ, | ) | |
| Administrator of the Estate of Cathy Kopacz, | ) | |
| | ) | C.A. No. 04-911 GMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE RIVER AND BAY | ) | |
| AUTHORITY and CRAIG SWETT, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| JAN KOPACZ, | ) | |
| | ) | C.A. No. 04-1281 GMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DELAWARE RIVER AND BAY | ) | |
| AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Seitz, Van Ogtrop & Green, P.A., by James S.

Green, on behalf of Plaintiffs Jan Kopacz and JAN KOPACZ, Administrator of the Estate of

Cathy Kopacz.

**SEITZ, VAN OGTROP & GREEN, P.A**

/s/ James S. Green
**JAMES S. GREEN, ESQ. (DE0481)**
**jgreen@svglaw.com**
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600Attorneys for Defendant

Date: February 7, 2006

## CERTIFICATE OF SERVICE

I, JAMES S. GREEN, hereby certify that on this 7th day of February, 2006, I

electronically filed the following document with the Clerk of the Cout using CM/ECF which will

send notification of such filing to counsel of record.

### ENTRY OF APPEARANCE

/s/  James S. Green

_____

JAMES S. GREEN (ID No. 0481)
jgreen@svglaw.com