# EXHIBIT A

1  Q.   To whom did you direct your inquiry as DRBA?
2  A.   I called Bonnie Miller, I believe, was the first
3  person I called. Capital Willkie called me. I made a a to
4  him, also, for the -- he might have been the first. But
5  they said that I had to write a letter and send $18.50 to a
6  person at the administration at the bridge.
7  Q.   Did you do that?
8  A.   Yes, I did.
9  Q.   Did the police department send you a copy of the
10 police report?
11 A.   Yes, they did.
12 Q.   Did you have any discussions with anyone at DRBA with
13 respect to making a claim against DRBA?
14 A.   No, I did not. Well, I had a discussion with them
15 saying that I was not going to file a claim against them,
16 and I felt they were not at fault, that it was the person
17 who was driving the car.
18 Q.   And do you recall who you -- how many such discussions
19 did you have during the first week, do you recall, along
20 that line?
21 A.   Probably two. And then my wife said something to
22 somebody else. But I definitely said that to Captain
23 Willkie, the port captain at the time.
24 Q.   Did you retain a lawyer during that week?
25 A.   Yes, I did.