IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ AND THE ESTATE OF CATHY KOPACZ, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 04-911 GMS |
| DELAWARE RIVER AND BAY AUTHORITY, AND CRAIG SWETT, ) ) ) | |
| Defendants. ) | |

## ORDER

IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for eight jurors engaged in the above entitled case on February 10, 2006.

Dated: February 10, 2006        /s/ Gregory M. Sleet
                                UNITED STATES DISTRICT JUDGE