IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and ESTATE OF CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

## JURY INTERROGATORIES

1.  Do you find that Mr. Kopacz was struck and injured by the Swett vehicle on August 9, 2002?

    _____ Yes                                        ✓ No

2.  If you answered "No" to Question No. 1, go directly to Question 16.

3.  If you answered "Yes" to Question No. 1, do you find that the Delaware River and Bay Authority ("DRBA") was negligent?

    _____ Yes                                        _____ No

4.  If you answered "Yes" to Question No. 3, was the DRBA's negligence a cause, no matter how slight, of plaintiff's injuries?

    _____ Yes                                        _____ No

5. Was the M/V DELAWARE unseaworthy?

_____Yes                                                                 _____ No

6. If you answered "Yes" to Question 5, was the unseaworthiness a substantial factor in causing Plaintiff's injuries?

_____Yes                                                                 _____ No

7. Was Craig Swett negligent?

_____Yes                                                                 _____ No

8. If you answered "Yes" to Question No. 7, was Swett's negligence the proximate cause of plaintiff's injuries?

_____Yes                                                                 _____ No

9. If you answered "No." to Question No. 4, 6 **and** 8. go directly to Question 16.

10. If you answered "Yes" to Question No. 4, 6 **or** 8, continue on to the next question.

11. Was the plaintiff contributorily negligent?

_____Yes                                                                 _____ No

12. If you answered "Yes" to Question No. 11, in what percentage did plaintiff's contributory negligence contribute to cause his injury?

_____%

13. What percentage did each party you found at fault contribute to causing plaintiff's injury?

DRBA _____     Swett _____     Kopacz _____     Total 100%

Your answers must total 100%.

14. What is the amount of damages, if any, plaintiff is entitled to recover? _____

    Past wage loss                        $_____

    Medical expenses                $_____

    Pain and suffering               $_____

    Total                                   $_____

Do not subtract for any contributory negligence. The Court will do the mathematics. Just put in the total you believe plaintiff is entitled to recover.

15. Do you award anything for loss of consortium to the Estate of Cathy Kopacz?

    _____ Yes                                                _____ No

    If yes, $ _____

16. Was Plaintiff injured while subject to the call of duty of his ship?

    __✓__ Yes                                                     _____ No

17. What was the amount for maintenance, if any, plaintiff is entitled to recover from DRBA for the following:

    Maintenance                         $ _12,480_

    Value of sick leave and annual leave        $ _5,763_

    Medical Expenses                $ _10,596_

    Compensatory damages for failure to pay    $ _47,500_

    Total                                     $ _76,339_

18. Was DRBA's refusal to pay plaintiff maintenance and cure unreasonable and without reasonable justification?

____√____ Yes                              _____ No