IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ AND ESTATE OF CATHY KOPACZ )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br>DELAWARE RIVER AND BAY AUTHORITY, )<br>AND CRAIG SWETT )<br>)<br>  Defendants. ) | C.A. No. 04-911 GMS |

## JUDGMENT IN A CIVIL CASE

As a result of the Jury Verdict on February 13, 2006 in this case;

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the Plaintiff, Jan Kopacz against the Defendant, Delaware River and Bay Authority in the amount of $76,339 (SEVENTY SIX THOUSAND THREE HUNDRED THIRTY-NINE DOLLARS) for maintenance and cure AND in favor of the Defendant, Craig Swett against the Plaintiff.

Dated: February 15, 2006                    /s/ April Walker
                                                                    (By) Deputy Clerk