IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ and CATHY KOPACZ, : | C.A. No. 04-911 GMS |
| Plaintiffs, : | Jury Trial Demanded |
| v. : | |
| DELAWARE RIVER AND BAY : AUTHORITY, and CRAIG SWETT,: | |
| Defendants. : | |
| JAN KOPACZ, : | C.A. No. 04-1281 GMS |
| Plaintiff, : | |
| v. : | |
| DELAWARE RIVER AND BAY : AUTHORITY, | |
| Defendant. : | |

**MOTION FOR EXTENSION OF TIME
TO ORDER TRANSCRIPT**

Plaintiff, Jan Kopacz, by his counsel, moves this Court for an order relieving him of the obligation to order the notes of testimony until 10 days after the Motion becomes operative and in support thereof avers as follows:

1. Plaintiff is filing a Conditional Motion for New Trial, and the Motion becomes operative if, and only if, the Court grants judgment or other post-trial relief to defendant DRBA.

2. Plaintiff believes it is extremely unlikely that this will happen.

52508 v1

3. Plaintiff does not wish to bear the expense of having the notes of testimony transcribed unless his Motion requires action by the Court.

4. Plaintiff therefore asks to be excused from ordering the notes transcribed until it becomes necessary.

WHEREFORE plaintiff requests the Court to grant the relief being requested.

                                            SEITZ, VAN OGTROP & GREEN, P.A

                                            /s/ James S. Green
                                            JAMES S. GREEN, ESQ. (DE0481)
                                            jgreen@svglaw.com
                                            222 Delaware Avenue, Suite 1500
                                            P. O. Box 68
                                            Wilmington, DE 19899
                                            (302) 888-0600
                                                   Attorneys for Plaintiffs

OF COUNSEL:

E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, Second Floor
Philadelphia, PA 19107


Date: February 16, 2006

52508 v1

## CERTIFICATE OF SERVICE

I, JAMES S. GREEN, hereby certify that on this 16th day of February, 2006, I electronically filed the following document with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

**MOTION FOR EXTENSION OF TIME TO TRANSCRIBE**

/s/ James S. Green
_____
JAMES S. GREEN (ID No. 0481)
jgreen@svglaw.com

37091 v1