IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | C.A. No. 04-911 GMS |
| Plaintiffs, | : | Jury Trial Demanded |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| Defendants. | : | |
| JAN KOPACZ, | : | C.A. No. 04-1281 GMS |
| Plaintiff, | : | |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| Defendant. | : | |

**ORDER**

NOW, on this _____ day of _____, 2006, upon consideration of Plaintiff's Motion and any response thereto, it is hereby ORDERED that plaintiff need not order the sites of testimony to be transcribed until after this Court decides the Post-Trial Motion of Defendant Delaware River and Bay Authority.

                                                                                                                                   The Honorable Gregory M. Sleet
                                                                                                                                   United States District Court
                                                                                                                                   for the District of Delaware