IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
JAN KOPACZ and ESTATE OF CATHY : 
KOPACZ, :
 :
           Plaintiffs, : C.A. No. 04-911 GMS
  v. :
 : Jury Trial Demanded
DELAWARE RIVER AND BAY :
AUTHORITY, and CRAIG SWETT, :
 :
           Defendants. :
_____x
 :
JAN KOPACZ, :
 :
           Plaintiff, : C.A. No. 04-1281 GMS
 :
  v. :
 :
DELAWARE RIVER AND BAY :
AUTHORITY, :
 :
           Defendant. :
_____x

[PROPOSED] ORDER RE: BRIEFING SCHEDULE

The schedule as to briefing on post trial motions and as to the filing of any motion for costs or attorney's fees is set forth as follows:

**I. BRIEFING ON POST-TRIAL MOTIONS**

Opening Briefs due no later than March 10, 2006.

Responsive Briefs Due 30 days after service of opening briefs.

## II. MOTIONS FOR COSTS AND ATTORNEYS' FEES

    Motions                                                  Due March 15, 2006

    Responses to Motions                        Due 30 days after service of Motions

IT IS SO ORDERED this _____ day of _____, 2006.

                                                      _____
                                                               U.S.D.J.