ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

February 17, 2006

**Via Hand Delivery (2/21/06) and Electronic Filing**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Lock Box 19
Wilmington, DE 19801

      Re:     **Kopacz v. Del. River and Bay Auth.** *et ano.*, **D. Del., C.A. No. 04-911 (GMS)**
              **Kopazc v. Del. River and Bay Auth., D. Del., C.A. No. 04-1281 (GMS)**

Dear Judge Sleet:

      Following the jury's verdict, the Court requested that the parties agree to a briefing schedule for post-trial motions. My firm has filed today a proposed Order setting forth the suggested briefing schedule for Your Honor's approval. My understanding is that all counsel have agreed to the dates contained in the proposed Order.

      It should be noted that the parties intend to file their post-trial **motions** within the ten days as required by Rule 6(b) of the Federal Rules of Civil Procedure, which provides that the time to file such motions may not be extended beyond time period provided in Rules 50 (judgment as a matter of law) and 59 (new trial or amendment of judgment). With the Court's permission, the parties will file their **motions** within ten days in order to comply with the Federal Rules, but request permission to file their supporting **briefs** within the time period set forth in the briefing schedule approved by the Court. We believe that this procedure is sanctioned by Local Rule 7.1.2.

Honorable Gregory M. Sleet
February 17, 2006
Page 2

      All parties have agreed to the proposed schedule, and are available for a conference or conference call should the Court deem it necessary.

                Respectfully,

                /s/ Carmella P. Keener
                Carmella P. Keener (DSBA No. 2810)
                ROSENTHAL, MONHAIT, GROSS
                    & GODDESS, P.A.
                919 N. Market Street, Suite 1401
                P.O. Box 1070
                Wilmington, DE 19899-1070
                (302) 656-4433
                ckeener@rmgglaw.com
                    *Attorneys for Defendant Delaware River and Bay Authority*

CPK/jls

cc:    James S. Green, Esquire (via electronic filing)
        James J. Woods, Esquire (via electronic filing)
        Donald M. Ransom, Esquire (via electronic filing)
        E. Alfred Smith, Esquire (via electronic mail)
        Mary Elisa Reeves, Esquire (via electronic mail)
        Clerk of the Court (via hand delivery - 2/21/06)