IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
JAN KOPACZ and ESTATE OF CATHY : 
KOPACZ, :
: 
        Plaintiffs, :   C.A. No. 04-911 GMS
  v. :
:   Jury Trial Demanded
DELAWARE RIVER AND BAY :
AUTHORITY, and CRAIG SWETT, :
:
        Defendants. :
---------------------------------------------------x
:
JAN KOPACZ, :
:
        Plaintiff, :   C.A. No. 04-1281 GMS
:
  v. :
:
DELAWARE RIVER AND BAY :
AUTHORITY, :
:
        Defendant. :
---------------------------------------------------x

**[PROPOSED] ORDER RE: UNOPPOSED MOTION OF
DEFENDANT, DELAWARE RIVER & BAY AUTHORITY
TO ALTER OR AMEND JUDGMENT PURSUANT TO FED.R.CIV.P. 59(E)**

THIS COURT having considered the Motion of Defendant, Delaware River & Bay Authority to Alter or Amend Judgment Pursuant to Fed.R.Civ.P. 59(E) and all argument related thereto,

IT IS HEREBY ORDERED that DRBA's Motion to Alter or Amend Judgment is GRANTED, as follows:

1.    The judgment of this Court entered on February 15, 2006, is hereby amended to reflect judgment in favor of defendant DRBA and against plaintiff on Count I of the Complaint

on the cause of action for negligence;

2. The judgment of this Court entered on February 15, 2006 shall be amended to reflect judgment in favor of DRBA and against plaintiff on Count II of the Complaint for the cause of action of unseaworthiness.

IT IS SO ORDERED this _____ day of _____, 2006.

_____
U. S. D. J.