IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
JAN KOPACZ and ESTATE OF CATHY KOPACZ,

          Plaintiffs,

v.

DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT,

          Defendants.
---------------------------------------------------x

C.A. No. 04-911 GMS

Jury Trial Demanded

---------------------------------------------------x
JAN KOPACZ,

          Plaintiff,

v.

DELAWARE RIVER AND BAY AUTHORITY,

          Defendant.
---------------------------------------------------x

C.A. No. 04-1281 GMS

### DEFENDANT DRBA'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND THE TIME TO ORDER THE TRANSCRIPT

Defendant, Delaware River and Bay Authority ("DRBA") does not oppose plaintiff's motion to extend the time for ordering transcripts, and requests that the extension be applicable to it as well.

1.     DRBA intends to file post-trial motions as well, and does not intend to order the entire trial transcript unless the Court feels it is necessary in order to decide the motions.

2.     DRBA does not believe it is appropriate to speculate on the outcome of any post-trial motions.

3. DRBA agrees that neither party should be required to order the entire trial transcript unless and until it becomes necessary.

4. DRBA has no objection to plaintiff's request, although it does not believe that either party is required to order transcripts in order to file post-trial motions. To the extent that the Court disagrees, DRBA respectfully requests that all parties be excused from ordering the entire transcript unless or until it is deemed necessary.

| | |
|---|---|
| OF COUNSEL: | ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. |
| Mary Elisa Reeves, Esquire<br>DONNA ADELSBERGER<br> & ASSOCIATES, P.C.<br>6 Royal Avenue, P.O. Box 530<br>Glenside, PA 19038-0530<br>(215) 576-8690 | By:/s/ Carmella P. Keener<br>Carmella P. Keener (DSBA No. 2810)<br>919 N. Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>ckeener@rmgglaw.com<br>  Attorneys for Defendant<br>  Delaware River and Bay Authority |

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2006, I electronically filed with the Clerk of Court DEFENDANT DRBA'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND THE TIME TO ORDER THE TRANSCRIPT using CM/ECF which will send notification of such filing to the following:

Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

James J. Woods, Esquire
Law Office of James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

cc:   E. Alfred Smith, Esquire (via electronic mail)