IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ AND ESTATE OF CATHY KOPACZ | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-911 GMS |
| DELAWARE RIVER AND BAY AUTHORITY, AND CRAIG SWETT | ) ) ) | |
| Defendants. | ) | |

## AMENDED JUDGMENT

This Court having considered the Motion of Defendant, Delaware River & Bay Authority to Alter or Amend Judgment Pursuant to Fed.R.Civ.P. 59(E) and all argument related thereto,

IT IS HEREBY ORDERED that Delaware River and Bay Authority's Motion to Alter or Amend Judgment is GRANTED, and the Judgment entered on February 15, 2006, is hereby amended **to include** as follows:

1. Judgment in favor of defendant, Delaware River and Bay Authority and against plaintiff on Count I of the complaint on the cause of action for negligence;

2. Judgment in favor of Delaware River and Bay Authority and against plaintiff on Count II of the complaint for the cause of action of unseaworthiness.


Dated: February 22, 2006            /s/ April Walker
                                     (By) Deputy Clerk