IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and ESTATE OF CATHY KOPACZ, | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| Defendants, | : | |
| JAN KOPACZ, | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, Defendant. | : | |

[PROPOSED] ORDER
RE: MOTION OF DEFENDANT, DELAWARE RIVER AND BAY AUTHORITY, FOR JUDGMENT AS A MATTER OF LAW/ NOTWITHSTANDING THE VERDICT, OR IN THE ALTERNATIVE, FOR A NEW TRIAL

THIS COURT, having considered the Motion of Defendant, Delaware River and Bay Authority, for Judgment as a Matter of Law/Notwithstanding the Verdict, or in the Alternative, for a New Trial, and all argument related thereto, IT IS HEREBY ORDERED as follows:

1. The Judgment of this Court entered on February 15, 2006 is hereby amended to reflect judgment in favor of Plaintiff only for the amount of $28,839.00, reflecting the jury's verdict for unpaid maintenance, value of sick and annual leave and medical expenses.

2. The Judgment of this Court, entered on February 15, 2006, is hereby amended to

set aside the jury's verdict of $47,500, reflecting compensatory damages for Defendant's failure to pay maintenance and cure.  This Court finds that the jury's verdict that the Delaware River and Bay Authority's refusal to pay maintenance and cure was unreasonable and unsupported by the legally sufficient evidence presented at trial.

        IT IS SO ORDERED this _____ day of _____, 2006.

                                        _____
                                                             U.S.D.J.