ROSENTHAL, MONHAIT, GROSS & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
KEVIN GROSS
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567
E-MAIL RMGG@RMGGLAW.COM

March 1, 2006

**Via Hand Delivery and Electronic Filing**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Lock Box 19
Wilmington, DE 19801

    Re:    **Kopacz v. Del. River and Bay Auth. *et ano.*, D. Del., C.A. No. 04-911 (GMS)**
              **Kopazc v. Del. River and Bay Auth., D. Del., C.A. No. 04-1281 (GMS)**

Dear Judge Sleet:

For Your Honor's convenience, I have made arrangements to have delivered to chambers a copy of the following documents, filed by defendant, Delaware River and Bay Authority yesterday, February 28, 2006:

1. Motion of Defendant, Delaware River and Bay Authority, for Judgment as a Matter of Law/Notwithstanding the Verdict, or in the Alternative, for a New Trial and the proposed Order thereon ; and

2. Brief of Defendant, Delaware River and Bay Authority, in Support of its Post-Trial Motions

The Honorable Gregory M. Sleet
March 1, 2006
Page 2

I am available at the Court's convenience should Your Honor have any question in this regard.

          Respectfully,

          /s/ Carmella P. Keener

          Carmella P. Keener (DSBA No. 2810)
          ROSENTHAL, MONHAIT, GROSS
            & GODDESS, P.A.
          919 N. Market Street, Suite 1401
          P.O. Box 1070
          Wilmington, DE 19899-1070
          (302) 656-4433
          ckeener@rmgglaw.com
          *Attorneys for Defendant Delaware River and Bay Authority*

CPK/jls

Enclosures

cc:    James J. Woods, Esquire (via electronic filing)
        Donald M. Ransom, Esquire (via electronic filing)
        E. Alfred Smith, Esquire (via electronic mail)
        Mary Elisa Reeves, Esquire (via electronic mail)
        Clerk of the Court (via hand delivery)