IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x

| | |
|---|---|
| JAN KOPACZ and ESTATE OF CATHY KOPACZ, | : |
| Plaintiffs, | : C.A. No. 04-911 GMS |
| v. | : Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : |
| Defendants. | : |

------------------------------------------------------x

| | |
|---|---|
| JAN KOPACZ, | : |
| Plaintiff, | : C.A. No. 04-1281 GMS |
| v. | : |
| DELAWARE RIVER AND BAY AUTHORITY, | : |
| Defendant. | : |

------------------------------------------------------x

**OPPOSITION OF DEFENDANT, DELAWARE RIVER AND BAY AUTHORITY, TO PLAINTIFF'S CONDITIONAL MOTION FOR A NEW TRIAL**

Plaintiff has filed a conditional motion for a new trial in the event that the District Court grants post-trial relief to the Delaware River and Bay Authority ("DRBA"). Although the DRBA opposes this conditional motion, the issues raised therein would not appear to be ripe at this time and, therefore, the DRBA will not file a detailed responsive brief at this time, unless, of course, requested or required by this Court.

DRBA reserves the right to file a detailed brief should this matter become ripe and/or if requested to do so by the Court.

WHEREFORE, Defendant, Delaware River and Bay Authority, respectfully requests that plaintiff's conditional motion for a new trial be denied.

| OF COUNSEL: | ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. |
|---|---|
| Mary Elisa Reeves, Esquire<br>DONNA ADELSBERGER<br> & ASSOCIATES, P.C.<br>6 Royal Avenue, P.O. Box 530<br>Glenside, PA 19038-0530<br>(215) 576-8690 | By:/s/ Carmella P. Keener<br>Carmella P. Keener (DSBA NO. 2810)<br>919 N. Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>ckeener@rmgglaw.com<br>   Attorneys for Defendant<br>   Delaware River and Bay Authority |

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2006, I electronically filed with the Clerk of Court OPPOSITION OF DEFENDANT, DELAWARE RIVER AND BAY AUTHORITY, TO PLAINTIFF'S CONDITIONAL MOTION FOR A NEW TRIAL using CM/ECF which will send notification of such filing to the following:

Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

James J. Woods, Esquire
Law Office of James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

cc:   E. Alfred Smith, Esquire (via electronic mail)