IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ and JAN KOPACZ, Administrator of the Estate of Cathy Kopacz, <br><br> Plaintiff, <br><br> v. <br><br> DELAWARE RIVER AND BAY AUTHORITY and CRAIG SWETT <br><br> Defendants. | C.A. No. 04-911 GMS <br><br><br><br><br><br> Jury Trial Demanded |
| JAN KOPACZ <br><br> Plaintiff, <br><br> v. <br><br> DELAWARE RIVER AND BAY AUTHORITY <br><br> Defendant. | C.A. No. 04-1281 GMS |

**Plaintiff's Bill of Costs**

Plaintiff requests the Clerk of the Court to tax the following costs in his favor in accordance with the Judgment entered on February 15, 2006:

1. **Deposition Costs**

    Dr. Mohammad Mehdi (introduced at trial)       $ 296.80

    Dr. Elisa Montross-Lopez (introduced at trial)   $ 899.75

2.  **Witness Fees**

    Dr. Mohammad Mehdi          $ 40.00

    Spencer Lynch          $ 40.00

    Mileage (actual payment in lieu of $0.445 per mile for 170 miles)      $ 60.00

**Total Costs to be Taxed**          $1336.55


SEITZ, VAN OGTROP & GREEN, P.A

/s/ James S. Green
JAMES S. GREEN, ESQ. (DE0481)
jgreen@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
    Attorneys for Plaintiffs

OF COUNSEL:

E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, Second Floor
Philadelphia, PA 19107


Date: March 7, 2006

03/07/2006 16:23 IFAX → Sue ☒ 003/003

## CERTIFICATE OF SERVICE

I, JAMES S. GREEN, hereby certify that on this 7th day of March, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

### PLAINTIFF'S BILL OF COSTS

/s/ James S. Green
_____
JAMES S. GREEN (ID No. 0481)
jgreen@svglaw.com

37091 v1