IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ and JAN KOPACZ, Administrator of the Estate of Cathy Kopacz,<br><br>    Plaintiff,<br><br>    v.<br><br>DELAWARE RIVER AND BAY AUTHORITY and CRAIG SWETT<br><br>    Defendants. | C.A. No. 04-911 GMS<br><br><br><br><br><br>Jury Trial Demanded |
| JAN KOPACZ<br><br>    Plaintiff,<br><br>    v.<br><br>DELAWARE RIVER AND BAY AUTHORITY<br><br>    Defendant. | C.A. No. 04-1281 GMS |

**PETITION FOR ALLOWANCE OF
PRE-JUDGMENT INTEREST**

Plaintiff, Jan Kopacz, respectfully moves the Court for an Order awarding him Pre-Judgment interest in the judgment entered on February 15, 2006 pursuant to the jury's verdict rendered on February 13, 2006 and in support thereof avers as follows:

1. Prejudgment interest "must be allowed if plaintiff is to be truly made whole for defendant's breach of its duty to provide maintenance and cure." Deisler v. McCormack Aggregates Co., 54 F. 3rd 1074, 1087 (3rd Cir. 1995).

2.  Judgment on plaintiff's claim for maintenance, cure, sick and annual leave and compensatory damages totaled $76,339.00 and was entered on February 15, 2006.

3.  The legal rate of interest on judgments for the week ending February 17, 2006 is 4.70% according to the Office of the Clerk of this Court.

4.  The obligation to pay maintenance arose on August 9, 2002, and the judgment, exclusive of the $47,500 in compensatory damages, was not paid until February 27, 2006.

5.  Pre-judgment interest at the rate of 4.70% in the sum of $76,339.00 for the period from August 9, 2002 to February 27, 2006 totals $12,931.83 (16.94% for the 43 months that the obligation accrued and was unpaid).

WHEREFORE, plaintiff petitions the Court to award pre-judgment interest in the amount of $12,931.83.

SEITZ, VAN OGTROP & GREEN, P.A

/s/ James S. Green
JAMES S. GREEN, ESQ. (DE0481)
jgreen@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
    Attorneys for Plaintiffs

OF COUNSEL:

E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, Second Floor
Philadelphia, PA 19107

Date: March 7, 2006

## CERTIFICATE OF SERVICE

I, JAMES S. GREEN, hereby certify that on this 7th day of March, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

**PETITION FOR ALLOWANCE OF PREJUDGMENT INTEREST**

/s/ James S. Green
_____
JAMES S. GREEN (ID No. 0481)
jgreen@svglaw.com

37091 v1