# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and JAN KOPACZ,<br>Administrator of the Estate of Cathy Kopacz, | )<br>)<br>)<br>) | C.A. No. 04-911 GMS |
| Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| DELAWARE RIVER AND BAY<br>AUTHORITY and CRAIG SWETT, | )<br>)<br>) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| JAN KOPACZ, | )<br>) | C.A. No. 04-1281 GMS |
| Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| DELAWARE RIVER AND BAY<br>AUTHORITY, | )<br>)<br>) | |
| Defendant. | ) | |

### AFFIDAVIT OF JAMES S. GREEN IN SUPPORT OF THE
### PETITION OF PLAINTIFFS, JAN KOPACZ AND
### JAN KOPACZ, Administrator of the Estate of Cathy Kopacz,
### FOR AN AWARD OF FEES AND COSTS

STATE OF DELAWARE    )
                     )    SS:
NEW CASTLE COUNTY    )

BE IT REMEMBERED, this _6_ day of March, 2006 that James S. Green appeared

before the undersigned subscriber, a Notary Public for the State and County aforesaid, and

having been first been duly sworn according to law, did depose and state:

1

1.    He is an attorney admitted to practice before the Supreme Court of Delaware and the United States District Court for the District of Delaware and has been so admitted since 1972 and 1973 respectively.

2.    He is a Shareholder and Director in the law firm of Seitz, VanOgtrop & Green, P.A. ("SVG").

3.    His current billing rate is $350.00 per hour. The billing rates for SVG associates range from $120.00 per hour for first year associate to $175.00 per hour. The billing rate for SVG paralegals is $85 per hour.

4.    He is generally familiar with billing rates in the Wilmington community for attorneys of similar seniority as he and the associates and paralegals in his firm and believes that the hourly rates charged by SVG are well within the norm for the Delaware legal community. He entered his appearance and the appearance of SVG as local counsel on behalf of Plaintiffs in the captioned matter on or about February 7, 2006.

5.    In connection with this matter, SVG has incurred fees and expenses in the amount of $1,930.00. Attached hereto is a statement for services to Plaintiffs showing all time spent to date.

James S. Green

SWORN TO AND SUBSCRIBED BEFORE me the day and year aforesaid.

Notary Public

Attorney At Law
Notary Public, State of Delaware
My Commission Has No Expiration Date
29 Del.C. § 4323(a)(3)

2

# EXHIBIT 2

# E. ALFRED SMITH & ASSOCIATES

## ATTORNEYS AT LAW

### 1333 RACE STREET

### SECOND FLOOR

### PHILADELPHIA, PA 19107

TELEPHONE: (215) 569-8422 FAX: (215) 569-8606

E-MAIL: smithealaw@verizon.net

E. ALFRED SMITH*
CHRISTINE L. SERBANIC

45 GALLOPING HILL ROAD
CHERRY HILL, NJ 08004
(856) 751-7077

*ALSO MEMBER OF NJ & HAWAII BAR

March 6, 2006

In re Jan D. Kopacz v. Delaware River and Bay Authority
Civil Action Numbers 04-911 and 04-1281

|          |     | **Professional Services:**                                                             | **Hours** |
|----------|-----|----------------------------------------------------------------------------------------|-----------|
| 08/19/03 | CLS | Letter to Bonnie Miller re maintenance                                                 | 2.5       |
| 08/27/03 | CLS | Review of letter and materials from John Schaffer                                      | 0.7       |
| 08/27/03 | CLS | Telecon with client re records subpoena                                                | 0.4       |
| 08/27/03 | CLS | Telecon with client and telefax from client and review of medical records re Sabbagh   | 1.1       |
| 08/28/03 | CLS | Telefax to client re Sabbagh records                                                   | 0.3       |

March 6, 2006
Page 2

| | | Professional Services: | Hours |
|---|---|---|---|
| 08/28/03 | CLS | Review telefax and materials from client | 0.4 |
| 08/28/03 | CLS | E-mail to client | 0.3 |
| 08/28/03 | CLS | E-mail to client (second) | 0.1 |
| 08/29/03 | CLS | E-mail from client | 0.3 |
| 09/02/03 | CLS | E-mail to client | 0.1 |
| 09/03/03 | CLS | E-mail to client | 0.1 |
| 09/08/03 | CLS | Telefax to client | 0.5 |
| 09/22/03 | CLS | Letter to John Schaffer re maintenance | 2.2 |
| 10/09/03 | CLS | Prepare and file Complaint in Admiralty for maintenance | 2.1 |
| 10/14/03 | CLS | Letter to client | 0.2 |
| 10/30/03 | CLS | Letter to DRBA making service | 0.2 |
| 11/04/03 | CLS | Telefax from and letter to Schaffer re maintenance | 1.0 |
| 11/05/03 | CLS | Filing of return of service | 0.2 |
| 11/05/03 | CLS | Telecon/Willard re fraud action | 0.5 |
| 11/05/03 | EAS | Telecon /Willard re settlement of fraud action | 0.5 |
| 11/13/03 | EAS | Letter from T. Willard re stipulation of dismissal | 0.3 |
| 11/21/03 | EAS | Letter to client re status of maintenance issues | 0.4 |

March 6, 2006
Page 3

|  |  | **Professional Services:** | **Hours** |
|---|---|---|---|
| 12/02/03 | CLS | Review of DRBA's answer and letter to client re Answer | 0.4 |
| 11/30/03 | EAS CLS | Meeting with client | 5.0 |
| 12/08/03 | EAS | Letters to Sussex, Southern Delaware Imaging, Orthopaedic Associates, Southern Delaware P.T. and Beebe Medical requesting copies of medical records | 0.4 |
| 12/12/03 | EAS | Preparation and forwarding of proposed discovery plan to defense counsel | 2.3 |
| 12/15/03 | EAS | Preparation and forwarding of Initial Disclosures and discovery requests | 1.7 |
| 12/22/03 | EAS | Forwarding completed HIPAA forms to Orthopaedic Associates | 0.4 |
| 12/22/03 | EAS | Letter to Dr. Lopez requesting records | 0.3 |
| 12/31/03 | EAS | Review of defendant's additions to discovery plan and forwarding to court | 1.2 |
| 01/02/04 | EAS | Review of DRBA Disclosure Statement, Incident Report and statements of Jacobson, Willey, Kleb and Thompson | 1.3 |
| 01/05/04 | EAS | Request for copies of materials obtained by subpoena | 0.2 |
| 01/06/04 | EAS | Attendance at scheduling conference in Camden, NJ | 2.8 |
| 01/09/04 | CLS | Review of file and letter to client regarding settlement demand figure to be given | 3.1 |

March 6, 2006
Page 4

|          |     | **Professional Services:**                                                  | **Hours** |
|----------|-----|-----------------------------------------------------------------------------|-----------|
| 01/10/04 | EAS | Review of records from Lewes Physical Therapy and Drs. Lord and Wheeler     | 0.6       |
| 01/12/04 | EAS | Review of records from Orthopaedic Associates of So. Delaware               | 0.8       |
| 01/12/04 | EAS | Review of records from Lewes Fire Department                                | 0.3       |
| 01/14/04 | EAS | Review of defendant's interrogatories and request for production           | 0.3       |
| 01/14/04 | EAS | Letter to client re authorization                                           | 0.1       |
| 01/15/04 | EAS | Letter to opposing counsel re discovery                                     | 0.3       |
| 01/16/04 | EAS | Review defendant's amended disclosure statement                             | 0.2       |
| 01/31/04 | EAS | Review DRBA's answers to interrogatories and documents produced             | 1.3       |
| 01/31/04 | EAS | Review of records from State Farm as furnished by defense counsel           | 1.5       |
| 02/02/04 | EAS | Review of client's federal income tax returns                               | 0.3       |
| 02/03/04 | EAS | Review records from Beebe Medical Center and Lewes Family Practice          | 1.1       |
| 02/09/04 | EAS | Forwarding signed authorization to defense counsel                          | 0.2       |
| 02/09/04 | EAS | Preparation and forwarding of deposition notices to defense counsel         | 0.3       |

March 6, 2006
Page 5

|  |  | **Professional Services:** | **Hours** |
|---|---|---|---|
| 02/09/04 | EAS | Review of file and letter to defense counsel setting forth a settlement demand and analyzing the case | 3.2 |
| 02/17/04 | EAS | Letter to defense counsel re discovery extension | 0.3 |
| 02/17/04 | EAS | Letter to Magistrate Judge Donio regarding claim of privilege | 1.4 |
| 02/20/04 | EAS | Letter from defense counsel to Magistrate Judge Donio | 0.2 |
| 02/21/04 | EAS | Review of performance records sent by defense counsel | 0.3 |
| 02/25/04 | EAS | Review of additional records from State Farm | 0.8 |
| 02/25/04 | EAS | Letter to client re submitting files to Blue Cross/Blue Shield | 0.2 |
| 02/26/04 | EAS | Review of case authority and a letter to Magistrate Judge Donio re Safety Committee minutes | 1.3 |
| 03/01/04 | EAS | Follow up letter to Magistrate Judge Donio | 0.2 |
| 03/02/04 | EAS | Review of records from Papastavros Imaging | 0.4 |
| 03/02/04 | EAS | Preparation and forwarding of Requests for Admissions, Interrogatories to Defendant - Second Set and Request to Produce | 3.2 |

March 6, 2006
Page 6

|  |  | **Professional Services:** | **Hours** |
|---|---|---|---|
| 03/02/04 | EAS | Telecon/client re deposition availability | 0.4 |
| 03/02/04 | EAS | Letter to defense counsel re depositions | 0.2 |
| 03/03/04 | EAS | Letter to Dorowshow, Pasquale, claiming privilege | 0.3 |
| 03/03/04 | EAS | Letter to Cappiello, Hoffman claiming privilege | 0.2 |
| 03/03/04 | EAS | Preparation of draft answers to interrogatories and response to request to produce and forwarding them to client | 2.8 |
| 03/04/04 | EAS | Preparation and forwarding subpoena to State Farm | 0.5 |
| 03/09/04 | EAS | Review of DRBA's amended answers to interrogatories privilege log and report from Coastal Psychiatric | 0.5 |
| 03/12/04 | EAS | Preparation for and participation in telephone conference with Magistrate Judge Donio | 1.3 |
| 03/17/04 | EAS | Review of harassment complaints from 2003 | 0.6 |
| 03/17/04 | EAS | Forwarding copy of records we received from Orthopaedic Associates | 0.2 |
| 03/18/04 | EAS | Review of responses from client re answers to interrogatories | 1.1 |

March 6, 2006
Page 7

|  |  | **Professional Services:** | **Hours** |
|---|---|---|---|
| 03/19/04 | EAS | Preparing and forwarding answers to DRBA's interrogatories and response to requests for admissions | 0.3 |
| 03/19/04 | EAS | Letter to defense counsel re Mrs. Kopacz' attendance at deposition | 0.2 |
| 03/19/04 | EAS | Letter to defense counsel re Doroshow's response | 0.2 |
| 03/24/04 | EAS | Review of DRBA's answers to plaintiff's request for admissions | 0.5 |
| 03/24/04 | EAS | Travel to Cape May, NJ and prepare for and attend deposition of plaintiff | 7.0 |
| 03/25/04 | EAS | Prepare for and obtain depositions of Kleb, Jacobson and Willey and return from Cape May, NJ | 7.0 |
| 03/26/04 | EAS | Preparation and forwarding of plaintiff's interrogatories to defendant - third set | 1.3 |
| 03/26/04 | EAS | Letter to Judge Donio requesting extension of time | 0.3 |
| 03/26/04 | EAS | Forwarding of affidavit to defense counsel | 0.2 |
| 03/26/04 | EAS | Letter to GE Auto re denial of client's claim | 0.3 |
| 03/26/04 | EAS | Letter to defense re settlement demand and lack of professionalism of DRBA | 0.5 |
| 03/29/04 | EAS | Review of personnel file and letter to defense counsel re missing items | 1.1 |

March 6, 2006
Page 8

| | | Professional Services: | Hours |
|---|---|---|---|
| 03/31/04 | EAS | Review of missing correction forms sent by telefax by defense counsel | 0.4 |
| 04/01/04 | EAS | Letter to counsel re location of depositions | 0.3 |
| 04/02/04 | EAS | Review of DRBA's second set of interrogatories and second request for production | 0.4 |
| 04/06/04 | EAS | Review of additional material from Orthopaedic Associates | 0.5 |
| 04/06/04 | EAS | Telecon/Willard re subpoena of his file | 0.5 |
| 04/08/04 | EAS | Review of defendant's response to plaintiff's second set of requests to produce and answers to plaintiff's second set of interrogatories | 0.5 |
| 04/11/04 | EAS | Review of records from GE auto insurance sent by defense counsel | 1.3 |
| 04/11/04 | EAS | Telecon/Paglier at GE Auto Insurance | 0.5 |
| 04/13/04 | EAS | Review of records from Center Neurology and Dr. Amy Jones, sent by defense counsel | 1.1 |
| 04/14/04 | EAS | Letter to State Farm asking for response to subpoena | 0.2 |
| 04/15/04 | EAS | Review of additional records from Center Neurology, sent by defense counsel | 0.5 |
| 04/15/04 | EAS | Letter to GE auto insurance sending copies of transcripts to Kopacz and Willey | 0.5 |
| 04/15/04 | EAS | Letter to client re IME | 0.3 |

March 6, 2006
Page 9

|          |     | **Professional Services:** | **Hours** |
|----------|-----|------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 04/18/04 | EAS | Review of synopsis of Kopacz' statement recorded from GE auto insurance | 0.6 |
| 04/22/04 | EAS | Review of records from MEBA, Dr. Elrod and Vane Bros. sent by defense counsel | 1.5 |
| 04/23/04 | EAS | Letter to defense counsel re omissions | 0.3 |
| 04/23/04 | EAS | Letter to defense counsel re objections | 0.4 |
| 04/25/04 | EAS | Review of DRBA's answers to plaintiff's third set of interrogatories | 0.5 |
| 04/26/04 | EAS | Preparation and forwarding of plaintiff's answers to defendant's second set of interrogatories and plaintiff's response to defendant's second request for production | 1.6 |
| 04/27/04 | EAS | Review of additional materials from Vane Bros., sent by defense counsel | 0.5 |
| 04/28/04 | EAS | Review of complete copy of materials from V.A., sent by defense counsel | 1.3 |
| 04/28/04 | EAS | Telecon/Willard re file for production | 0.5 |
| 04/30/04 | EAS | Letter to client sending authorizations for signature | 0.2 |
| 05/04/04 | EAS | Review of defense counsel's letter re scheduling of depositions | 0.3 |
| 05/04/04 | EAS | Review of letter from State Farm's counsel | 0.2 |
| 05/05/04 | EAS | Letter to State Farm's counsel sending payment for records | 0.2 |
| 05/11/04 | EAS | Letter to defense counsel re discovery | 0.4 |
| 05/16/04 | EAS | Review of State Farm's file produced pursuant to subpoena | 1.6 |

March 6, 2006
Page 10

|          |     | **Professional Services:** | **Hours** |
|----------|-----|----------------------------|-----------|
| 05/23/04 | EAS | Review of defendant's letter to Judge Donio re discovery dispute | 0.5 |
| 05/24/04 | EAS | Letter to client re broken appointment | 0.3 |
| 05/26/04 | EAS | Letter to defense counsel sending copy of State Farm's file | 0.3 |
| 05/26/04 | EAS | Letter to GE Auto re claim | 0.2 |
| 05/26/04 | EAS | Letter to Judge Donio concerning discovery dispute | 1.5 |
| 05/28/04 | EAS | Telephone discussion and letter to J. Woods concerning his retention as local counsel | 1.5 |
| 05/28/04 | EAS | Letter to client re scheduling of IME by Dr. Malumed | 0.2 |
| 06/01/04 | EAS | Preparation for and telephone conference with Judge Donio re discovery dispute | 1.3 |
| 06/02/04 | EAS | Letter to defense counsel adding witnesses and adding statement | 0.3 |
| 06/06/04 | EAS | Review of materials from Dr. Sopa and Danmar Associates, sent by defense counsel | 1.4 |
| 06/08/04 | EAS | Letter to defense counsel re missed IME appointment | 0.2 |
| 06/11/04 | EAS | Preparation and filing of motion to compel | 1.3 |
| 06/11/04 | EAS | Letter to client re scheduling of depositions | 0.2 |
| 06/14/04 | EAS | Review of materials received from client | 1.1 |

March 6, 2006
Page 11

|  |  | **Professional Services:** | **Hours** |
|---|---|---|---|
| 06/15/04 | EAS | Review of records from V.A., sent by defense counsel | 1.1 |
| 06/15/04 | EAS | Preparation and forwarding draft complaint to J. Woods | 2.1 |
| 06/15/04 | EAS | Letter to client re IME and GE Auto's response | 0.3 |
| 06/16/04 | EAS | Letter to T. Willard re defense counsel's subpoena | 0.3 |
| 06/16/04 | EAS | Letter to George Koelzer re Deisler opinion | 0.4 |
| 06/16/04 | EAS | Review of Willard's complete file and forwarding copies of non-privileged items to defense counsel | 2.2 |
| 06/17/04 | EAS | Letter to defense counsel re Spencer Lynch deposition | 0.4 |
| 06/18/04 | EAS | Letter to defense counsel rescheduling depositions of Miller and Murphy due to scheduling of oral argument | 0.3 |
| 06/21/04 | EAS | Letter to defense counsel re Spencer Lynch's deposition | 0.3 |
| 06/23/04 | EAS | Review of defendant's opposition to plaintiff's motion to compel | 0.4 |
| 06/24/04 | EAS | Travel to Lewes, DE and obtaining the depositions of Thompson, Pulli, Oat and Singley and return | 8.0 |
| 06/25/04 | EAS | Prepare for and cross-examine Craig Swett at videotaped deposition | 3.5 |

March 6, 2006
Page 12

|  |  | **Professional Services:** | **Hours** |
|---|---|---|---|
| 07/05/04 | EAS | Letter to GE Auto Insurance re status of claim | 0.3 |
| 07/05/04 | EAS | Letter to Judge Donio as reply to defendant's answer to motion to compel | 0.5 |
| 07/05/04 | EAS | Letter to defense counsel identifying new witness | 0.2 |
| 07/12/04 | EAS | Letter to client re IME | 0.2 |
| 07/15/04 | EAS | Letter to defense counsel re depositions of Miller and Murphy | 0.2 |
| 07/15/04 | EAS | Letter to defense counsel re Spencer Lynch | 0.2 |
| 07/23/04 | EAS | Letter to client re defense counsel's letter | 0.2 |
| 07/23/04 | EAS | Preparation and forwarding of deposition notice | 0.3 |
| 07/26/04 | EAS | Re-draft complaint and forwarding to local counsel for filing | 1.1 |
| 07/30/04 | EAS | Review of Safety Committee minutes produced by defense counsel | 1.0 |
| 08/02/04 | EAS | Prepare for and take deposition of Bonnie Miller | 3.0 |
| 08/03/04 | EAS | Letter to defense counsel re Linda Murphy deposition | 0.2 |
| 08/09/04 | EAS | Telecon/T. Paglier re claim | 0.5 |
| 08/09/04 | EAS | Letter to defense counsel re Spencer Lynch's deposition | 0.3 |

March 6, 2006
Page 13

| | | **Professional Services:** | **Hours** |
|---|---|---|---|
| 08/10/04 | EAS | Letter to defense counsel re Linda Murphy's deposition | 0.3 |
| 08/10/04 | EAS | Letter to client re IME appointment | 0.2 |
| 08/11/04 | EAS | Review defense counsel's letter and exhibits to Judge Donio concerning discovery dispute | 0.6 |
| 08/12/04 | EAS | Letter to defense counsel concerning production of Human Resources person for deposition | 0.2 |
| 08/13/04 | EAS | Letter to client re defense counsel letter | 0.2 |
| 08/13/04 | EAS | Preparation and filing of motion to transfer | 1.0 |
| 08/15/04 | EAS | Review of notes and other materials from Bonnie Miller deposition | 0.5 |
| 08/16/04 | EAS | Letter to GE Auto Insurance re status claim | 0.2 |
| 08/16/04 | EAS | Letter to Judge Donio re discovery dispute | 1.5 |
| 08/24/04 | EAS | Review of records from Concentra Medical Center sent by defense counsel | 0.8 |
| 08/24/04 | EAS | Review of files and forwarding to defense counsel copies of materials reccived from State Farm, GE and Blue Cross/Blue Shield and certain correspondence | 2.1 |
| 08/24/04 | EAS | Letter to client re correspondence with Blue Cross/Blue Shield | 0.2 |
| 08/26/04 | EAS | Review of supplemental records received from Concentra Medical sent by defense counsel | 0.4 |

March 6, 2006
Page 14

|  |  | **Professional Services:** | **Hours** |
|---|---|---|---|
| 08/31/04 | EAS | Review of Dr. Malumed's report | 0.6 |
| 09/07/04 | EAS | Preparation for and telephone conference with Judge Donio concerning discovery dispute | 1.1 |
| 09/08/04 | EAS | Review of consent order furnished to Judge Donio | 0.2 |
| 09/23/04 | EAS | Review of answer of Craig Swett to Delaware lawsuit | 0.5 |
| 09/29/04 | EAS | Letter to GE Auto re status of claim | 0.3 |
| 10/04/04 | EAS | Preparation and forwarding of motion to consolidate and for a jury trial | 1.1 |
| 11/03/04 | EAS | Letter to defense counsel re A. Jackson as witness | 0.2 |
| 11/08/04 | EAS | Preparation and forwarding of opposition to motion for partial summary judgment | 2.1 |
| 11/08/04 | EAS | Letter to defense counsel re PIP carrier's response | 0.1 |
| 11/23/04 | EAS | Review of DRBA's Reply Brief | 0.5 |
| 12/15/04 | EAS | Review of transcript of recorded statement from plaintiff sent by defense counsel | 0.5 |
| 12/21/04 | EAS | Letter to defense counsel inquiring about deposition of Human Resources designee | 0.2 |
| 01/05/05 | EAS | Preparation and forwarding of stipulation | 1.1 |
| 01/07/05 | EAS | Review of file and preparation of additions to status form | 2.0 |

March 6, 2006
Page 15

| | | **Professional Services:** | **Hours** |
|---|---|---|---|
| 01/07/05 | EAS | Review and edit status form | 1.0 |
| 01/14/05 | EAS | Attendance at scheduling conference in Wilmington, DE and return | 4.0 |
| 01/21/05 | EAS | Preparation and forwarding of scheduling order | 1.0 |
| 02/01/05 | EAS | Letter to court concerning discovery matter | 1.5 |
| 02/04/05 | EAS | Review of response of DRBA to letter to court | 0.5 |
| 02/04/05 | EAS | Letter to defense counsel concerning outstanding depositions | 0.2 |
| 02/07/05 | EAS | Review of privilege log | 0.5 |
| 02/15/05 | EAS | Review of briefing order | 0.3 |
| 03/07/05 | EAS | Review of records from Cammarano and Aloe sent by defense counsel | 0.5 |
| 03/08/05 | EAS | Preparation and forwarding of motion for admission pro hac vice | 0.5 |
| 03/08/05 | EAS | Letter to defense counsel re plaintiff's treating doctors | 0.2 |
| 03/08/05 | EAS | Letter to defense counsel re depositions | 0.2 |
| 03/10/05 | EAS | Review of records from Orthopaedic Associates forwarded by defense counsel | 0.5 |
| 03/14/05 | EAS | Telefax to Dr. Mehdi re his report | 0.4 |
| 03/15/05 | EAS | Preparation of letter brief for Judge Sleet | 4.6 |
| 03/17/05 | EAS | Review of additional records from Center Neurology and Lewes Family Practice forwarded by defense counsel | 0.6 |

March 6, 2006
Page 16

|  |  | **Professional Services:** | **Hours** |
|---|---|---|---|
| 03/17/05 | EAS | Letter to Dr. Mehdi requesting report | 1.2 |
| 03/22/05 | EAS | Review of materials from Beebe Medical Center and Southern Delaware Imaging forwarded by defense counsel | 0.5 |
| 03/24/05 | EAS | Review of records from Dr. Elrod and supplemental records from Orthopaedic Associates, sent by defense counsel | 0.5 |
| 04/12/05 | EAS | Review of DRBA's response to Motion | 1.0 |
| 04/14/05 | EAS | Review of records from V.A. Medical Center, furnished by defense counsel | 1.5 |
| 04/15/05 | EAS | Letter to client | 0.2 |
| 04/15/05 | EAS | Preparation and forwarding letter to Judge Sleet re discovery | 0.8 |
| 04/24/05 | EAS | Review Craig Swett's disclosure statement | 0.3 |
| 05/03/05 | EAS | Review of records from Dickinson Medical Group and Milford Diagnostic Imaging, sent by defense counsel | 0.8 |
| 05/04/05 | EAS | Telecon/Ransom re discovery | 0.4 |
| 05/11/05 | EAS | Review of report and forwarding copy of Dr. Mehdi's report to other counsel | 0.8 |
| 05/11/05 | EAS | Letter to Ransom sending medical records | 0.6 |
| 06/08/05 | EAS | Preparation and sending plaintiff's interrogatories to DRBA, fourth set | 1.0 |
| 06/24/05 | EAS | Forwarding report from Dr. Balliet to defense counsel | 0.2 |
| 06/24/05 | EAS | Letter to counsel re depositions | 0.2 |
| 06/28/05 | EAS | Telecon/Ransom re status and Dr. Mark Greenstein | 0.4 |

March 6, 2006
Page 17

|  |  | **Professional Services:** | **Hours** |
|---|---|---|---|
| 07/08/05 | EAS | Letter to Ransom re deposition in Long Island | 0.3 |
| 07/08/05 | EAS | Letter to counsel requesting Dr. Malumed's report | 0.2 |
| 07/11/05 | EAS | Review DRBA's answers to plaintiff's third set of interrogatories | 0.5 |
| 07/11/05 | EAS | Telecon/Ransom re deposition | 0.4 |
| 07/13/05 | EAS | Letter to defense counsel re depositions | 0.2 |
| 07/22/05 | EAS | Letter to defense counsel re depositions | 0.2 |
| 07/22/05 | EAS | Letter to Judge Sleet | 0.4 |
| 07/25/05 | EAS | Preparation and forwarding of plaintiff's answers to DRBA's third set of interrogatories | 0.8 |
| 07/26/05 | EAS | Review of Dr. Mehdi's records sent by defense counsel | 0.5 |
| 07/27/05 | EAS | Telecon/Kopacz re wife | 0.4 |
| 07/27/05 | EAS | Letter to Ransom re deposition | 0.3 |
| 07/29/05 | EAS | Review of set of Blue Cross/ Blue Shield records sent by defense counsel | 1.4 |
| 08/04/05 | EAS | Review of file materials produced pursuant to Court Order | 1.0 |
| 08/04/05 | EAS | Telecon/Ransom re Mrs. Kopacz' deposition | 0.4 |
| 08/05/05 | EAS | Preparation and forwarding plaintiff's answers to defendant's third set of interrogatories | 1.0 |

March 6, 2006
Page 18

|          |     | **Professional Services:**                                                                 | **Hours** |
|----------|-----|--------------------------------------------------------------------------------------------|-----------|
| 08/08/05 | EAS | Preparation and forwarding of additional answers to DRBA's third set of interrogatories    | 0.5       |
| 08/18/05 | EAS | Review of defense counsel's letter to Judge Sleet                                          | 0.4       |
| 08/18/05 | EAS | Review of fax from DRBA to State Farm                                                       | 0.3       |
| 08/22/05 | EAS | Letter to defense counsel re depositions                                                    | 0.2       |
| 08/22/05 | EAS | Letter to client re wife's deposition                                                       | 0.2       |
| 08/22/05 | EAS | Letter to defense counsel re answers to interrogatories                                     | 0.2       |
| 08/22/05 | EAS | Telecon/Reeves re depositions                                                               | 0.3       |
| 08/22/05 | EAS | Letter to defense counsel re depositions                                                    | 0.2       |
| 08/29/05 | EAS | Review of court's discovery order                                                           | 1.0       |
| 08/30/05 | EAS | Review of defense counsel's letter to the court                                            | 0.5       |
| 09/01/05 | EAS | Preparation for and telecon/Court and counsel re discovery                                 | 0.8       |
| 09/07/05 | EAS | Letter to client re interrogatories                                                         | 0.3       |
| 09/08/05 | EAS | Travel to Long Island, New York and attend deposition of Dr. Marc Greenstein               | 8.0       |
| 09/09/05 | EAS | Letter to defense counsel re depositions of Miller and Spence-Parker                        | 0.2       |
| 09/09/05 | EAS | Review of DRBA's fourth set of interrogatories                                              | 0.5       |

March 6, 2006
Page 19

|  | | **Professional Services:** | **Hours** |
|---|---|---|---|
| 09/20/05 | EAS | Review of defendant's third request for production | 0.3 |
| 09/21/05 | EAS | Letter to Ransom re Cathy Kopacz | 0.3 |
| 09/21/05 | EAS | Letter to defense counsel re discovery | 0.3 |
| 11/03/05 | EAS | Letter to counsel re death of Cathy Kopacz | 0.2 |
| 11/12/05 | EAS | Review of documents from V.A. sent by Ransom | 0.6 |
| 11/15, 16/05 | EAS | Preparation and forwarding of draft of Pre-Trial Order | 12.5 |
| 11/18/05 | EAS | Travel to Wilmington, DE and attend deposition of Officer Wise and return | 4.0 |
| 11/21/05 | EAS | Travel to Wilmington and attend depositions of Carol and Jessica Swett | 5.0 |
| 11/23/05 | EAS | Letter to defense counsel re outstanding depositions | 0.3 |
| 11/23/05 | EAS | Preparation and forwarding of additions to Pre-Trial Order | 5.0 |
| 11/23/05 | EAS | Prepare and forward response to third request to produce | 0.5 |
| 11/30/05 | EAS | Preparation and forwarding of answers to DRBA's fourth set of interrogatories | 2.5 |
| 12/13/05 | EAS | Review draft of Swett's portion of Pre-Trial Order | 3.0 |

March 6, 2006
Page 20

|  |  | **Professional Services:** | **Hours** |
|---|---|---|---|
| 12/15/05 | EAS | Preparation and forwarding of points for charge, proposed voir dire questions, proposed interrogatories and motion in limine | 7.0 |
| 12/16/05 | EAS | Review DRBA's pre-trial order portion, proposed voir dire and proposed jury instructions | 4.0 |
| 12/19/05 | EAS | Telecon/Chaneta re proposed points for charge | 0.5 |
| 12/19/05 | EAS | Letter to court requesting 2 day extension to file Pre-Trial Order | 0.5 |
| 12/20/05 | EAS | Letter to defense counsel re outstanding discovery | 0.2 |
| 12/20/05 | EAS | Review changes to Pre-Trial Order | 4.5 |
| 12/21/05 | EAS | Review of DRBA's trial brief | 0.2 |
| 12/29/05 | EAS | Preparation of complete copy of exhibits and amendment to Schedule C and sending all to defense counsel | 5.0 |
| 12/29/05 | EAS | Prepare and forward reply to Swett's motion in limine | 2.0 |
| 01/04/06 | EAS | Voice mail message from Ransom; review exhibit list | 1.6 |
| 01/05/06 | EAS | Review revisions to Schedule C | 2.0 |
| 01/06/06 | EAS | Prepare and forward motion in limine to preclude videotaped testimony of Janice Ambrose | 1.5 |
| 01/06/06 | EAS | Review Swett's comments re exhibits and revised Schedule C | 3.0 |

March 6, 2006
Page 21

| | | **Professional Services:** | **Hours** |
|---|---|---|---|
| 01/09/06 | EAS | Telecon/Brooks-Montoban and review of responses to motion in limine | 2.5 |
| 01/10/06 | EAS | Prepare for and telecon/Ransom and Reeves re Schedule C | 3.0 |
| 01/10/06 | EAS | Prepare and forward revisions to Trial Exhibit list | 2.5 |
| 01/10/06 | EAS | Review DRBA's revised list of exhibits | 1.5 |
| 01/11/06 | EAS | Revise and prepare the Pre-Trial documents | 7.0 |
| 01/12/06 | EAS | Revise points for charge and table of contents; objection to Swett's exhibits | 7.0 |
| 01/13/06 | EAS | Telecon/Reeves, Ransom, and Brooks-Montoban re exhibits; prepare for trial, revise Schedule C re exhibits | 7.0 |
| 01/16/06 | EAS | Prepare for trial; numerous telephone calls to witnesses | 7.0 |
| 01/17/06 | EAS | Prepare for trial; numerous telephone calls to witnesses | 7.0 |
| 01/18/06 | EAS | Prepare for trial; numerous telephone calls to witnesses | 7.0 |
| 01/20/06 | EAS | Prepare for trial; numerous telephone calls to witnesses | 7.0 |
| 01/23/06 | EAS | Travel to and attend deposition of Dr. Mehdi in Lewes, DE | 7.0 |
| 01/24/06 | EAS | Prepare for and attend pre-trial conference in Wilmington, DE | 5.0 |
| 01/25/06 | EAS | Prepare for trial | 7.0 |
| 01/27/06 | EAS | Meeting with client to prepare for trial | 6.0 |
| 01/30/06 | EAS | Prepare for and attend deposition of Dr. Malumed | 3.5 |

March 6, 2006
Page 22

| | | **Professional Services:** | **Hours** |
|---|---|---|---|
| 01/31/06 | EAS | Travel to and attend deposition of Dr. Lopez in Lewes, DE and return | 7.0 |
| 02/01/06 | EAS | Meeting with client to prepare for trial | 7.0 |
| 02/02/06 | EAS | Prepare for trial | 7.0 |
| 02/03/06 | EAS | Meeting with client to prepare for trial | 7.0 |
| 02/04/06 | EAS | Prepare for trial | 7.0 |
| 02/05/06 | EAS | Meeting with client to prepare for trial | 7.0 |
| 02/06/06 | EAS | Trial | 10.0 |
| 02/07/06 | EAS | Trial | 12.0 |
| 02/08/06 | EAS CLS | Trial Attend trial - read deposition | 12.0 4.0 |
| 02/09/06 | EAS | Trial | 10.0 |
| 02/10/06 | EAS | Trial | 10.0 |
| 02/13/06 | EAS | Trial - verdict | 4.0 |
| 02/14/06 | EAS | Preparation of petition for counsel fees | 7.0 |
| 02/15/06 | EAS | Preparation of petition for counsel fees | 7.0 |
| 02/16/06 | EAS | Preparation of petition for counsel fees | 7.0 |

**Totals**

| | | | |
|---|---|---|---|
| | EAS | 454.2 hours @ $350.00 | $158,970.00 |
| | CLS | 25.7 hours @ $150.00 | $ 3,855.00 |

$162,825.00

March 6, 2006
Page 23

## Costs Advanced

Records expense:

| | | |
|---|---|---|
| Beebe Medical Center | 57.92 | |
| Lewes Family Practice | 20.00 | |
| **Total Records Expense:** | | **77.92** |

Deposition transcripts:

| | | |
|---|---|---|
| Willey, Kleb and Jacobson (Tratenberg) | 473.60 | |
| Kopacz (Tratenberg) | 413.60 | |
| Thompson, Oat and Pulli (Tratenberg) | 861.80 | |
| Singley and Swett (Tratenberg) | 220.00 | |
| Miller (Capital) | 214.00 | |
| Greenstein (Ber) | 166.00 | |
| Wisc (Hawkins) | 183.16 | |
| Jessica and Carol Swett (Metro) | 214.25 | |
| Malumed (Tratenberg) | 218.55 | |
| **Total Deposition Expense:** | | **2964.96** |

Legal Services:

| | | |
|---|---|---|
| Connolly, Bove | 2142.61 | |
| Sullivan and Woods 05/04/05 | 427.50 | |
| Sullivan and Woods 07/05/05 | 135.00 | |
| James Woods | 2205.00 | |
| Louis A. Perez | 1200.00 | |
| Seitz, Van Ogtrop & Green | 1930.00 | |
| **Total Legal Services Expense:** | | **8040.11** |

Expert Expense:

| | | |
|---|---|---|
| Dr. Mohammad Mehdi | | |
| Report | 350.00 | |
| Testimony | 1000.00 | |
| **Total Expert Expense:** | | **1350.00** |

March 6, 2006
Page 24

Travel Expense:

01/14/05
Wilmington, Delaware
Scheduling conference 70 miles @ .445/mile          31.15
Parking                                              8.00

03/24/ and 03/25/04
Cape May, New Jersey
Depositions - Kopacz, Willy, Jacobson and Kleb
240 miles @ .445/mile                              106.80

06/24/04
Lewes, Delaware
Depositions - Oat, Thompson, Pulli
275 miles @.445/mile                               122.38
Tolls                                                4.00

01/24/05
Lewes, Delaware
Deposition - Singley
275 miles @ .445/mile                              122.38
Tolls                                                4.00

09/08/05
Huntington, New York
Deposition - Dr. Greenstein
300 miles @ .445/mile                              133.50
Tolls                                               29.60

11/16/05
Wilmington, Delaware
Deposition - Officer Wise
70 miles @.445/mile                                 31.15
Parking                                              8.00

11/21/05
Wilmington, Delaware
Deposition - Carol and Jessica Swett
70 miles @.445/mile                                 31.15
Parking                                              8.00

March 6, 2006
Page 25

01/23/06
Lewes, Delaware
Deposition - Dr. Mehdi
275 miles @.445/mile                    122.38
Tolls                                     4.00

01/24/06
Wilmington, Delaware
Attend Pre-Trial Conference
70 miles @ .445/mile                     31.15
Parking                                   8.00

01/30/06
Ridley Park, Pennsylvania
Deposition - D. Malumed
60 miles @ .445/mile                     26.70
Parking                                   7.50

01/31/06
Lewes, Delaware
Deposition - Dr. Lopez
275 miles @ .445/mile                   122.38
Tolls                                     4.00

02/06 - 02/13/06
Wilmington, Delaware
Trial
420 miles @ .445/mile                   186.90
Parking, 6 days at $8.00 per day         48.00

**Total Travel Expense:**                          **1201.12**

Miscellaneous:

Parking, 02/04 and 02/05 @ 15.00 per day   30.00
Copies                                     24.08
Photograph copies                           3.05

**Total Miscellaneous Expense:**                    **57.13**

March 6, 2006
Page 26

## Recapitulation

Time:

| | | |
|---|---|---|
| EAS | 454.2 hours @ $350.00 | $158,970.00 |
| CLS | 25.7 hours @ $150.00 | $  3,855.00 |

| | |
|---|---|
| **Total Time:** | **$162,825.00** |
| **Costs Advanced:** | **$ 13,691.24** |
| **Total Time and Disbursements:** | **$176,516.24** |