IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and JAN KOPACZ,<br>Administrator of the Estate of Cathy<br>Kopacz, | ) )<br>)<br>) | C.A. No. 04-911 GMS |
| Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| DELAWARE RIVER AND BAY<br>AUTHORITY and CRAIG SWETT | )<br>) | Jury Trial Demanded |
| Defendants. | )<br>)<br>) | |
| JAN KOPACZ | )<br>) | |
| Plaintiff, | )<br>) | C.A. No. 04-1281 GMS |
| v. | )<br>) | |
| DELAWARE RIVER AND BAY<br>AUTHORITY | )<br>)<br>) | |
| Defendant. | )<br>) | |

**ORDER**

NOW, on this _____ day of _____, 2006, upon consideration of Plaintiff's

Petition and any response thereto, it is hereby ORDERED that plaintiff is awarded $12,931.83 in

prejudgment interest and the judgment in favor of plaintiff and against Delaware River and Bay

Authority is amended accordingly.

_____
Gregory M. Sleet, J.