IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and JAN KOPACZ, Administrator of the Estate of Cathy Kopacz | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-911 GMS |
| v. | : : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : : : | |
| Defendants. | : : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : : | |
| Plaintiff, | : : | C.A. No. 04-1281 GMS |
| v. | : : : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : : : | |
| Defendant. | : | |

DEFENDANT SWETT'S BILL OF COSTS

Pursuant to Federal Rule of Civil Procedure 54 and Local District Court Rule 54.1, Defendant Swett requests the Clerk of the Court to tax the following costs in his favor and against Plaintiff Jan Kopacz in accordance with the Judgment entered on February 15, 2006 and the Amended Judgment entered on February 22, 2006:

1. **Deposition Costs**

   Dr. Marc Greenstein (introduced at trial)

   • Travel time to/from Huntington (Long Island), New York (9.8 hours at $175.00/hour)  =  $1,715.00

   • Mileage

        (350 miles at $.445/mile) = $199.15

- Tolls to/from Huntington (Long Island), New York
  $29.40

- Court Reporter Fees and Transcript Costs
  $222.00

Carol and Jessica Swett (introduced at trial)

- Court Reporter Fees and Transcript Costs
  $456.00

- Setup for Video Teleconference Deposition at Best Western
  $1,083.75

2. **Witness Fees**

| | |
|---|---|
| Dr. Marc Greenstein | $40.00 |
| Michael Willey | $40.00 |

3. **Mileage to Witnesses**

| | |
|---|---|
| Michael Willey<br>(80 miles at $.445/mile) | $71.20 |

**Total Costs to be Taxed**　　　　　　　　　　　　**$3,856.50**

Respectfully submitted,

CASARINO, CHRISTMAN & SHALK, P.A.

　 /s/ Donald M. Ransom
DONALD M. RANSOM, ESQUIRE
Del. I.D. No. 2626
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, Delaware 19899
(302) 594-4500

DATED:  March 8, 2006　　　Attorney for Defendant Craig Swett

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and JAN KOPACZ, Administrator of the Estate of Cathy Kopacz | : : : : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : : : | |
| Defendants. | : | |
| JAN KOPACZ, | : : | |
| Plaintiff, | : : | C.A. No. 04-1281 GMS |
| v. | : : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : : : | |
| Defendant. | : | |

## **O R D E R**

IT IS HEREBY ORDERED THIS ____ day of _____ 2006 that Defendant Swett's Bill of Costs is hereby granted.

IT IS SO ORDERED.

_____
The Hon. Gregory M. Sleet
U.S. District Court
District of Delaware