IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ AND ESTATE OF CATHY KOPACZ, | : : : | |
| Plaintiffs, | : : | C.A. No. 04-911 GMS |
| v. | : : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : : | |
| Plaintiff, | : : | C.A. No. 04-1281 GMS |
| v. | : : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : : : | |
| Defendant. | : | |

CERTIFICATE OF SERVICE

I, DONALD M. RANSOM, hereby certify that I have caused to be delivered in the manner noted, the 8th day of March 2006 a true and correct copy of Defendant Swett's Bill of Costs:

**By E-Filing and First Class Mail**
E. Alfred Smith, Esq.
1333 Race Street 2d Flr.
Philadelphia, PA 19107

**By E-Filing and First Class Mail**
James S. Green
Seitz, Van Ogtrop & Green, PA
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899-0068

**By E-Filing and First Class Mail**
Carmella P. Keener, Esq.
Rosenthal Monhait Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

**By E-Filing and First Class Mail**
Mary Elisa Reeves, Esq.
6 Royal Avenue
P.O. Box 530
Glenside, PA 19038-0530

                        CASARINO, CHRISTMAN & SHALK, P.A.

BY:    /s/ Donald M. Ransom
        DONALD M. RANSOM, ESQ.
        Del. Bar ID No: 2626
        800 N. King Street, Suite 200
        P.O. Box 1276
        Wilmington, DE 19899-1276
        (302) 594-4500
        Attorney for Defendant Craig Swett