IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and ESTATE OF CATHY KOPACZ, | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| Defendants, | : | |
| JAN KOPACZ, | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| Defendant. | : | |

**MOTION FOR COSTS OF DEFENDANT, DELAWARE RIVER AND BAY AUTHORITY**

Pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54, and Local District Court Rule 54.1, Defendant, Delaware River and Bay Authority (hereinafter "DRBA") respectfully requests that this Court award taxable expenses and costs incurred by DRBA, and in support states the following:

1. Plaintiff filed two separate complaints with respect to an injury he allegedly suffered when he was struck by a vehicle on the deck of DRBA's ferry on August 9, 2002.

2. The first Complaint was filed initially in the District Court for the District of New Jersey against DRBA seeking recovery for maintenance and cure damages.

3. The second Complaint, filed on or about July 28, 2004, was against the driver of the

vehicle, Craig Swett, as well as the DRBA for claims of negligence and unseaworthiness.

4. As both suits arose out of the same alleged motor vehicle accident, the two complaints were consolidated in this Court and heard by a jury from February 6-13, 2006.

5. The jury returned a verdict in favor of Plaintiff on the maintenance and cure complaint, but also returned a verdict in favor of the DRBA on the claims raised in the second Complaint for negligence and unseaworthiness.

6. Judgment was entered by the Court in favor of the DRBA on the claims of negligence and unseaworthiness on February 22, 2006. (D.I. 134). The DRBA is therefore the prevailing party on the second Complaint filed by the Plaintiff on July 28, 2004.

7. Accordingly, the DRBA was the prevailing party with respect to the second Complaint.

8. Pursuant to Fed. R. Civ. P. 54, the prevailing party is entitled to an award of costs, as permitted to be taxed under 28 U.S.C. § 1920, consisting of the following taxable costs incurred on or after July 28, 2004, the date of filing of the second Complaint (as evidenced in Exhibit A hereto):

**Deposition Costs**

| | |
|---|---|
| Dr. Malumed (videographer): | $345.00 |
| Dr. Malumed (court reporter): | $432.45 |
| Dr. Malumed (video play back at trial) | $730.00 |
| Jessica & Carol Swett (court reporter): | $214.25 |
| Officer Denise Wise (court reporter): | $180.45 |
| Dr. Mehdi (court reporter): | $255.60 |

| | |
|---|---|
| Dr. Montross-Lopez (court reporter): | $454.75 |
| Dr. Greenstein (court reporter): | $166.00 |
| Bonnie Miller (court reporter): | $250.50 |

**Witness Fees**

| | |
|---|---|
| Dr. Malumed (statutory witness fee) | $ 40.00 |
| Susan Romano (statutory witness fee) | $ 40.00 |
| Susan Romano (mileage) | $ 44.04 |
| Officer Denise Wise (statutory witness fee): | $ 40.00 |

**Copies of Documents, necessarily obtained for use in the negligence and unseawothiness case**

| | |
|---|---|
| Trial Exhibits (Kelly & Partners) | $1,111.33 |

9.  Under the above governing authority, DRBA is entitled to an award of costs in the amount of $4,304.37 as the prevailing party in the Complaint filed by Plaintiff at No. 04-911.

WHEREFORE, Defendant, Delaware River and Bay Authority, respectfully requests that an award of costs in the amount of $4,304,37 be entered in its favor against Plaintiff, Jan Kopacz.

| | |
|---|---|
| OF COUNSEL: | ROSENTHAL, MONHAIT & GODDESS, P.A. |
| Mary Elisa Reeves, Esquire | |
| DONNA ADELSBERGER | By:/s/ Carmella P. Keener |
| & ASSOCIATES, P.C. | Carmella P. Keener (DSBA NO. 2810) |
| 6 Royal Avenue, P.O. Box 530 | 919 N. Market Street, Suite 1401 |
| Glenside, PA 19038-0530 | P.O. Box 1070 |
| (215) 576-8690 | Wilmington, DE 19899-1070 |
| | (302) 656-4433 |
| | ckeener@rmgglaw.com |
| | Attorneys for Defendant |
| | Delaware River and Bay Authority |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2006, I electronically filed with the Clerk of Court MOTION FOR COSTS OF DEFENDANT, DELAWARE RIVER AND BAY AUTHORITY using CM/ECF which will send notification of such filing to the following:

Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

James J. Woods, Esquire
Law Office of James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

cc:    E. Alfred Smith, Esquire (via electronic mail)