**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JAN KOPACZ and ESTATE OF CATHY KOPACZ, | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| Defendants, | : | |
| JAN KOPACZ, | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| Defendant. | : | |

**O R D E R**

    IT IS HEREBY ORDERED THIS _____ day of _____, 2006 that Defendant Delaware River and Bay Authority's Motion for Costs is hereby granted. Costs are to be entered in favor of Delaware River and Bay Authority in the amount of $4,304.37.

    IT IS SO ORDERED.

_____
The Hon. Gregory M. Sleet