# EXHIBIT A

# Professional Videography

63 Orlando Drive • Sicklerville, New Jersey 08081
(856) 875-0875 • (610) 872-8065 • Fax: (856) 875-4567

## Invoice

| DATE | INVOICE # |
|---|---|
| 1/31/2006 | 3382 |

**BILL TO**

**Donna Adelsberger & Assoc.**
**Mary Elisa Reeves**
**6 Royal Ave.**
**P.O. Box 530**
**Glenside, PA 19038**

| DESCRIPTION | AMOUNT |
|---|---|
| **Videotape Deposition of Dr. Jeffrey Malumed** **Kapacz vs. Delaware River & Bay Authority, et.al.** **January 30, 2006   4:45 pm - 6:48 pm** | 345.00 |

**Net: 30 Days**

**David Freed t/a Professional Videography**
**Tax I.D. #23-2414887**

**Total**  $345.00

# BRAD TRATENBERG
## COURT REPORTER
115 Cynwyd Road, Suite 10
Bala Cynwyd, PA 19004
Tel.(215) 390-5334          Fax (610) 617-0607

I N V O I C E

TO: Mary Elise Reeves, Esq.                Inv. No.: 06-1033
    Donna Adelsberger & Associates         Date: 2/2/06
    6 Royal Avenue
    Glenside, PA  19038

Re: Kopacz v. DRBA, et al.

    Videotape deposition of Dr. Jeffrey Malumed, taken in
    Ridley Park, PA, on January 30, 2006

    EXPEDITED DELIVERY
    Original and one copy, 93 pages    ----------    $ 432.45

                              TOTAL    ----------    $ 432.45

                                       PAYMENT DUE:  2/16/06


Tax ID No. 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
Please return one copy with remittance              THANK YOU



# Professional Videography

63 Orlando Drive • Sicklerville, New Jersey 08081
(856) 875-0875 • (610) 872-8065 • Fax: (856) 875-4567

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/13/2006 | 3388 |

**BILL TO**

Donna Adelsberger & Assoc.
Mary Elisa Reeves
6 Royal Ave.
P.O. Box 530
Glenside, PA 19038

| DESCRIPTION | AMOUNT |
|---|---|
| **Courtroom Playback** <br> **Federal Court  Wilmington, DE** <br> **Kapacz vs. Delaware River & Bay Authority** | |
| February 7, 2006 <br> 1/2 Day Charge | 325.00 |
| Travel to Wilmington, DE | 40.00 |
| February 9, 2006 <br> 1/2 Day Charge | 325.00 |
| Travel To Wilmington, DE | 40.00 |
| Net: 30 Days | |

David Freed t/a Professional Videography
Tax I.D. #23-2414887

**Total** $730.00



**METRO Reporting Services, Ltd.**
Since 1968
310 South County Farm Road, 3rd Floor, Wheaton, Illinois 60187

DONNA ADELS BERGER & ASSOC., P.C.
6 ROYAL AVENUE
P.O. BOX 530
GLENSIDE, PA 19038-0530

MS. MARY ELISA REEVES

KOPACZ VS. SWETT & DRBA
04-911GMS

INVOICE NO. :     9727
INVOICE DATE:    12/13/2005
REPORTER:
JESSICA DZENDZELUK

ID#   36-2839149

| Date | Description | Amount |
|---|---|---|
| 11/21/2005 | TRANSCRIPT: JESSICA SWETT | 105.00 |
| 11/21/2005 | TRANSCRIPT: CAROL SWETT | 100.80 |
| 12/13/2005 | SHIPPING & HANDLING | 8.45 |
| | Sub Total | 214.25 |
| | Paid | 0.00 |
| | Balance Due | 214.25 |

**\*COPIES OF THE TRANSCRIPTS ARE BEING HELD FOR SIGNATURE.**



RECEIVED DEC 19 2005

**Please Return One Copy of Invoice With Remittance**

# INVOICE





Susan J. Wiener, Esq.
Donna Adelsberger & Associates, PC
6 Royal Avenue
Glenside, Pennsylvania 19038-0530

December 15, 2005

Invoice# 33872

Balance:    $180.45

Caption: Kopacz v. DRBA
         Depos
Scheduled: 11/18/05   Billed: 12/15/05
Reporter: Carol DiSerafino

## Invoicing Information

**Charge Description**

Deposition of Officer Denise Wise
One Copy - (63 Pages)
Federal Express



1.50% per month on unpaid balance

Please Remit --->   Total Due:   $180.45

TERMS NET 30 DAYS

HAWKINS REPORTING SERVICE
Please Make Checks Payable To:
HAWKINS REPORTING SERVICE
715 N. KING STREET, SUITE 3
WILMINGTON, DE 19801

PHONE: 302.658.6697   FAX: 302.658.8418          FEDERAL TAX ID #: 52-204351

# Invoice

PAMELA C. WASHINGTON
P.O. BOX 99
MILFORD, DELAWARE  19963
(302)424-4541          SS # 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

| DATE | INVOICE # |
|---|---|
| 1/26/06 | 2616 |

**BILL TO**

Donna Adelsberger & Associates
ATTN:  MARY ELISA REEVES, ESQ.
6 Royal Avenue
Glenside, PA  19038
(215) 576-8690

| DUE DATE |
|---|
| 2/25/06 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Expert - Copy | Kopoacz v. DRBA & Swett<br>Depo:  MOHAMMAD MEHDI, M.D.<br>1/23/06<br>Lewes, DE<br>EXPEDITED - | 68 | 2.95 | 200.60 |
| Minuscript |  | 1 | 25.00 | 25.00 |
| Fed Ex - COD |  | 1 | 30.00 | 30.00 |

PD
CC# 4183

**Total**    255.60

# Wilcox & Fetzer, LTD.

*Registered Professional Reporters*
*1330 King Street*
*Wilmington, DE  19801*
*(302) 655-0477  Fax: 655-0497*
*FTID# 51-0318835*

Mary Elisa Reeves, Esquire
Donna Adelsberger & Associates
6 Royal Avenue
Glenside, PA  19038-0530

February 1, 2006

**Invoice#** 20060307

**Balance:**    $454.75

**Re:** Kopacz v Delaware River & Bay Authority
04-1241 GMS
*on* 01/31/06 *by* Eleanor Schwandt

## Invoicing Information

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: ELISA MONTROSS-LOPEZ, M.D. ( 92 pp) | |
| ONE COPY/MIN-U-SCRIPT/WORD INDEX EXPEDITED | 430.00 |
| EXHIBITS | .50 |
| HANDLING/POSTAGE/OVERNIGHT | 24.25 |

PAY ONLY $420.35 IF PAID WITHIN 30 DAYS

P l e a s e   R e m i t   - - - >   Total Due:    $454.75

*Please make checks payable to Wilcox & Fetzer, LTD*
*Terms Net 30 Days*



## BEE REPORTING AGENCY, INC.

*1486 KEW AVENUE*
*HEWLETT, NEW YORK 11557*
*212-327-3500     516-485-2222*
*11-3293315*
*WE ACCEPT VISA & MASTERCARD*

```
DONNA ADELSBERGER & ASSOCIATES, PC           September 29, 2005
6 ROYAL AVENUE
GLENSIDE, PA   19038-0530                    Invoice# 05-9607B

                                             Balance:    $166.00


Re: KOPACZ VS DELAWARE RIVER
    on 09/08/05 by KAREN DITRIA
```

## *Invoicing Information*

```
Charge Description                                          Amount
COPY:  MARC GREEMSTEON, M.D.  56 PGS                        126.00
APPEARANCE FEE                                               25.00
POSTAGE & HANDLING                                           15.00


FILE #  356295




              P l e a s e    R e m i t   - - - >  Total Due:   $166.00
```

*VISIT OUR WEBSITE @ WWW.BEEREPORTING.COM*
*COMPLIMENTARY DEPOSITION ROOMS AVAILABLE!*

# CAPITAL LEGAL SERVICES

1431 Lombard Street  
Philadelphia, PA  19146  
(800) 760-2626 toll free  
(215) 732-4888 fax

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 9/6/2004 | 080204MR102 |

**BILL TO**  
Mary Elisa Reeves, Esquire  
Law Offices of Donna Adelsberger & Assoc.  
6 Royal Avenue  
Glenside, PA  19038-0530

**CASE CAPTION**  
Jan Kopacz vs. DRBA

| DATE TAKEN | TERMS | DUE DATE | SHIP DATE |
|---|---|---|---|
| 08/02/04 | Due on receipt | 9/6/2004 | 9/6/2004 |

| ITEM | DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| Copy | Deponent(s): Bonnie Miller — Reg witness - not Expert - will pay 2.00 per MR per page | 102 | 2.00 ~~2.55~~ | 260.10 204.00 |
| Condensed | Condensed and Word Index | 1 | ~~25.00~~ 25.00 | ~~25.00~~ 25.00 |
| Exhibits | Exhibits Photocopied and Annexed | 46 | .25 ~~0.50~~ | 11.50 ~~23.00~~ |
| S & H | Shipping and Handling | 1 | 10.00 | 10.00 |
| Credit Cards | Visa#_____ MasterCard#_____ American Express#_____ Expiration Date:_____ Card Holders Name_____ Signature:_____ Billing Address for Card Holder:_____ | | 0.00 | 0.00 |
| Transcript | Transcript sent without invoice | 1 | 0.00 | 0.00 |



Federal Tax ID No: 72-1519320 - THANK YOU!!!!!  
1.5% Finance charge on all balances over 30 day.

**Total**    (250.50)  
~~$318.10~~

PO #  
CK #215

# Invoice

KELLY PARTNERS INC
Your Document Management Partner
Centre Square Concourse Level
1500 Market Street
Philadelphia, PA 19102

| | |
|---|---|
| DATE | INVOICE # |
| 1/9/2006 | 30444 |

**BILL TO**
Donna Adelsberger & Associates
6 Royal Avenue
Glenside, PA 19036
Dawn

**SHIP TO**
Donna Adelsberger & Associates
6 Royal Avenue
Glenside, PA 19036
Kelly Eckert

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | Net 30 | MF | 1/9/2006 | Hand Delivery | | DA-01-06-087.Dawn |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 6,867 | Medium Lit. | File - Kopacz v. DRBA - 573<br>Medium Litigation; copy, staple, clip and band as originals - 2289 origs. x 3 copies | 0.14 | 961.38T |
| 309 | Tabs | Tabs - 103 tabs x 3 sets | 0.25 | 77.25T |
| | | Sales Tax | 7.00% | 72.70 |

We Appreciate Your Business

Federal I.D. # 23-3028291

**Total** $1,111.33

Copying of trial exhibits for pretrial