IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and ESTATE OF CATHY KOPACZ, | : : | |
| Plaintiffs, | : : | C.A. No. 04-911 GMS |
| v. | : : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : : | |
| Defendants, | : | |
| JAN KOPACZ, | : : | |
| Plaintiff, | : : | C.A. No. 04-1281 GMS |
| v. | : : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| Defendant. | : | |

**DEFENDANT DELAWARE RIVER AND BAY AUTHORITY'S BILL OF COSTS**

Pursuant to Fed. R. Civ. P. 54, and Local District Court Rule 54.1, Defendant, Delaware River and Bay Authority requests the Clerk of the Court to tax the following costs in its favor and against Plaintiff Jan Kopacz in accordance with the Judgment entered in favor of Delaware River and Bay Authority on February 22, 2006.

1. **Deposition Costs**

   Dr. Malumed (introduced at trial)

   | | |
   |---|---|
   | • videographer: | $345.00 |
   | • court reporter fees: | $432.45 |
   | • video play back at trial | $730.00 |
   | Jessica & Carol Swett (court reporter fees): | $214.25 |
   | Officer Denise Wise (court reporter fees): | $180.45 |

| | |
|---|---|
| Dr. Mehdi (court reporter fees): | $255.60 |
| Dr. Montross-Lopez (court reporter fees): | $454.75 |
| Dr. Greenstein (court reporter fees): | $166.00 |
| Bonnie Miller (court reporter fees): | $250.50 |

2. **Witness Fees**

| | |
|---|---|
| Dr. Malumed (statutory witness fee) | $ 40.00 |
| Susan Romano (statutory witness fee) | $ 40.00 |
| Susan Romano (mileage) | $ 44.04 |
| Officer Denise Wise (statutory witness fee): | $ 40.00 |

3. **Copies of Documents, necessarily obtained for use in the Second Complaint**

| | |
|---|---|
| Trial Exhibits (Kelly & Partners) | $1,111.33 |
| **Total Costs to be Taxed** | **$4,304.37** |

Respectfully submitted,

OF COUNSEL:  ROSENTHAL, MONHAIT & GODDESS, P.A.

Mary Elisa Reeves, Esquire
DONNA ADELSBERGER          By:/s/ Carmella P. Keener
 & ASSOCIATES, P.C.          Carmella P. Keener (DSBA NO. 2810)
6 Royal Avenue, P.O. Box 530   919 N. Market Street, Suite 1401
Glenside, PA 19038-0530        P.O. Box 1070
(215) 576-8690                 Wilmington, DE 19899-1070
                               (302) 656-4433
                               ckeener@rmgglaw.com
                                  Attorneys for Defendant
                                  Delaware River and Bay Authority

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2006, I electronically filed with the Clerk of Court DEFENDANT DELAWARE RIVER AND BAY AUTHORITY'S BILL OF COSTS using CM/ECF which will send notification of such filing to the following:

Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

James J. Woods, Esquire
Law Office of James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

cc:    E. Alfred Smith, Esquire (via electronic mail)