## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and ESTATE OF CATHY KOPACZ, | : : | |
| Plaintiffs, | : : | C.A. No. 04-911 GMS |
| v. | : : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : : | |
| Defendants, | : | |
| JAN KOPACZ, | : | |
| Plaintiff, | : : | C.A. No. 04-1281 GMS |
| v. | : : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| Defendant. | : | |

**DELAWARE RIVER AND BAY AUTHORITY'S
RESPONSE TO PLAINTIFF'S BILL OF COSTS**

Defendant, Delaware River and Bay Authority ("DRBA"), hereby files this Response to Plaintiff's Bill of Costs pursuant to D. Del. Loc. R. 54.1 (c). In the case at bar, the DRBA was the prevailing party on the claims of negligence (Jones Act) and unseaworthiness, the substance of the Complaint filed in this Court, docketed as No. 04-911. Plaintiff, Jan Kopacz, prevailed on the claim of maintenance and cure, which was the subject of the Complaint filed initially in New Jersey and transferred, then docketed as No. 04-1281. The jury's verdict is the subject of pending post-trial motions.

Pursuant to D. Del. Loc. R. 54.1(c), the prevailing party is entitled to recover costs. It is conceded that Plaintiff was the prevailing party with respect to the maintenance and cure action, and therefore is entitled to recoverable costs. However, those costs should simply be deducted

from the award of taxable costs that the Delaware River and Bay Authority is entitled to.

| OF COUNSEL: | ROSENTHAL, MONHAIT & GODDESS, P.A. |
|---|---|
| Mary Elisa Reeves, Esquire<br>DONNA ADELSBERGER<br> & ASSOCIATES, P.C.<br>6 Royal Avenue, P.O. Box 530<br>Glenside, PA 19038-0530<br>(215) 576-8690 | By:/s/ Carmella P. Keener<br>Carmella P. Keener (DSBA NO. 2810)<br>919 N. Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>ckeener@rmgglaw.com<br>    Attorneys for Defendant<br>    Delaware River and Bay Authority |

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2006, I electronically filed with the Clerk of Court DELAWARE RIVER AND BAY AUTHORITY'S RESPONSE TO PLAINTIFF'S BILL OF COSTS using CM/ECF which will send notification of such filing to the following:

Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

James J. Woods, Esquire
Law Office of James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

cc:    E. Alfred Smith, Esquire (via electronic mail)