IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ and JAN KOPACZ, Administrator of the Estate of Cathy Kopacz,<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE RIVER AND BAY AUTHORITY and CRAIG SWETT<br><br>Defendants. | C.A. No. 04-911 GMS<br><br><br><br><br><br>Jury Trial Demanded |
| JAN KOPACZ<br><br>Plaintiff,<br><br>v.<br><br>DELAWARE RIVER AND BAY AUTHORITY<br><br>Defendant. | C.A. No. 04-1281 GMS |

**Plaintiff's Opposition to Swett's
Motion for Costs**

Plaintiff objects to Swett's Motion for Costs for the following reasons:

1. D. Del. LR. 54.1 (a)(1) provides that the Clerk is to award costs, so the Motion is an affront to the Clerk and an imposition on the Court.

2. D. Del. LR. 54.1 provides for the filing of a Bill of Costs but says nothing about a Motion.

3. D. Del. LR. 54.1 (b) identifies the items taxable as costs, and the following are not among them:

    a. Travel time of counsel to attend deposition    $1,715.00
        of Dr. Marc Greenstein
       Mileage to attend deposition    $ 199.15
       Tolls to attend deposition    $ 29.40

    b. Setup for teleconference deposition    $1,483.75
       of Carol and Jessica Swett

**Total:**    $3,027.30

4. The only items properly taxable are as follows:

    a. Dr. Greenstein deposition
       court reporter    $ 222.00

    b. Swett deposition court reporter    $ 456.00

    c. Witness fees    $ 80.00

    d. Mileage    $ 71.20

       $ 829.20

WHEREFORE plaintiff requests that the Motion be denied and the matter referred to the Clerk for taxation of the costs.

/s/ James S. Green
JAMES . GREEN, ESQ. (DE0481)
jgreen@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
      Attorneys for Plaintiffs

OF COUNSEL:
E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, Second Floor
Philadelphia, PA 19107

Date: March 15, 2006

## CERTIFICATE OF SERVICE

    I, JAMES S. GREEN, hereby certify that on this 15th day of March, 2006, I electronically filed the following document with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

**Plaintiff's Opposition to Swett's
Motion for Costs**

                /s/ James S. Green
                _____
                JAMES S. GREEN (ID No. 0481)
                jgreen@svglaw.com