IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and JAN KOPACZ, Administrator of the Estate of Cathy Kopacz, | ) ) ) ) | C.A. No. 04-911 GMS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DELAWARE RIVER AND BAY AUTHORITY and CRAIG SWETT | ) ) ) | Jury Trial Demanded |
| Defendants. | ) ) | |
| JAN KOPACZ | ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1281 GMS |
| v. | ) ) | |
| DELAWARE RIVER AND BAY AUTHORITY | ) ) ) | |
| Defendant. | ) | |

**Plaintiff's Objection to Swett's
Bill of Costs**

Plaintiff objects to the following items in Swett's Bill of Costs as not being allowed pursuant to D. Del. LR. 54.1(b) and the relevant statutes:

|   |   |
|---|---|
| a. Travel time of counsel to attend deposition of Dr. Marc Greenstein | $1,715.00 |
| Mileage to attend deposition | $ 199.15 |
| Tolls to attend deposition | $ 29.40 |
| b. Setup for teleconference deposition of Carol and Jessica Swett | $1,483.75 |
| **Total:** | **$3,027.30** |

/s/ James B. Green
JAMES . GREEN, ESQ. (DE0481)
jgreen@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
　　　Attorneys for Plaintiffs

OF COUNSEL:
E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, Second Floor
Philadelphia, PA 19107

Date: March 15, 2006

## CERTIFICATE OF SERVICE

I, JAMES S. GREEN, hereby certify that on this 15th day of March, 2006, I electronically filed the following document with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

Plaintiff's Objection to Swett's Bill of Costs

/s/ James S. Green
_____
JAMES S. GREEN (ID No. 0481)
jgreen@svglaw.com