Case 1:04-cv-00911-GMS   Document 156   Filed 03/16/2006   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and JAN KOPACZ, Administrator of the Estate of Cathy Kopacz | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-911 GMS |
| v. | : : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : : | |
| Plaintiff, | : : : | C.A. No. 04-1281 GMS |
| v. | : : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : : : | |
| Defendant. | : | |

**O R D E R**

IT IS HEREBY ORDERED THIS ____ day of _____ 2006 that Plaintiffs' Bill of Costs, Petition for Allowance of Pre-Judgment Interest, and Petition for Allowance of Counsel Fees and Costs as to Defendant Swett are hereby denied for the reasons stated in the above response.

IT IS SO ORDERED.

_____
The Hon. Gregory M. Sleet
U.S. District Court
District of Delaware

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and JAN KOPACZ, Administrator of the Estate of Cathy Kopacz | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-911 GMS |
| v. | : : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : : | |
| Plaintiff, | : : | C.A. No. 04-1281 GMS |
| v. | : : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : : : | |
| Defendant. | : | |

### DEFENDANT SWETT'S RESPONSE TO PLAINTIFFS' BILL OF COSTS, PETITION FOR ALLOWANCE OF PRE-JUDGMENT INTEREST, AND PETITION FOR ALLOWANCE OF COUNSEL FEES AND COSTS

Defendant, Craig Swett, hereby moves this Honorable Court for entry of an order denying Plaintiffs' Plaintiffs' Bill of Costs, Petition for Allowance of Pre-Judgment Interest, and Petition for Allowance of Counsel Fees and Costs as to Defendant Swett and, in support thereof, submits the following:

1.    The Court entered judgment in favor of Defendant Swett and against Defendant Delaware River and Bay Authority ("DRBA") on February 15, 2006. (D.I. 127)

An Amended Judgment was subsequently entered by the Court on February 22, 2006, still in favor of Defendant Swett. (D.I. 134)

    2.    Defendant Swett has no objection to Plaintiffs' Bill of Costs (D.I. 144), Petition for Allowance of Pre-Judgment Interest (D.I. 145), and Petition for Allowance of Counsel Fees and Costs (D.I. 146) as long as those costs are assessed only against the co-defendant DRBA and not against Defendant Swett.

Respectfully submitted,

CASARINO, CHRISTMAN & SHALK, P.A.

/s/ Donald M. Ransom
DONALD M. RANSOM, ESQUIRE
Del. I.D. No. 2626
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, Delaware 19899
(302) 594-4500

DATED: March 15, 2006    Attorney for Defendant Craig Swett