IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and JAN KOPACZ, Administrator of the Estate of Cathy Kopacz, | ) ) ) ) | C.A. No. 04-911 GMS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DELAWARE RIVER AND BAY AUTHORITY and CRAIG SWETT Defendants. | ) ) ) ) ) ) | Jury Trial Demanded |
| JAN KOPACZ | ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1281 GMS |
| v. | ) ) | |
| DELAWARE RIVER AND BAY AUTHORITY | ) ) ) | |
| Defendant. | ) | |

**Plaintiff's Opposition to DRBA's
Motion for Costs and Bill of Costs**

Plaintiff objects to DRBA's Motion for Costs and Bill of Costs for the following reasons:

1. D. Del. LR. 54.1 (a)(1) provides that the Clerk is to award costs, so the Motion is an affront to the Clerk and an imposition on the Court.

2. D. Del. LR. 54.1 provides for the filing of a Bill of Costs but says nothing about a Motion.

3. D. Del. LR. 54.1 identifies the items taxable as costs, and the following are not among them:

1. The following costs are for copies of transcripts of depositions for counsel's own use

and are not taxable under D. Del. LR. 54.1(b)(3)

| | |
|---|---|
| Jessica and Carol Swett (court reporter) | $  214.25 |
| Officer Denise Wise (court reporter) | $  180.45 |
| Dr. Mehdi (court reporter) | $  255.60 |
| Dr. Montross-Lopez (court reporter) | $  454.75 |
| Dr. Greenstein (court reporter) | $  166.00 |
| Bonnie Miller (court reporter) | $  250.50 |

DRBA did not put any of the foregoing witnesses on at trial, and the deposition transcripts were for counsel's own convenience. Furthermore, Officer Denise Wise and Bonnie Miller costs were for discovery depositions, and these are clearly not taxable.

2. The following cost is not taxable under D. Del. LR. 54 (b)(5) because the cost was for making copies of exhibits for counsel, all opposing counsel and the Court. Very few of DRBA's exhibits were actually introduced at trial, and the cost of these was minimal. The charge of $1,111.33 for copies does not fall in any category under D. Del. LR. 54 (b)(5) and is therefore not taxable at all.

As to Dr. Malumed, his videotaped deposition was played during the trial of the consolidated cases, so only ½ of the cost of the various items should be taxable. This totals $753.73.

As to Officer Wise, she is an employee of DRBA so a witness fee is not taxable.

WHEREFORE plaintiff requests that the Motion be denied and the matter referred to the

Clerk for taxation of the costs subject to plaintiff's objections as stated above.

/s/ James S. Green
**JAMES . GREEN, ESQ. (DE0481)**
**jgreen@svglaw.com**
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
    Attorneys for Plaintiffs

OF COUNSEL:
E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, Second Floor
Philadelphia, PA 19107

Date: March 16, 2006

**CERTIFICATE OF SERVICE**

I, JAMES S. GREEN, hereby certify that on this 16th day of March, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

**Plaintiff's Opposition to DRBA's
Motion for Costs and Bill of Costs**

/s/  James S. Green
_____
JAMES S. GREEN (ID No. 0481)
jgreen@svglaw.com