# E. ALFRED SMITH & ASSOCIATES

## ATTORNEYS AT LAW

1333 RACE STREET

SECOND FLOOR

PHILADELPHIA, PA   19107

TELEPHONE:  (215) 569-8422  FAX: (215) 569-8606

E-MAIL: smithsealaw@verizon.net

E. ALFRED SMITH*                                                                                   45 GALLOPING HILL ROAD
CHRISTINE L. SERBANIC                                                                     CHERRY HILL, NJ 08004
                                                                                                                 (856) 751-7077

*ALSO MEMBER OF NJ & HAWAII BAR


Exhibit 1


March 24, 2006


In re Jan D. Kopacz v. Delaware River and Bay Authority
Civil Action Numbers 04-911 and 04-1281

| | **Professional Services:** | | **Hours** |
|---|---|---|---|
| 03/03/06 | EAS | Legal research | 3.0 |
| 03/06/06 | EAS | Legal research | 3.5 |
| 03/07/06 | EAS | Preparation of opposition | 2.2 |
| 03/08/06 | EAS | Preparation of brief and revise opposition | 4.5 |
| 03/09/06 | EAS | Preparation of brief | 3.5 |
| 03/10/06 | EAS | Preparation of brief | 3.0 |
| 03/13/06 | EAS | Preparation of brief and review cases | 7.0 |
| 03/14/06 | EAS | Preparation of brief and review cases | 7.0 |
| 03/15/06 | EAS | Preparation of brief | 7.0 |

March 24, 2006
Page 2

| | **Professional Services:** | | | **Hours** |
|---|---|---|---|---|
| 03/16/06 | EAS | Proofread and edit brief | | 3.5 |
| 03/16/06 | EAS | Preparation of objections to bill of costs and motion for costs | | 2.5 |

**Total Time:**

| | | | |
|---|---|---|---|
| EAS | 46.7 hours @ $350.00/hour | | $ 16,345.00 |

**Costs Advanced**

Omitted from last bill:

| | | |
|---|---|---|
| Copies - State Farm file | $ | 94.29 |
| **Total:** | | **$ 16,439.29** |

| | | |
|---|---|---|
| **Time and Costs from Prior Petition:** | $162,825.00 | |
| **Costs Advanced:** | $ 13,691.24 | |
| **Total:** | | $176,516.24 |
| **Total of both petitions:** | | $192,955.53 |