IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and JAN KOPACZ, Administrator of the Estate of Cathy Kopacz | : : : : | |
| Plaintiff, | : | C.A. No. 04-911 GMS |
| v. | : : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : : : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : : | |
| Plaintiff, | : : | C.A. No. 04-1281 GMS |
| v. | : : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : : : | |
| Defendant. | : | |

## ORDER

Upon review of Defendant Swett's opposition to Plaintiff's conditional motion for new trial (D.I. 149), IT IS HEREBY ORDERED this _____ day of _____, 2006 that the Plaintiff's conditional motion for new trial (D.I. 149) as to Defendant Swett is DENIED.

_____
_____J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and JAN KOPACZ, Administrator of the Estate of Cathy Kopacz | : : : : | |
| Plaintiff, | : | C.A. No. 04-911 GMS |
| v. | : : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : : : | |
| Defendants. | : | |
| JAN KOPACZ, | : : | |
| Plaintiff, | : : | C.A. No. 04-1281 GMS |
| v. | : : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : : : | |
| Defendant. | : | |

### DEFENDANT SWETT'S RESPONSE TO PLAINTIFF'S PRELIMINARY BRIEF IN SUPPORT OF PLAINTIFF'S CONDITIONAL MOTION FOR NEW TRIAL

Defendant Craig Swett in response to Plaintiff's Preliminary Brief in Support of Plaintiff's Conditional Motion for New Trial (D.I. 149) relies on his response filed on March 2, 2006 (D.I. 138) and will file an answering brief when Plaintiff files his "full" brief on the subject.

However, in light of the fact that the Delaware River and Bay Authority ("DRBA") partially satisfied the judgment entered on February 15, 2006 and paid Mr. Kopacz maintenance and cure in the amount of $28,839.00, it appears that any motion for new trial as to the claims against Defendant Swett is moot. The only issue remaining, at this time, is the award of

compensatory damages totaling $47,500.00 for DRBA's refusal to pay maintenance and cure without reasonable justification. This has nothing to do with Defendant Swett.

Defendant Swett has nothing to add with respect to the issue of compensatory damages or whether the DRBA did or did not have reasonable justification for its refusal to pay maintenance and cure.

Therefore, based on the foregoing, Defendant Swett respectfully requests that any motion for new trial be denied. In the alternative, Defendant Swett respectfully requests that any motion for new trial be denied as to Defendant Swett.

                                        Respectfully submitted,

                                        CASARINO, CHRISTMAN & SHALK, P.A.

                                        /s/ Donald M. Ransom
                                        Donald M. Ransom, Esq.
                                        Del. Bar ID No. 2626
                                        800 N. King Street, Suite 200
                                        P.O. Box 1276
                                        Wilmington, DE 19899
                                        (302) 594-4500
Date:  March 27, 2006             Attorney for Defendant Craig Swett