IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and JAN KOPACZ, Administrator of the Estate of Cathy Kopacz, | ) ) ) ) | C.A. No. 04-911 GMS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DELAWARE RIVER AND BAY AUTHORITY and CRAIG SWETT | ) ) ) | Jury Trial Demanded |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| JAN KOPACZ | ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1281 GMS |
| v. | ) ) | |
| DELAWARE RIVER AND BAY AUTHORITY | ) ) ) ) | |
| Defendant. | ) | |

**Plaintiff's Second Supplemental Petition for
Allowance of Counsel Fees and Expenses**

Plaintiff, Jan Kopacz, by his counsel, respectfully petitions this Court to add the following recently received bills to his award of counsel fees and expenses:

| | | |
|---|---|---|
| 1. Dr. Elisa Montross-Lopez | $ | 1,200.00 |
| 2. Seitz, Van Ogtrop & Green, P.A. | $ | 1,357.50 |
| **Total** | **$** | **2,557.50** |

**Recapitulation**

    From Prior Petitions

| | |
|---|---|
| Fees | $179,170.00 |
| Costs | $13,785.53 |
| Plus this Petition | $ 2,557.50 |
| Total Costs | $ 16,343.03 |
| **Total Fees and Costs** | **$195,513.03** |

WHEREFORE, plaintiff respectfully petitions the Court to award the counsel fees and expenses being sought.

        /s/ James S. Green
        **JAMES . GREEN, ESQ. (DE0481)**
        jgreen@svglaw.com
        222 Delaware Avenue, Suite 1500
        P.O. Box 68
        Wilmington, DE 19899
        (302) 888-0600
            Attorneys for Plaintiffs

OF COUNSEL:
E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, Second Floor
Philadelphia, PA 19107

Date: March 31, 2006

## CERTIFICATE OF SERVICE

    I, JAMES S. GREEN, hereby certify that on this 31st day of March, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

**Plaintiff's Second Supplemental Petition for
Allowance of Counsel Fees and Expenses**

/s/ James S. Green

_____
JAMES S. GREEN (ID No. 0481)
jgreen@svglaw.com