# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and ESTATE OF CATHY KOPACZ, | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| | : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| JAN KOPACZ, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

### JURY INTERROGATORIES

1. Do you find that Mr. Kopacz was struck and injured by the Swett vehicle on August 9, 2002?

   _____ Yes                                               ✓ No

2. If you answered "No" to Question No. 1, go directly to Question 16.

3. If you answered "Yes" to Question No. 1, do you find that the Delaware River and Bay Authority ("DRBA") was negligent?

   _____ Yes                                               _____ No

4. If you answered "Yes" to Question No. 3, was the DRBA's negligence a cause, no matter how slight, of plaintiff's injuries?

   _____ Yes                                               _____ No

5. Was the M/V DELAWARE unseaworthy?

_____Yes                                                                          _____No

6. If you answered "Yes" to Question 5, was the unseaworthiness a substantial factor in causing Plaintiff's injuries?

_____Yes                                                                          _____No

7. Was Craig Swett negligent?

_____Yes                                                                          _____No

8. If you answered "Yes" to Question No. 7, was Swett's negligence the proximate cause of plaintiff's injuries?

_____Yes                                                                          _____No

9. If you answered "No." to Question No. 4, 6 **and** 8, go directly to Question 16.

10. If you answered "Yes" to Question No. 4, 6 **or** 8, continue on to the next question.

11. Was the plaintiff contributorily negligent?

_____Yes                                                                          _____No

12. If you answered "Yes" to Question No. 11, in what percentage did plaintiff's **contributory negligence** contribute to cause his injury?

_____%

13. What percentage did each party you found at fault contribute to causing plaintiff's injury?

DRBA _____        Swett _____        Kopacz _____        Total 100%

Your answers must total 100%.

14. What is the amount of damages, if any, plaintiff is entitled to recover? _____

    Past wage loss      $_____

    Medical expenses      $_____

    Pain and suffering      $_____

    Total      $_____

Do not subtract for any contributory negligence. The Court will do the mathematics. Just put in the total you believe plaintiff is entitled to recover.

15. Do you award anything for loss of consortium to the Estate of Cathy Kopacz?

    _____ Yes      _____ No

    If yes, $ _____

16. Was Plaintiff injured while subject to the call of duty of his ship?

    ___✓___ Yes      _____ No

17. What was the amount for maintenance, if any, plaintiff is entitled to recover from DRBA for the following:

    Maintenance      $ 12,480

    Value of sick leave and annual leave      $ 5,763

    Medical Expenses      $ 10,596

    Compensatory damages for failure to pay      $ 47,500

    Total      $ 76,339

18. Was DRBA's refusal to pay plaintiff maintenance and cure unreasonable and without reasonable justification?

　　√ Yes　　　　　　　　　　　　　　　　＿＿＿ No