IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | C.A. No. 04-911 GMS |
| | : | |
| Plaintiffs, | : | Jury Trial Demanded |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| JAN KOPACZ, | : | C.A. No. 04-1281 GMS |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE REPLY MEMORANDA**

COME NOW, Plaintiffs, by and through their undersigned counsel, who respectfully move the Court pursuant to Local District Court Civil Rule 7.1.2 to grant a five-day extension within which Plaintiffs may file Reply Memoranda. In support of this Motion, Plaintiffs' counsel states as follows:

1.   The undersigned serves as local counsel to Plaintiff. Plaintiffs' out-of-state counsel, E. Alfred Smith, Esquire, has been handling the substantive matters in this litigation since the outset. Local counsel has provided base-tending responsibilities only. Prior to April 6,

53451 v1

2006, undersigned counsel's assistant was forwarding pleadings and court papers to Mr. Smith. It was undersigned counsel's belief and understanding, however, that Mr. Smith was accessing court papers and pleadings through PACER®.

2. On April 6, 2006, Defendant, Delaware River and Bay Authority ("DRBA") filed Memoranda in Opposition to Plaintiff's Motions for Attorneys Fees and Costs, and for Prejudgment Interest. These documents were filed electronically and were available on PACER®. Also on April 6, 2006, the undersigned's assistant who was handling the Kopacz matter went on vacation and did not return until April 17, 2006. On April 17, 2006 upon her return from vacation, she forwarded the aforementioned Reply Memoranda to Mr. Smith. Mr. Smith called the undersigned and advised that he had never seen these before, and wondered why they had not been forwarded to him. The undersigned told him that he thought that Mr. Smith was receiving the pleadings directly through e-filing.

3. The oversight in not forwarding the Reply Memoranda of DRBA to Mr. Smith was solely the fault of the undersigned local counsel due to a misunderstanding as to Mr. Smith's receipt of these papers directly through PACER®.

4. The local rules permit five (5) days within which to file a Reply Brief or Memorandum pursuant to Rule 7.1.2.

5. The undersigned has contacted Mary Elisa Reeves, Esq., counsel for DRBA and she has authorized the undersigned to advise the court that she has no opposition to the requested relief.

WHEREFORE, the undersigned counsel for Plaintiffs respectfully prays that the Court grant Plaintiffs an additional five days within which to file Reply Memoranda in Response to DRBA's opposition to their motion for attorneys' fees and costs and prejudgment interest.

53451 v1

Respectfully submitted,

SEITZ, VAN OGTROP & GREEN, P.A

/s/ James S. Green
JAMES S. GREEN, ESQ. (DE0481)
jgreen@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-0600
    Attorneys for Plaintiffs

OF COUNSEL:

E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, Second Floor
Philadelphia, PA  19107


Date:  April 18, 2006

53451 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2006, I electronically filed with the Clerk of Court PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE REPLY MEMORANDA using CM/ECF which will send notification of such filing to the following:

Carmella P. Keener, Esq.
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
Citizens Bank Center
P. O. Box 1070
Wilmington, DE 19899

Mary Elisa Reeves, Esq.
Donna Adelsberger & Associates, P.C.
6 Royal Avenue, P. O. Box 530
Glenside, PA 19038-0530

James S. Green, Esq. (DE #481)
jgreen@svglaw.com