IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and CATHY KOPACZ, | : | C.A. No. 04-911 GMS |
| | : | |
| Plaintiffs, | : | Jury Trial Demanded |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| | : | |
| JAN KOPACZ, | : | C.A. No. 04-1281 GMS |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## **ORDER**

AND NOW, TO WIT, this _____ day of April, 2006, the Court, having considered Plaintiffs' Motion for Extension of Time Within Which to File Reply Memoranda, and being of the opinion that such relief should be granted, it is hereby so ordered that Plaintiffs shall file Reply Memoranda in support of their motion for attorneys' fees and costs and prejudgment interest on or before April 24, 2006.

_____
Judge Gregory M. Sleet, U. S. District Judge

53453 v1