IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and JAN KOPACZ, Administrator of the Estate of Cathy Kopacz, | ) ) ) | C.A. No. 04-911 GMS |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| DELAWARE RIVER AND BAY AUTHORITY and CRAIG SWETT | ) ) ) | Jury Trial Demanded |
| Defendants. | ) ) ) | |
| JAN KOPACZ | ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1281 GMS |
| v. | ) ) ) | |
| DELAWARE RIVER AND BAY AUTHORITY | ) ) ) | |
| Defendant. | ) ) | |

**Plaintiff's Third Supplemental Petition for
Allowance of Counsel Fees and Expenses**

Plaintiff, Jan Kopacz, by his counsel, respectfully petitions this Court to increase its award of counsel fees by $6,475.00 and avers in support thereof the following:

1. Plaintiff had to prepare replies to DRBA's reply briefs to plaintiff's Petition for Allowance of Counsel Fees and Petition for Allowance of Pre-Judgment Interest.

2. These were prepared and filed with the Court on April 24, 2006.

3. Both are in the maintenance case, so the time involved is exclusively attributable to the maintenance case.

4. The time expended is shown on Exhibit 1 hereto.

WHEREFORE, plaintiff respectfully requests the Court to award additional counsel fees in the amount of $6,475.00 in accordance herewith.

/s/ James S. Green
JAMES . GREEN, ESQ. (DE0481)
jgreen@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
    Attorneys for Plaintiffs

OF COUNSEL:
E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, Second Floor
Philadelphia, PA 19107

Date: April 27, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 27, 2006, I electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**Plaintiff's Third Supplemental Petition for
Allowance of Counsel Fees and Expenses**

/s/ James S. Green, Esq.
James S. Green, Esq. (DE #481)
jgreen@svglaw.com