# E. ALFRED SMITH & ASSOCIATES

## ATTORNEYS AT LAW

1333 RACE STREET
SECOND FLOOR
PHILADELPHIA, PA  19107
TELEPHONE: (215) 569-8422  FAX: (215) 569-8606
E-MAIL: smithsealaw@verizon.net

E. ALFRED SMITH*
CHRISTINE L. SERBANIC

45 GALLOPING HILL ROAD
CHERRY HILL, NJ  08004
(856) 751-7077

*ALSO MEMBER OF NJ & HAWAII BAR

# Exhibit 1

April 27, 2006

In re Jan D. Kopacz v. Delaware River and Bay Authority
Civil Action Numbers 04-911 and 04-1281

| | | **Professional Services:** | **Hours** |
|---|---|---|---|
| 08/17/06 | EAS | Review of briefs and begin preparation of replies | 2.5 |
| 08/18/06 | EAS | Reading cases and work on replies | 7.0 |
| 08/19/06 | EAS | Continue work on replies | 7.0 |
| 08/20/06 | EAS | Proofread and correct manuscripts | 2.0 |
| | | **Total Time:** | 18.5 |

|   |   |   |   |
|---|---|---|---|
|   | EAS | 18.5 hours @ $350.00/hour | $6,475.00 |

## Recapitulation

**From Prior Petitions**

| | |
|---|---|
| **Fees** | $ 179,170.00 |
| **Costs** | $ 16,343.03 |
| | $ 195,513.03 |
| **Plus this petition:** | $ 6,475.00 |
| **Total Fees and Costs** | $ 201,988.03 |