# SEITZ, VAN OGTROP & GREEN, P.A.

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial: (302) 888-7603
Writer's E-Mail Address: jgreen@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

April 28, 2006

### *VIA CM/ECF & FIRST CLASS MAIL*

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 19
Wilmington, DE 19801

  RE: Jan Kopacz v. Delaware River and Bay Authority
     C. A. No.: 04-911 and 04-1281 (GMS)

Dear Judge Sleet:

  There has been no opposition filed to Plaintiff's Bill of Costs dated March 7, 2006 (Docket No. 144). Therefore, Plaintiff respectfully requests that Your Honor enter an Order in the form attached hereto.

  Please do not hesitate to contact me if Your Honor has any questions.

Respectfully submitted,

/s/ James S. Green, Sr.
JAMES S. GREEN, SR.
(DE0481)
jgreen@svglaw.com

JSG/sp
Enc.

cc: Clerk of the Court (via CM/ECF)
   Carmella P. Keener, Esq. (via CM/ECF)
   Donald M. Ransom, Esq. (via CM/ECF)

53712 v1