IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and JAN KOPACZ, Administrator of the Estate of Cathy Kopacz, | ) ) ) ) | C.A. No. 04-911 GMS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DELAWARE RIVER AND BAY AUTHORITY and CRAIG SWETT | ) ) ) | Jury Trial Demanded |
| Defendants. | ) ) | |
| JAN KOPACZ | ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1281 GMS |
| v. | ) ) | |
| DELAWARE RIVER AND BAY AUTHORITY | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

NOW, on this _____ day of _____, 2006, upon consideration of Plaintiff's unopposed Bill of Costs, it is hereby ORDERED that the judgment in favor of plaintiff, Jan D. Kopacz, and against defendant Delaware River and Bay Authority is hereby increased by $1,336.55.

_____
The Honorable Gregory M. Sleet, J.