**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

May 1, 2006

**VIA HAND DELIVERY AND ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court for the
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **Jan Kopacz v. Delaware River and Bay Authority and Craig Swett**
            **C.A. No. 04-911 and 04-1281**

Dear Judge Sleet:

    We are in receipt of correspondence dated April 28, 2006 from James S. Green, Esquire directed to Your Honor's attention regarding the alleged lack of opposition filed to Plaintiff's Bill of Costs in the above-referenced matter. To the contrary, Defendant, Delaware River and Bay Authority, filed its opposing papers on March 15, 2006 (Docket No. 153). Accordingly, entry of an unopposed order is not appropriate in this matter.

                      Respectfully,

                      /s/ Carmella P. Keener
                      Carmella P. Keener (DSBA No. 2810)
                      ROSENTHAL, MONHAIT & GODDESS, P.A.
                      919 N. Market Street, Suite 1401
                      P.O. Box 1070
                      Wilmington, DE 19899-1070
                      (302) 656-4433
                      ckeener@rmgglaw.com
                      *Attorneys for Defendant*
                      *Delaware River and Bay Authority*

CPK/jls

cc:    James S. Green, Esquire (via electronic filing)
        James J. Woods, Esquire (via electronic filing)
        Donald M. Ransom, Esquire (via electronic filing)
        E. Alfred Smith, Esquire (via electronic mail)
        Mary Elisa Reeves, Esquire (via electronic mail)
        Clerk of the Court (via hand delivery)