IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and ESTATE OF CATHY KOPACZ, | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| Defendants, | : | |
| JAN KOPACZ, | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| Defendant. | : | |

**OPPOSITION OF DEFENDANT, DELAWARE RIVER AND BAY AUTHORITY TO PLAINTIFF'S THIRD SUPPLEMENTAL PETITION FOR ALLOWANCE OF COUNSEL FEES AND COSTS**

Defendant, Delaware River and Bay Authority ("DRBA"), opposes the Plaintiff's Third Supplemental Petition for Allowance of Counsel Fees and Expenses for the reasons stated at length in its Brief filed in Opposition to Counsel Fees and Costs docketed with this Court at No. 166.

In addition, counsel fees (to the extent recoverable at all) are limited to the plaintiff's efforts to recover maintenance and cure, which in this case was paid shortly after the verdict. Therefore, plaintiff has no claim for any attorney's fee incurred after the trial.

Furthermore, the time charged of 18.5 hours to file simple reply briefs to DRBA's opposition to the prejudgment interest and counsel fee petitions is excessive. Additionally, Kopacz did not reserve his right in either the first or second supplemental petitions for allowance of counsel fees to

file any further fee applications. Plaintiff's Third Supplemental Petition for Allowance of Counsel Fees should be rejected as it was filed without permission or leave of Court.

WHEREFORE, Defendant, Delaware River and Bay Authority, respectfully requests that this Court deny Plaintiff's petition to award counsel fees and costs.

| | |
|---|---|
| OF COUNSEL: | ROSENTHAL, MONHAIT & GODDESS, P.A. |
| Mary Elisa Reeves, Esquire<br>DONNA ADELSBERGER<br> & ASSOCIATES, P.C.<br>6 Royal Avenue, P.O. Box 530<br>Glenside, PA 19038-0530<br>(215) 576-8690 | By:/s/ Carmella P. Keener<br>Carmella P. Keener (DSBA NO. 2810)<br>919 N. Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>(302) 656-4433<br>ckeener@rmgglaw.com<br>Attorneys for Defendant,<br>Delaware River and Bay Authority |

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006, I electronically filed with the Clerk of Court OPPOSITION OF DEFENDANT, DELAWARE RIVER AND BAY AUTHORITY TO PLAINTIFF'S THIRD SUPPLEMENTAL PETITION FOR ALLOWANCE OF COUNSEL FEES AND COSTS using CM/ECF which will send notification of such filing to the following:

Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

James J. Woods, Esquire
Law Office of James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

cc:     E. Alfred Smith, Esquire (via electronic mail)