IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ, *et al.*, ) | |
| ) | C.A. No. 04-911 (GMS) |
| Plaintiffs, ) | (Consolidated with C.A. No. 04-1281 GMS) |
| ) | |
| v. ) | |
| ) | |
| DELAWARE RIVER AND BAY ) | |
| AUTHORITY and CRAIG SWETT ) | |
| ) | |
| Defendants. ) | |

**Plaintiffs' Fourth Supplemental Petition for
Allowance of Counsel Fees and Expenses**

Plaintiff, Jan Kopacz, by his counsel, respectfully petitions this Court to add the following time to the previous petitions since all of this time was spent on the maintenance case.

| | | | |
|---|---|---|---|
| 07/08/06 | Legal research | 3.00 | 1,050.00 |
| 07/10/06 | Preparation of motion | 2.25 | 787.50 |
| | Total | | 1,837.50 |

**Breakdown of time**

Maintenance matters only

| | | | | |
|---|---|---|---|---|
| New Jersey litigation | EAS | 136.2 hrs. | $ | 47,670.00 |
| | CLS | 25.7 hrs. | $ | 3,855.00 |

Post-Trial in Delaware

| | | | | |
|---|---|---|---|---|
| 1. First supplemental | EAS | 46.7 hrs. | $ | 16,345.00 |
| 2. Second supplemental | EAS | Costs only | | |
| 3. Third supplemental | EAS | 18.5 hrs. | $ | 6,475.00 |
| 4. Fourth supplemental | EAS | 5.25 hrs. | $ | 1,837.50 |

54951 v1

| | | | |
|---|---|---|---|
| Total Maintenance Only | | | $ 76,182.50 |
| Delaware litigation<br>Almost all on maintenance issues | EAS | 318 hrs. | $111,300.00 |
| Total time | | | $187,482.50 |
| Total expenses | | | $ 16,343.03 |
| Grand total of time and expenses | | | $203,825.53 |

WHEREFORE, plaintiff respectfully requests the Court to award the additional counsel fees and expenses being sought.

/s/ Bernard A. Van Ogtrop
**BERNARD A. VAN OGTROP (DE447)**
<u>bvanogtrop@svglaw.com</u>
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
   Attorneys for Plaintiffs

OF COUNSEL:
E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, Second Floor
Philadelphia, PA 19107

Date: July 11, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2006, I electronically filed with the Clerk of Court **Plaintiff's Fourth Supplemental Petition for Allowance of Counsel Fees and Expenses** by using CM/ECF which will send notification of such filing to counsel of record.

/s/ Bernard A. Van Ogtrop
Bernard A. Van Ogtrop, Esq. (DE 447)
bvanogtrop@svglaw.com

54951 v1