IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ, et al., ) | |
| ) | C.A. No. 04-911 (GMS) |
| Plaintiffs, ) | (Consolidated with C.A. No. 04-1281 GMS) |
| ) | |
| v. ) | |
| ) | |
| DELAWARE RIVER AND BAY ) | |
| AUTHORITY and CRAIG SWETT ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION TO AMEND A JUDGMENT
PURSUANT TO F. R. CIV. P. 59(e)
AND FOR REARGUMENT PURSUANT TO LOCAL RULE 7.1.5**

Plaintiffs respectfully move for reargument on the various motions which were pending before the Court and to amend the Court's Order of July 5, 2006 by vacating it and withdrawing its Memorandum and assign in support thereof the following:

1. It is undisputed that defendant DRBA failed to renew its Rule 50 Motion at the close of all the evidence as required by F. R. Civ. P. 50(b), so the Court is without jurisdiction to grant the Motion for Judgment as a matter of law, and its Memorandum should be withdrawn and its Order should be vacated.

2. The Court failed to consider that all inferences from the evidence are to be drawn in plaintiffs' favor since they were the verdict winners, so the Court's reasoning is in error and the Memorandum should be withdrawn and the Order of July 5, 2006 should be vacated.

WHEREFORE, plaintiffs request the relief being sought.

54954 v1

WHEREFORE, plaintiffs request the relief being sought.

/s/ Bernard A. Van Ogtrop
**BERNARD A. VAN OGTROP, ESQ. (DE447)**
bvanogtrop@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
   Attorneys for Plaintiffs

OF COUNSEL:
E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, Second Floor
Philadelphia, PA 19107

Date: July 11, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2006, I electronically filed with the Clerk of Court **Proposed Order for Plaintiff's Motion to Amend a Judgment Pursuant to F.R. Civ. P.59(e) and for Reargument Pursuant to Local Rule 7.1.5** by using CM/ECF which will send notification of such filing to counsel of record.

/s/ Bernard A. Van Ogtrop
Bernard A. Van Ogtrop, Esq. (DE 447)
bvanogtrop@svglaw.com