IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ, *et al.*, ) | |
| ) | C.A. No. 04-911 (GMS) |
| Plaintiffs, ) | (Consolidated with C.A. No. 04-1281 GMS) |
| ) | |
| v. ) | |
| ) | |
| DELAWARE RIVER AND BAY ) | |
| AUTHORITY and CRAIG SWETT ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## PROPOSED ORDER

NOW, on this _____ day of _____, 2006, upon consideration of Plaintiffs' Motion to Amend a Judgment Pursuant to F. R. Civ. P. 59(e) and for Reargument Pursuant to Local Rule 7.1.5 and any response thereto, it is hereby ORDERED that this Court's Memorandum of July 5, 2006 is WITHDRAWN and this Court's Order of July 5, 2006 is VACATED.

_____
Gregory M. Sleet, J.