IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and JAN KOPACZ, Administrator of the Estate of Cathy Kopacz | : : : : | |
|         Plaintiffs, | : | C.A. No. 04-911 GMS |
|   v. | : : | Jury Trial Demanded |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : : : | |
|         Defendants. | : | |

_____

| | | |
|---|---|---|
| JAN KOPACZ, | : : | |
|         Plaintiff, | : : | C.A. No. 04-1281 GMS |
| v. | : : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : : : | |
|         Defendant. | : | |

### **O R D E R**

IT IS HEREBY ORDERED THIS ____ day of _____ 2006 that Plaintiffs' Motion to Amend A Judgment Pursuant to F.R.Civ. P. 59(e) and for Reargument Pursuant to Local Rule 7.1.5 is hereby denied as to Defendant Swett for the reasons stated in the above response.

       IT IS SO ORDERED.

 

_____
The Hon. Gregory M. Sleet
U.S. District Court
District of Delaware