# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and ESTATE OF CATHY KOPACZ, | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| Defendants, | : | |
| JAN KOPACZ, | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| v. | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| Defendant. | : | |

### AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA : 
: ss
COUNTY OF MONTGOMERY :

Mary Elisa Reeves, being duly sworn according to law, hereby deposes and says:

1. I acted as trial counsel for Defendant Delaware River and Bay Authority ("DRBA") during a five day jury trial in February 2006, before the Honorable Gregory M. Sleet.

2. I submit this affidavit upon information and belief in support of the DRBA's Opposition to Plaintiff's Motion to Amend Judgment or For Reargument.

3. To the best of my recollection, I made and preserved all of the necessary motions at the close of the evidence, including the right to seek judgment as a matter of law.

4.  I have consulted with attorneys Susan J. Wiener, Esq. and Donald M. Ransom, Esq., who were also present in the Courtroom.

5.  Ms. Wiener and Mr. Ransom have a specific recollection that the necessary motions were made, and that Judge Sleet acknowledged that all motions were preserved.

6.  Thereafter, I participated in a conference concerning the Verdict Sheet, the purpose of which was to get the jury's findings as to maintenance and cure on the record, so that the Court could then address any post trial motions on the legal issues concerning the maintenance and cure issues.

7.  The foregoing is true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

DONNA ADELSBERGER & ASSOCIATES, P.C.

BY: *Mary E. Reeves*
Mary Elisa Reeves, Esquire
Attorney ID NO. 44194
Trial Counsel for Defendant
Delaware River and Bay Authority

DATE: July 24, 2006

Sworn to and subscribed before me this 24th day of July, 2006

*Dawn Ann Schaffer*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DAWN ANN SCHAFFER, Notary Public
Cheltenham Twp., Montgomery County
My Commission Expires August 31, 2008

2