IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ, *et al.*, ) | |
| ) | C.A. No. 04-911 (GMS) |
| Plaintiffs, ) | (Consolidated with C.A. No. 04-1281 GMS) |
| ) | |
| v. ) | |
| ) | |
| DELAWARE RIVER AND BAY ) | |
| AUTHORITY and CRAIG SWETT ) | |
| ) | |
| Defendants ) | |

**PLAINTIFFS' REPLY TO DEFENDANT DELAWARE RIVER AND BAY AUTHORITY'S OPPOSITION TO PLAINTIFFS' FOURTH SUPPLEMENTAL PETITION FOR COUNSEL FEES AND EXPENSES**

DRBA contests Plaintiffs' Petition on the basis of this Court's decision on DRBA's Motion for Judgment N.O.V., which the Court did not have jurisdiction to render.

Furthermore, DRBA complains about the size of the fees. As explained in the initial Petition, plaintiff tried to have the maintenance suit in New Jersey moved along quickly and economically. This was totally frustrated by DRBA, which then went off on a vast discovery hunt which caused plaintiff to spend an inordinate amount of time. The record shows that the size of the fee was caused by DRBA's efforts, and DRBA has never really disputed this.

Plaintiff contends it is irrelevant that DRBA paid the maintenance. The time was spent on the maintenance case, which had to be started because of DRBA's unreasonableness and intransigence.

## CONCLUSION

For the foregoing reasons the Petition should be granted since plaintiff is still being required to spend time on the maintenance case alone.

                                        Respectfully submitted,
                                        **SEITZ, VAN OGTROP & GREEN, P.A.**

                                        /s/ Bernard A. Van Ogtrop
                                        **BERNARD A. VAN OGTROP, ESQ. (447)**
                                        **bvanogtrop@svglaw.com**
                                        222 Delaware Avenue, Suite 1500
                                        P.O. Box 68
                                        Wilmington, DE 19899
                                        (302) 888-0600
                                        Attorneys for Plaintiffs

OF COUNSEL:
E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, Second Floor
Philadelphia, PA 19107

Dated: July 28, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2006, I electronically filed with the Clerk of the Court **Plaintiffs' Reply to Defendant Delaware River and Bay Authority's Opposition to Plaintiffs' Fourth Supplemental Petition for Counsel Fees and Expenses** by using CM/ECF which will send notification of such filing to counsel of record.

/s/ Bernard A. Van Ogtrop
**BERNARD A. VAN OGTROP, ESQ. (447)**
bvanogtrop@svglaw.com