IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DELAWARE RIVER AND BAY )<br>AUTHORITY and CRAIG SWETT )<br>)<br>Defendants. )<br>_____) | C.A. No. 04-911 (GMS)<br>(Consolidated with C.A. No. 04-1281 GMS) |

**PLAINTIFFS' REPLY TO DEFENDANT DELAWARE RIVER AND BAY AUTHORITY'S OPPOSITION TO MOTION TO AMEND OR FOR REARGUMENT**

**1. DRBA failed to renew its Motion**

In plaintiff's Opposition to DRBA's Motion for Judgment N.O.V. two preliminary issues were raised: (1) More than 10 days had elapsed since the Judgment was entered and (2) DRBA failed to renew its Motion according to counsel's recollection (pp. 1, 2 ¶¶ 1, 2). In its Reply, DRBA answered the contention that the Motion was untimely, but it said nothing about the failure to renew. Accordingly, plaintiff thought it was uncontested.

Since DRBA was the moving party, it was obligated to have the record transcribed. It obviously did not, so plaintiff has ordered a transcript of the proceedings after all of the evidence had been presented up to the break before the charge conference. That transcript is more authoritative and certainly more accurate than the sworn Affidavit submitted to the Court.

## 2. Conclusion

Plaintiff maintains that DRBA failed to fulfill the requirements of Rule 50(b), and the Court was without jurisdiction to entertain the Motion for Judgment N.O.V.

DRBA's other contentions concerning a new trial are frivolous.

                Respectfully submitted,
                **SEITZ, VAN OGTROP & GREEN, P.A.**

                /s/ Bernard A. Van Ogtrop
                **BERNARD A. VAN OGTROP, ESQ. (447)**
                **bvanogtrop@svglaw.com**
                222 Delaware Avenue, Suite 1500
                P.O. Box 68
                Wilmington, DE 19899
                (302) 888-0600
                Attorneys for Plaintiffs

OF COUNSEL:
E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, Second Floor
Philadelphia, PA 19107

Dated: July 28, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2006, I electronically filed with the Clerk of the Court **Plaintiffs' Reply to Defendant Delaware River and Bay Authority's Opposition to Motion to Amend or for Reargument** by using CM/ECF which will send notification of such filing to counsel of record.

/s/ Bernard A. Van Ogtrop
**BERNARD A. VAN OGTROP, ESQ. (447)**
bvanogtrop@svglaw.com