IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ, *et al.*, ) | |
| ) | C.A. No. 04-911 (GMS) |
| Plaintiffs, ) | (Consolidated with C.A. No. 04-1281 GMS) |
| ) | |
| v. ) | |
| ) | |
| DELAWARE RIVER AND BAY ) | |
| AUTHORITY and CRAIG SWETT ) | |
| ) | |
| Defendants. ) | |

### SEAMAN'S CASE FILING FEE WAIVED
### 28 U.S.C. §1916
### NOTICE OF APPEAL

Notice is hereby given that Jan D. Kopacz and Cathy Kopacz, plaintiffs in the named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum and Order entered July 5, 2006 by the Honorable Gregory M. Sleet, which granted Defendant's Motion for Judgment as a matter of law and set aside the jury's verdict and entered judgment in favor of defendants and against plaintiffs.

An Amended Notice of Appeal will be filed if the Court denies the pending Motion to Amend a Judgment Pursuant to F. R. Civ. P. 59(e) and for Reargument Pursuant to Local Rule 7.1.5.

                                              Respectfully submitted,
                                 SEITZ, VAN OGTROP & GREEN, P.A.

                                              /s/ Bernard A. Van Ogtrop
                                              **BERNARD A. VAN OGTROP, ESQ. (447)**
                                              bvanogtrop@svglaw.com
                                              222 Delaware Avenue, Suite 1500
                                              P.O. Box 68
                                              Wilmington, DE 19899
                                              (302) 888-0600
                                              Attorneys for Plaintiffs

OF COUNSEL:
E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, Second Floor
Philadelphia, PA 19107

Dated: July 28, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2006, I electronically filed with the Clerk of the Court **Seaman's Case Filing Fee Waived 28 U.S.C. §1916 Notice of Appeal** by using CM/ECF which will send notification of such filing to counsel of record.

/s/ Bernard A. Van Ogtrop
**BERNARD A. VAN OGTROP, ESQ. (447)**
bvanogtrop@svglaw.com