UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

NO. 06-3585

Kopacz vs. DE River Bay Auth

District Court Nos. 04-cv-00911 & 04-cv-01281

O R D E R

    It appearing that timely post-decision motions of a type specified by Rule 4[a][4], Fed. R. App. P., are pending in the district court, it is hereby O R D E R E D that the above-entitled appeal(s) is(are) stayed pending disposition of the motions. The parties are directed to file written reports addressing the status of the pending motions on **8/31/06** and every thirty (30) days thereafter until the motions are determined.

    This stay does not apply to the obligation to pay filing and docketing fees. These obligations must be fulfilled within the time specified by the Federal Rules of Appellate Procedure and Third Circuit Local Appellate Rules.

For the Court,

/s/ MARCIA M. WALDRON, Clerk

Date: 7/31/2006

cc:    Bernard A. Van Ogtrop, Esq.
       James S. Green, Esq.
       Carmella P. Keener, Esq.
       Donald M. Ransom, Esq.
       James J. Woods Jr., Esq.
       E. Alfred Smith, Esq.
       Honorable Gregory M. Sleet [Information Only]
       Mr. Peter T. Dalleo [Information Only]

A True Copy:

Marcia M. Waldron, Clerk