IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAN KOPACZ, *et al.*, | ) |
| | ) C.A. No. 04-911 (GMS) |
| Plaintiffs, | ) (Consolidated with C.A. No. 04-1281 GMS) |
| | ) |
| v. | ) |
| | ) |
| DELAWARE RIVER AND BAY | ) |
| AUTHORITY and CRAIG SWETT | ) |
| | ) |
| Defendants. | ) |

**SEAMAN'S CASE FILING FEE WAIVED**
**28 U.S.C. §1916**
**AMENDED NOTICE OF APPEAL**

Notice is hereby given that Jan D. Kopacz and Cathy Kopacz, plaintiffs in the named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum and Order entered July 5, 2006 by the Honorable Gregory M. Sleet, which granted Defendant's Motion for Judgment as a matter of law and set aside the jury's verdict and entered

judgment in favor of defendants and against plaintiffs and the Order of August 4, 2006 which denied Plaintiff's Motion to Amend the Judgment and for Reargument.

        Respectfully submitted,
**SEITZ, VAN OGTROP & GREEN, P.A.**

/s/ Bernard A. Van Ogtrop
**BERNARD A. VAN OGTROP, ESQ. (447)**
bvanogtrop@svglaw.com
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
    Attorneys for Plaintiffs

OF COUNSEL:
E. Alfred Smith, Esquire
E. Alfred Smith & Associates
1333 Race Street, Second Floor
Philadelphia, PA 19107

Dated: August 7, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2006, I electronically filed with the Clerk of the Court **Seaman's Case Filing Fee Waived 28 U.S.C. §1916 Amended Notice of Appeal** by using CM/ECF which will send notification of such filing to counsel of record.

/s/ Bernard A. Van Ogtrop
**BERNARD A. VAN OGTROP, ESQ. (447)**
**bvanogtrop@svglaw.com**