UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. **06-3585**

(DE No. 04-911)

Kopacz, et al. v. Delaware River and Bay Authority, et al.

ORDER

On July 28, 2006, Appellants filed a notice of appeal from the amended judgment of the District Court, entered July 6, 2006. The appeal was docketed at No. 06-3585. Pursuant to 28 U.S.C. § 1916, no docketing fee was paid. On August 7, 2006, Appellants filed an amended notice of appeal from the order of the District Court, entered August 4, 2006, denying Appellants' motion to alter or amend the judgment. The amended notice of appeal was entered on the District Court docket as a notice of appeal. Inasmuch as the amended notice of appeal was filed within the time prescribed under Fed. R. App. P. 4(a), one appeal has been opened and is docketed at No. 06-3585. Any motion for refund of the docketing fee, paid in conjunction with the August 7, 2006 amended notice of appeal, should be directed to the District Court in the first instance.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: August 15, 2006

CH/cc: E. Alfred Smith, Esq.
Ronald M. Ransom, Esq.
Mary E. Reeves, Esq.

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk