UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 25, 2006
#DCO-12

No. 06-3585

JAN KOPACZ and CATHY KOPACZ,
                             Appellants

v.

DELAWARE RIVER & BAY AUTHORITY;
and CRAIG SWETT

(District of DE -DC Nos. 04-cv-411 & 04-cv-1281 )

PRESENT:  BARRY and AMBRO, Circuit Judges

    Joint Stipulation by the Parties for Dismissal of Appellee Craig Swett as a Party To Appeal With No Costs or Fees Due From Appellee Craig Swett.

                                            Carolyn Hicks, Case Manager
                                            267-299-4926

**O R D E R**

**The foregoing motion to dismiss is GRANTED.**

By the Court,

**/s/ Maryanne Trump Barry**
**Circuit Judge**

**Dated: October 31, 2006**

**CH/cc: E. Alfred Smith, Esq.**
       **Donald M. Ransom, Esq.**
       **Mary E. Reeves, Esq.**

A True Copy:

Marcia M. Waldron, Clerk