IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and ESTATE OF CATHY KOPACZ, | : : : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| | : : | |
| v. | : : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : : : | |
| Defendants, | : : | |
| JAN KOPACZ, | : : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : : | |
| v. | : : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : : | |
| Defendant. | : : | |

### DEFENDANT, DELAWARE RIVER AND BAY AUTHORITY'S BILL OF COSTS

Pursuant to Fed. R. Civ. P. 39(e)("Costs on Appeal Taxable in the District Court"), Defendant, Delaware River and Bay Authority (hereinafter "DRBA"), requests the Clerk of the Court to tax the following costs in its favor and against Plaintiff, Jan Kopacz, in accordance with the Judgment entered in favor of DRBA in the United States Court of Appeals for the Third Circuit on September 12, 2007.

I.  **Preparation and Transmission of the Record**

Quality Copy (Supplemental Appendix)        $ 63.53

II. **Reporter's Transcript (Kevin J. Maurer, Official Court Reporter)**

Invoice of 9/7/06:        $ 968.78

Invoice of 10/20/06       $ 297.00

**Total Costs to be Taxed:**               $1,329.31

Respectfully submitted,

OF COUNSEL:                                ROSENTHAL, MONHAIT & GODDESS, P.A.

Mary Elisa Reeves, Esquire
DONNA ADELSBERGER           By:/s/ *Carmella P. Keener*
 & ASSOCIATES, P.C.           Carmella P. Keener (DSBA NO. 2810)
6 Royal Avenue, P.O. Box 530  919 N. Market Street, Suite 1401
Glenside, PA 19038-0530       P.O. Box 1070
(215) 576-8690                Wilmington, DE 19899-1070
                              (302) 656-4433
                              ckeener@rmgglaw.com
                              *Attorneys for Defendant*
                              *Delaware River and Bay Authority*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2007, I electronically filed with the Clerk of Court DEFENDANT, DELAWARE RIVER AND BAY AUTHORITY'S BILL OF COSTS using CM/ECF which will send notification of such filing to the following:

Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

James J. Woods, Esquire
Law Office of James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

cc:    E. Alfred Smith, Esquire (via electronic mail)