## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JAN KOPACZ and CATHY KOPACZ     C. A. No: 04-911 GMS
          Plaintiffs
    v.

DELAWARE RIVER AND BAY
AUTHORITY and CRAIG SWETT
          Defendants


JAN KOPACZ
          Plaintiff
    v.

DELAWARE RIVER AND BAY AUTHORITY
          Defendant


### PLAINTIFFS' OBJECTIONS TO DEFENDANT'S BILL OF COSTS

      Plaintiffs, Jan D. Kopacz and Cathy Kopacz, hereby object to Defendant's Bill of Costs for the following reasons:

      1.     Costs are not taxable until the mandate of the Third Circuit is issued, and the mandate has been stayed by a timely Petition for Reargument by the panel and en banc, so it is premature for this Court to tax any costs. This court will be notified when the mandate has been issued, and the taxation can be made at that time.

      2.     The costs sought to be taxed are not taxable. In this Court Delaware River and Bay Authority filed post-trial motions and should have ordered a transcript for the Court to use for its ruling. It never did so, so the Court had to rely on its notes and memory to make its rulings. When the appeal was taken, Delaware River and Bay Authority then ordered the transcript to make up for its earlier dereliction. Had it ordered the transcript when it should have, the cost would not have been taxable. Kopacz contends that its dereliction should not be at Kopacz's expense so the costs are not taxable.

3.	When it decided the post-trial motions, this Court specifically found that it would be inequitable, given the state of plaintiff's finances, to impose courts on him.  Kopacz asks this Court to make the same finding, especially since Delaware River and Bay Authoirty is seeking costs to which it is not entitled, and deny the request for costs now being sought.

											SEITZ VAN OGTROP & GREEN, P.A.


											/s/ Bernard A. Van Ogtrop (ID #447)
											Bvanogtrop@svglaw.com
											222 Delaware Avenue Suite 1500
											Wilmington, DE 19899
											(302) 888-0600
											Attorneys for Plaintiffs