IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and ESTATE OF CATHY KOPACZ, | : : : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| | : : | |
| v. | : : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : : : | |
| Defendants, | : : | |
| JAN KOPACZ, | : : | |
| Plaintiff, | : : | C.A. No. 04-1281 GMS |
| | : : | |
| v. | : : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : : | |
| Defendant. | : : | |

**DEFENDANT, DELAWARE RIVER AND BAY AUTHORITY'S CORRECTED[1] BILL OF COSTS**

Pursuant to Fed. R. App. P. 39(e)("Costs on Appeal Taxable in the District Court"), Defendant, Delaware River and Bay Authority (hereinafter "DRBA"), requests the Clerk of the Court to tax the following costs in its favor and against Plaintiff, Jan Kopacz, in accordance with the Judgment entered in favor of DRBA in the United States Court of Appeals for the Third Circuit on September 12, 2007.

**I. Preparation and Transmission of the Record**

Quality Copy (Supplemental Appendix)        $ 63.53

**II. Reporter's Transcript (Kevin J. Maurer, Official Court Reporter)**

Invoice of 9/7/06:        $ 968.78

---

[1] Defendant inadvertently referenced the Federal Rules of Civil Procedure, rather than the Federal Rules of Appellate Procedure in its original submission (D.I. 202).

|  |  |
|---|---|
| Invoice of 10/20/06 | $ 297.00 |
| **Total Costs to be Taxed:** | **$1,329.31** |

Respectfully submitted,

OF COUNSEL:

ROSENTHAL, MONHAIT & GODDESS, P.A.

Mary Elisa Reeves, Esquire
DONNA ADELSBERGER
 & ASSOCIATES, P.C.
6 Royal Avenue, P.O. Box 530
Glenside, PA 19038-0530
(215) 576-8690

By:/s/ *Carmella P. Keener*
Carmella P. Keener (DSBA NO. 2810)
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Defendant*
*Delaware River and Bay Authority*

Originally filed: September 24, 2007

**Corrected version filed: October 2, 2007**

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2007, I electronically filed with the Clerk of Court DEFENDANT, DELAWARE RIVER AND BAY AUTHORITY'S CORRECTED BILL OF COSTS using CM/ECF which will send notification of such filing to the following:

Donald M. Ransom, Esquire
Casarino, Christman & Shalk, P.A.
800 N. King Street, Suite 200
P.O. Box 1276
Wilmington, DE 19899

James J. Woods, Esquire
Law Office of James J. Woods, Jr., P.A.
P.O. Box 4635
Greenville, DE 19807

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

/s/ Carmella P. Keener (DSBA No. 2810)
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
ckeener@rmgglaw.com

cc:   E. Alfred Smith, Esquire (via electronic mail)