# EXHIBIT A

AO 133 (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

District of  Delaware

Jan Kopacz, et al.

V.

Delaware River and Bay Authority, et al.

**BILL OF COSTS**

Case Number: 04-911
04-1281

Judgment having been entered in the above entitled action on 9/12/07 (Date) against Jan Kopacz,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1265.78 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 63.53 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs (please itemize) | 0.00 |
| TOTAL | $ 0.00 |
| | 1329.31 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: *Carmella P. Keener*

Name of Attorney: Carmella P. Keener, Esquire

For: Delaware River and Bay Authority    Date: _____
    Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court     Deputy Clerk     Date




1628 JFK Blvd
Suite 1810
Philadelphia PA 19103
215.564.COPY
Fax 215.564.1701

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/19/2006 | 42276 |

| BILL TO | SHIP TO |
|---|---|
| DONNA L. ADELSBERGER & ASSOCIATES, PC<br>6 ROYALE AVENUE<br>P.O.BOX 530<br>GLENSIDE, PA 19038-0530 | DONNA L. ADELSBERGER & ASSOCIATES, PC<br>6 ROYALE AVENUE<br>LISA REEVES<br>GLENSIDE, PA 19038-0530 |

| P.O. NO. | TERMS | REP | SHIP DATE | ORDER DATE |
|---|---|---|---|---|
| KOPACZ V. DRBA | Due on receipt | MM | 10/11/2006 | 10/11/06 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| A1001<br>A1000<br>P4000<br>P8000 | 1 STACK = MAKE 1 SET AS PER THE ORIGINALS. INSERT TAB/TAB. STAPLE PER BIND. REMOVE/REPLACE POST-IT NOTES. COPY STAPLE/STAPLE, CLIP/CLIP, BAND/BAND.<br>LITIGATION COPYING<br>TABS<br>SHIPPING OF DOCUMENTS<br>STATE & CITY TAX | 401<br>5 | 0.12<br>0.25<br>10.00<br>7.00% | 48.12T<br>1.25T<br>10.00T<br>4.16 |

OCT 2 ? 2006

① PO 5335

**Total** $63.53

FED I.D.#521986251

Delivered to EAS. — OK to pay Kopacz #573 Jt Appendix

```
                                                                    1

 1                      Kevin J. Maurer
                        Official Court Reporter
 2                      Room 3418 Federal Building
                              Lockbox 25
 3                       Wilmington, DE  19801

 4

 5

 6   10/20/06

 7

 8   Mary E. Reeves, Esq.
     Donna Adelsberger & Associates
 9   6 Royal Ave.
     Glenside, PA  19038
10   FOR REPORTING SERVICES RE:

11   Kopacz v. DRBA, et al., U.S.D.C. of DE, C.A. 04-911-GMS.

12
     Transcript of pretrial conference, 1/24/06, J. Sleet.
13

14   90 pages, $3.30 ppg -- ------------------- $297.00

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                                    1

 1                          Kevin J. Maurer
                         Official Court Reporter
 2                     Room 3`418 Federal Building
                              Lockbox 25
 3                        Wilmington, DE  19801

 4

 5

 6    9/7/06

 7

 8    Mary E. Reeves, Esq.
      Donna Adelsberger & Associates
 9    6 Royal Avenue
      Glenside PA  19038
10

11
      FOR REPORTING SERVICES RE:
12
      Kopacz v. DRBA, et al., U.S.D.C. of DE, C.A. No. 04-911-GMS
13    and related case.

14
      Transcript of testimony of Trudy Spence-Parker, in
15    above-captioned trial, 2/6/06, before Judge Sleet.
                     -and-
16    Transcript of Excerpt from 2/9/06

17    46 pages, $.83 ppg (already orderd by
      other side  ------------------------------  $ 38.18
18
       Testimony of Jan Kopacz called by DRBA, called in rebuttal
19    By Plaintiff, and following conference 2/9/06, Closing
      argument of Mr. Smith 2/10/06, Conference and Jury selection
20    2/6/06, testimony of James Littman and Michael Willey
      2/8/06, excerpt from 2/9/06, last day of trial 2/13/06.
21
      Original and One,
22    282 pages, $3.30  ----------------------       930.60

23                           TOTAL DUE:         $968.78

24    Thank you.

25
```