IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAN KOPACZ and ESTATE OF CATHY KOPACZ, | : | |
| Plaintiffs, | : | C.A. No. 04-911 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, and CRAIG SWETT, | : | |
| Defendants, | : | |
| JAN KOPACZ, | : | |
| Plaintiff, | : | C.A. No. 04-1281 GMS |
| | : | |
| v. | : | |
| | : | |
| DELAWARE RIVER AND BAY AUTHORITY, | : | |
| Defendant. | : | |

**ORDER**

IT IS HEREBY ORDERED THIS _____ day of _____, 2007, pursuant to Fed. R. Civ. P. 39(e), that costs are to be entered in favor of Delaware River and Bay Authority in the amount of $1,329.31.

IT IS SO ORDERED.

_____
The Hon. Gregory M. Sleet
U.S. District Court
District of Delaware