UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 06-3585

---

JAN KOPACZ; CATHY KOPACZ

v.

DELAWARE RIVER AND BAY AUTHORITY;
CRAIG SWETT*

(D. C. No. 04-cv-00911)


JAN KOPACZ

v.

DELAWARE RIVER AND BAY AUTHORITY

(D. C. No. 04-01281)


Jan D. Kopacz and Cathy Kopacz,

                        Appellants.

*(Dismissed per Court order of 10/31/06)

---

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 04-cv-00911)
District Judge: Hon. Gregory M. Sleet

---

Submitted under Third Circuit LAR 34.1(a)
on July 13, 2007

Before:   SLOVITER, ALDISERT and ROTH, <u>Circuit Judges</u>

## **JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted under Third Circuit LAR 34.1(a) on July 13, 2007.

Upon consideration whereof,

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court entered July 6, 2006, be and the same is hereby **affirmed.  Costs taxed against appellants.**

All of the above in accordance with the Opinion of this Court.


ATTEST:


/s/ Marcia M. Waldron
Clerk

Dated: September 12, 2007

Costs taxed in favor of Appellee as follows:

Total Costs for   Brief and Supplemental Appendix   $ <u>537.44</u>

**Certified as a true copy and issued in lieu of a formal mandate on   October 18,  2007**

**Teste:  /s/ Marcia M. Waldron, Clerk,**

A True Copy:

**United States Court of Appeals  for the Third Circuit.**

Marcia M. Waldron, Clerk