**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

March 14, 2008

**VIA HAND DELIVERY AND CM/ECF**

Dr. Peter T. Dalleo
Clerk of the U.S. District Court for the
 District of Delaware
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

      Re:    **Kopacz v. Del. River and Bay Auth.** *et ano.*, **D. Del., C.A. No. 04-911 (GMS)**
             **Kopazc v. Del. River and Bay Auth., D. Del., C.A. No. 04-1281 (GMS)**

Dear Dr. Dalleo:

      I am writing regarding the corrected Bill of Costs that my firm filed on September 24, 2007. Notwithstanding that we provided a proposed form of Order with a signature line for Judge Sleet, my understanding is that the Clerk of the Court will resolve the application, and that it does not require the attention of the presiding judge.

      I apologize for any confusion caused by my inadvertent submission of a proposed form of Order with the presiding judge's signature line, rather than a signature line for the Clerk of the Court. I am available at the Court's convenience should there be any further question in this regard.

                                      Respectfully,

                                      */s/ Carmella P. Keener*
                                      Carmella P. Keener (DSBA No. 2810)
                                      ckeener@rmgglaw.com
                                      *Attorneys for Defendant,*
                                      *Delaware River and Bay Authority*

CPK/jls

    cc:    Bernard A. Van Ogtrop, Esquire (via electronic filing)
               James S. Green, Esquire (via electronic filing)
               James J. Woods, Jr., Esquire (via electronic filing)
               E. Alfred Smith, Esquire (via electronic filing and electronic mail)
               Mary Elisa Reeves, Esquire (via electronic mail)
               Donald M. Ransom, Esquire (via electronic filing)