## SEITZ, VAN OGTROP & GREEN, P.A.
ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

Writer's Direct Dial: 302-888-7601
Writer's E-Mail: bvanogtrop@svglaw.com
www.lawyers.com/svglaw

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

(302) 888-0600
FAX: (302) 888-0606

March 18, 2008

Dr. Peter T. Dalleo
Clerk of the U.S. District Court for the
  District of Delaware
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

      Re: Kopacz v. Del. River and Bay Authority
          C. A. Nos. 04-911 and 04-1281 (GMS)

Dear Dr. Dalleo:

      We have received a copy of Ms. Keener's letter of March 14, 2008 to you pertaining to the corrected Bill of Costs filed by her firm on September 24, 2007.

      Ms. Keener's firm filed a Motion for Costs after the verdict was rendered, and Chief Judge Sleet denied the Motion by an Order dated July 5, 2006 (Doc. No. 175). Chief Judge Sleet found that Mr. Kopacz's circumstances were such that assessing costs against him would work a hardship.

      There has been no evidence presented which would change Chief Judge Sleet's finding, so we ask that you follow the law of the case if you decide the corrected Bill of Costs issue.

                                  Very truly yours,

                                  Bernard A. Van Ogtrop

BAVO/act

cc: Carmella P. Keener, Esquire
    Mary E. Reeves, Esquire

5660 v2